**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(MARSHALL DIVISION)**

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS** | § | |
| **EQUIPMENT LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **C.A. No. 2:20-cv-00078** |
| | § | |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **HMD GLOBAL OY,** | § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil

Procedures and states the following: Plaintiff Cellular Communications Equipment LLC ("CCE")

states that it is a Texas Limited Liability Company and that more than 10% of CCE is owned by

Acacia Research Group LLC.  Acacia Research Group LLC is a wholly-owned subsidiary of

Acacia Research Corporation, a publicly-owned company

Dated: March 17, 2020

Respectfully submitted,

/s/ *Jonathan H. Rastegar*
Jeffrey R. Bragalone (lead attorney)
Texas Bar No. 02855775
Jonathan H. Rastegar
Texas Bar No. 24064043

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jbragalone@bcpc-law.com
jrastegar@bcpc-law.com

Attorneys for Plaintiff
**CELLULAR COMMUNICATIONS
EQUIPMENT LLC**