## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:20-CV-00078

Plaintiff:
**CELLULAR COMMUNICATIONS EQUIPMENT LLC**

vs.

Defendant:
**HMD GLOBAL OY**

For:
JONATHAN H. RASTEGAR
BRAGALONE CONROY PC
2200 ROSS AVENUE
SUITE 4500W
DALLAS, TX 75201

Received by SPECIAL DELIVERY SERVICE, INC on the 14th day of May, 2020 at 3:33 pm to be served on **HMD GLOBAL OY, 1200 BRICKELL AVENUE, UNIT/SUITE 510, MIAMI, FL 33131**.

I, Kristofer Vela, being duly sworn, depose and say that on the **20th day of May, 2020** at **11:10 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Plaintiff's Original Complaint for Patent Infringement with Exhibits** with the date and hour of service endorsed thereon by me, to: **CRISTIAN CAPELE** as **SALES REPRESENTATIVE** for **HMD GLOBAL OY**, at the address of: **1200 BRICKELL AVENUE, UNIT/SUITE 510, MIAMI, FL 33131**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
5/15/2020  11:21 am  Attempted service at 1200 BRICKELL AVENUE, UNIT/SUITE 510, MIAMI, FL 33131,

Closed seems it's been a while

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 6'1", Weight: 200, Hair: Bald, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, to the best of my knowledge and belief F.S. 92.525 Verification of documents.

Subscribed and Sworn to before me on the 1⁸ᵀ day
of _____ 2020 by the affiant who is
personally known to me.

NOTARY PUBLIC

**Kristofer Vela**
MDCPS#10015

**SPECIAL DELIVERY SERVICE, INC**
5470 L.B.J. Freeway
Dallas, TX 75240
(214) 866-3267

Our Job Serial Number: CIZ-2020006977
Ref: 1330258

LYNN REICH
Notary Public - State of Florida
Commission # GG 255266
My Comm. Expires Sep 4, 2022
Bonded through National Notary Assn.

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g

