IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | Case No. 2:20-cv-00078-JRG |
| Plaintiff, | § § | |
| v. | § § | |
| HMD GLOBAL OY, | § § | |
| Defendant. | § | |

## **DECLARATION OF CRISTIAN CAPELLI**

I, Cristian Capelli, declare under 28 U.S.C. § 1746:

1.  I am General Manager of Retail and Business Development for HMD America, Inc. ("HMD America"). I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2.  As General Manager of Business Development, I am responsible for building relationships with customers and partners in the United States and Canada. My duties include identifying new potential customers and negotiating strategic partnerships for HMD America.

3.  I work at HMD America's headquarters at 1200 Brickell Avenue, Suite 510, Miami, Florida, although I have recently worked remotely due to the coronavirus pandemic.

4.  On Wednesday, May 20, 2020, I went to my office for the first time in a long while. While I was there, I heard someone buzz for entry into our offices, which otherwise require keypad access.

5.  I opened the door to find a delivery person who was not in uniform and did not identify himself. He asked for my name, which I provided, and then he handed me a large envelope. The contents of that envelope are attached as Exhibit A to this declaration.

6.  I did not know, and the delivery person did not tell me, that he was delivering legal documents, or that my accepting the package had any legal effect.

7.  I have never accepted service of process for HMD Global or HMD America, and am not authorized to do so. I just happened to be in the office and answer the door.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Diego, California, on June 9, 2020.

*[Signature]*
Cristian Capelli