**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § Plaintiff, § § v. § § HMD GLOBAL OY, § § Defendant. § | | Case No. 2:20-cv-00078-JRG |

**CORPORATE DISCLOSURE STATEMENT**

Under Rule 7.1 of the Federal Rules of Civil Procedure, defendant HMD Global Oy makes this corporate disclosure statement: HMD Global Oy has no parent corporation. No publicly held corporation directly owns 10% or more of HMD Global Oy's stock. HMD

//

//

//

//

//

//

//

//

//

//

Global Oy is not aware of any publicly held corporation indirectly owning 10% or more of its stock.

| | |
|---|---|
| Dated: June 10, 2020 | Respectfully submitted, |

/s/ Deron R. Dacus
Deron R. Dacus
State Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas, 75701
+1 (903) 705-1117
+1 (903) 581-2543 facsimile
ddacus@dacusfirm.com

Matthew S. Warren (California Bar No. 230565)
Jen Kash (California Bar No. 203679)
Erika Warren (California Bar No. 295570)
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-78@cases.warrenlex.com

*Attorneys for HMD Global Oy*

CERTIFICATE OF SERVICE

      The undersigned certifies that on this 10th day of June, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

                                    */s/ Deron R. Dacus*
                                    Deron R. Dacus