# EXHIBIT A

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| **Identity and address of the applicant**<br>*Identité et adresse du requérant* | **Address of receiving authority**<br>*Adresse de l'autorité destinataire* |
|---|---|
| Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131  USA<br>lukken@vikinglaw.us<br>Tel. +1.816.200.1383 | Ministry of Justice<br>Unit for International Judicial Cooperation<br>P.O. Box 25<br>FIN-00023 Government<br>Finland |

**The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**
**(identity and address)**

*Le requérant soussigné a l'honneur de faire parvenir en double exemplaire à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)*   **HMD GLOBAL OY**
Karaportti 2
FIN-02610 Espoo

[√] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***
*(a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] **(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

[ ] **(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:**
*(c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes*--with a certificate as provided on the reverse side.**

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec l'attestation figurant au verso.*

**THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; <u>ANY ATTORNEY</u>; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT. (See U.S. declarations to the 1965 Convention at the Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279)**

**List of documents**
*Enumération des pièces*

- Hague Service Convention NOTICE
- SUMMARY OF THE DOCUMENT TO BE SERVED
- SUMMONS IN A CIVIL ACTION
- PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT W/ EXHIBIT A
- CIVIL COVER SHEET

**Done at** Kansas City, MO, USA, **the** 19th March, 2020
*Fait à                                             , le*
**Signature and/or stamp.**
*Signature et/ou cachet.*

***Delete if inappropriate**
*Rayer les mentions inutiles.*

# CERTIFICATE
# ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1. that the document has been served\*/*que la demande a été exécutée\**

   – the (date) / *le (date)*: _____
   – at (place, street, number)/ *à (localité, rue, numéro)*: _____

– in one of the following methods authorized by Article 5/*dans une des formes suivantes prévues à l'article 5* :

☐   a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*/
      *selon les formes légales (article 5, alinéa premier, lettre a)\**

☐   b) in accordance with the following particular method\*/*selon la forme particulière suivante\** :
      _____

☐   c) by delivery to the addressee, if he accepts it voluntarily\*/*par remise simple\**

– in a method authorized by Article 10/*dans une des formes suivantes prévues à l'article 10*:

The documents referred to in the request have been delivered to/*Les documents mentionnés dans la demande ont été remis à* :
   Identity and description of person/ *Identité et qualité de la personne*:

   _____

   Relationship to the addressee (family, business or other)/Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :

   _____

2. that the document has not been served, by reason of the following facts\*/
   que la demande n'a pas été exécutée, en raison des faits suivants\*:

   _____

☐   In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*/ *Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

**Annexes / Annexes**

Documents returned/Pièces renvoyées: _____

In appropriate cases, documents establishing the service/ Le cas échéant, les documents justificatifs de l'exécution :
   _____

Done at / *Fait à* _____        Signature and/or stamp/ *Signature et / ou cachet*

The / *le* _____                 _____

\* if appropriate / *s'il y a lieu*