# EXHIBIT B



# Tracking Details

1Z26AA516697830704

**Updated:** 06/12/2020 12:30 P.M. EST

# Delivered

### Delivered On
## Monday
## 03/23/2020
### Delivery Time
## at 10:24 A.M.

Send Updates

**Delivered To**
HELSINKI, FI

**Left At:** Mailbox

**Received By:** PITKANEN

Proof of Delivery

We care about the security of your package. Log in () to get more details about your delivery.


Tracking | UPS - United States

## Shipment Progress

| | | Overview | | Detailed View | |
|---|---|---|---|---|---|
| | | **Date** | | **Location** | **Activity** |
| ✓ | **Delivered** | 03/23/2020 10:24 A.M. | | **HELSINKI, FI** | **DELIVERED** **Proof of Delivery** |
| ✓ | Out for Delivery | 03/23/2020 8:01 A.M. | | Helsinki, Finland | Out For Delivery |
| | | 03/23/2020 8:00 A.M. | | Helsinki, Finland | Import Scan |
| | | 03/23/2020 7:01 A.M. | | - | Your package was released by the customs agency. |
| | | 03/23/2020 6:44 A.M. | | Vantaa, Finland | Arrival Scan |
| | | 03/23/2020 4:53 A.M. | | Stockholm-Arlanda, Sweden | Departure Scan |
| | | 03/23/2020 4:14 A.M. | | Stockholm-Arlanda, Sweden | Arrival Scan |
| | | 03/23/2020 2:15 A.M. | | Koeln, Germany | Departure Scan |
| | | 03/20/2020 7:13 P.M. | | Koeln, Germany | Arrival Scan |
| | | 03/20/2020 6:44 A.M. | | Louisville, KY, United States | Departure Scan |
| | | 03/20/2020 2:05 A.M. | | Louisville, KY, United States | Export Scan |
| | | 03/20/2020 12:00 A.M. | | Louisville, KY, United States | Arrival Scan |

| | Date | Location | Activity |
|---|---|---|---|
| | 03/19/2020  9:27 P.M. | Kansas City, MO, United States | Departure Scan |
| | 03/19/2020  9:00 P.M. | Kansas City, MO, United States | Arrival Scan |
| | 03/19/2020  8:47 P.M. | Lenexa, KS, United States | Departure Scan |
| | 03/20/2020  3:15 A.M. | - | Your package is being processed at the clearance agency. |
| | 03/19/2020  7:45 P.M. | Lenexa, KS, United States | Origin Scan |
| | 03/19/2020  4:52 P.M. | Lenexa, KS, United States | Pickup Scan |
| Shipped | 03/19/2020  3:47 P.M. | Lenexa, KS, United States | Drop-Off |
| Label Created | 03/19/2020  3:21 P.M. | United States | Order Processed: Ready for UPS |

## Shipment Details

**Service**
UPS Worldwide Express® (https://www.ups.com/content/us/en/shipping/time/service/express.html) with UPS Carbon Neutral 

**Weight**
0.40 LBS

**Shipped / Billed On**
03/19/2020

**Shipment Category**
Package

Show Less —

📦 Track

Help ↗

Track

Copyright ©1994- 2020 United Parcel Service of America, Inc. All rights reserved.