# EXHIBIT K

 Search     8  Free Trial: Job Search Smarter

 **Cristian Capelli**
GM Retail and Business Development, Nokia phones at HMD Global   Follow   More...

## Cristian Capelli · 3rd

GM Retail and Business Development, Nokia phones at HMD Global

San Diego, California · 500+ connections · **Contact info**

HMD Global
Politecnico di Milano

Follow

## Highlights

**Reach out to Cristian for...**
Advising companies, Joining a nonprofit board.

Message Cristian

## About

Results-driven, dedicated, and accomplished sales and business development professional. 19 years track record leading product strategy, developing new channels and business opportunities driving revenue and growth. Exp in product and service go-to-market. With a unique blend of business experience, technical skills and passion. Recognized leader who develops, mentors, and motivates team members to exceed organizational and individu Exemplary interpersonal abilities used to interact and build strategic partnerships with stakeholders. Excellent La and Cultural-adaptive skills. Fluent in English, Spanish, Portuguese, and Italian.
Currently working on the return of Nokia phones into North America.
You can contact me here: cristian.capelli@live.com

## Activity

 Search       Free Trial: Job Search Smarter

 **Cristian Capelli**
GM Retail and Business Development, Nokia phones at HMD

"Our focus is on democratizing technology, by making products that las…
Cristian shared this

39 Reactions • 7 Comments

## Experience

 **HMD Global**
3 yrs 7 mos

○ **GM Retail and Business Development, Nokia mobi**
Apr 2019 – Present · 1 yr 3 mos
Miami/Fort Lauderdale Area

Leading Sales for Nokia phones in the US retail mar
Heading the business development activities acquir

○ **Head of Business Development, Americas**
Dec 2016 – Mar 2019 · 2 yrs 4 mos
Miami/Fort Lauderdale Area

HMD is the new Home of Nokia Phones.

Leads sales for Nokia phones in North America with focus on US retailers, e-tailers and carriers (Canada).
Manages the company efforts to enter new channels in the Americas.
Supervises the Field Force activities.

see less

 **HZO**
1 yr 3 mos

○ **Vice President Sales**
Oct 2015 – Nov 2016 · 1 yr 2 mos
Greater San Diego Area

Leads HZO global sales and business development activities in the Telecommunication and Display verticals.
Manages the sales strategy and the commercial rela

 Search      Free Trial: Job Search Smarter

 **Cristian Capelli**
GM Retail and Business Development, Nokia phones at HMD

**Business Development Consultant**
Sep 2015 – Oct 2015 · 2 mos
San Diego

Strategic Consulting, including business plan & sales strategy for new customers in the Telecom Industry.
Supports Consumer Electronic BU and Marketing or...

 **Head of Business Management, Phones Business Unit**
Microsoft
Aug 2014 – Sep 2015 · 1 yr 2 mos
Greater San Diego Area

Oversees and manages the phone portfolio for the Americas and loss of the unit and evaluating and proposing new to executive management team. Ensures a successful with product creation, marketing, and management team...more

 **Nokia**
13 yrs 5 mos

**Director Portfolio and Business management Latin America**
Mar 2013 – Aug 2014 · 1 yr 6 mos

Managed daily operations, including ramping down Windows Phone products to market and developing carrier and consumers to gather insights, and spearheading manufacturing in Brazil and Argentina.

...see more

**Head of Smart Devices Business Unit, Latin America**
Jun 2011 – Feb 2013 · 1 yr 9 mos
Sao Paulo, Brazil

Managed daily operations, including ramping down old generation devices to introduce new Windows Phone products to market and developing best possible devices by working with wireless carrier and consumers to gather insights, and spearheading efforts to start new product manufacturing in Brazil and Argentina.

...see more

Show 5 more roles ⌄

 **Member, Board of Directors**
INdT

 Search      Free Trial: Job Search Smarter

 Cristian Capelli
GM Retail and Business Development, Nokia phones at HMD

Education

 Politecnico di Milano
Master's, Electronic engineering
1993 – 1999
Activities and Societies: Specialization on Electronic
one-year Internship at ST Microelectronics in R&D
implementation of an analog circuit design flow, wit

Electronic systems and signals transmission.

 Search     8  Free Trial: Job Search Smarter

 **Cristian Capelli**
GM Retail and Business Development, Nokia phones at HMD

