# EXHIBIT M

    

Search

Try Premium Free for 1 Month



# E Commerce and Online Sales Lead - US

HMD Global • Dallas, Texas, United States

No longer accepting applications

This is an exciting time to join our business in the US - we are growing quickly and there is a huge opportunity to have an impact and grow within role as you build our US E Commerce & Online Sales capability.

**This is a key role which will:**

**Job Details**

**Seniority Level**
Mid-Senior level

See more



**HMD Global**
Telecommunications • 38,254 followers

+ Follow

## About us

HMD Global Oy is the home of Nokia phones. A start up founded in Espoo, Finland, we are a collective of passionate and experienced people including some of the most talented and well-recognised leaders in the mobile industry today. Our aim is to create amazing mobile technology for everyone.

We design and deliver trusted and innovative products under the iconic Nokia brand; products that are created to meet the diverse needs of global consumers, that are useful for everyone and that make life more exciting and inspiring for these consumers and our shared communities.

We do this by bringing together the best of the industry to leverage world-class partnerships with manufacturers, operating systems, brands and suppliers.

Consumers today are seeking relationships with brands that they can trust. The Nokia brand has over 150 years of heritage giving it an authentic, differentiating experience which we are proud to introduce to a new generation of mobile fans. We are proud to be writing the next chapter of the Nokia phones story.

To find out more about us visit us here - www.hmdglobal.com

Learn more

**Set alert for similar jobs**

**People also viewed**


**Director, Global Sales Operations**
Motorola Solutions
Dallas, Texas, United States
1 month ago • Easy Apply


**Director Of Client Development**
RGP
Dallas-Fort Worth Metroplex
1 week ago • Easy Apply


**Director of Sales Operations**
Ultimate Asset
Dallas, Texas, United States
4 days ago • Easy Apply


**Sr. Manager of Operational Planning**
BIOWORLD MERCHANDISING
Irving, Texas, United States
1 month ago • Easy Apply


**VP, Inside Sales**
Solera, Inc.
Westlake, TX, US
1 day ago


**Solution Relationship, Managing Director**
KPMG US
Dallas, TX, US
 2 connections work here
1 week ago


**Senior Software Development Engineer**
Amazon Web Services (AWS)
Dallas, TX, US
 1 alum works here
1 day ago

**Vice President of Global Sales Operations**
Reltio
United States
2 weeks ago • Easy Apply

