# EXHIBIT N



**E Commerce Lead - US**

HMD Global • Miami, Florida

ⓘ No longer accepting applications

This is a very exciting opportunity to play a key role in the development of our business in the US, in a role that will assume responsibility for the design, delivery and on-going management of our US E Commerce capability. This will include:

**Seniority Level**
Mid-Senior level

**Industry**
Telecommunications ,

See more ⌄

---

**HMD Global**

Telecommunications • 38,254 followers

+ Follow

**About us**

We believe the world is ready for something new in mobile technology and we are in the process of further developing an innovative, personal, compelling user experience. As the home of Nokia phones we are committed to writing and forging the next chapter for this iconic brand. To do that, we've joined forces with visionary industry leaders such as ZEISS, Qualcomm and Google  so we can share our ingenuity, experience and expertise to find innovative, new ways to connect. We have an amazing heritage to call on as we work on developing a future that stretches beyond our current horizons. To find out more about us visit us here - www.hmdglobal.com

Learn more

---

Set alert for similar jobs

Get ahead with Premium Caree

Contact recruiters directly

See who's viewing your profile

Stand out as a featured applicant

Try Free for 1 Month

Looking for talent?    Post a job

---

**Linked in**

About     Accessibility     Talent Solutions     ⓘ Questions?
     Visit our Help Center.

Community Guidelines    Careers     Marketing Solutions

Privacy & Terms ⌄    Ad Choices     Advertising     ⚙ Manage your account and privacy
     Go to your Settings.

Sales Solutions    Mobile     Small Business

Safety Center

Select Language

English (English)

LinkedIn Corporation © 2020