# EXHIBIT O

# Electronic Articles of Incorporation
## For

HMD AMERICA, INC.

P16000057670
FILED
July 07, 2016
Sec. Of State
rwhite

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
HMD AMERICA, INC.

## Article II
The principal place of business address:
13301 PARK VISTA BLVD.
STE. 100
FORT WORTH, TX. 76177

The mailing address of the corporation is:
13301 PARK VISTA BLVD.
STE. 100
FORT WORTH, TX. 76177

## Article III
The purpose for which this corporation is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
10000000

## Article V
The name and Florida street address of the registered agent is:
INCORP SERVICES, INC.
17888 67TH COURT NORTH
LOXAHATCHEE, FL. 33470

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature: JOSIE SORENSEN

## Article VI

P16000057670
FILED
July 07, 2016
Sec. Of State
rwhite

The name and address of the incorporator is:

    CALVIN C. LEONG
    1300 VALLEY VISTA DRIVE
    STE. 207
    DIAMOND BAR, CA 91765

Electronic Signature of Incorporator:   CALVIN C. LEONG

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

    Title:   P
    SAM W CHIN
    1300 VALLEY VISTA DR., STE. 207
    DIAMOND BAR, CA.   91765