# EXHIBIT S

# 2020 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P16000057670

**Entity Name:** HMD AMERICA, INC.

**FILED**
**Jan 16, 2020**
**Secretary of State**
**9247647923CC**

**Current Principal Place of Business:**

1200 BRICKELL AVE., STE. 510
MIAMI, FL 33131

**Current Mailing Address:**

1200 BRICKELL AVE., STE. 510
MIAMI, FL 33131 US

**FEI Number:** 81-3270962

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

HOYOS, CRISTINA
1200 BRICKELL AVE., STE. 510
MIAMI, FL 33131 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: CRISTINA HOYOS                                                                 01/16/2020
Electronic Signature of Registered Agent                                                  Date

**Officer/Director Detail :**

| Title | PRESIDENT | Title | CFO |
|---|---|---|---|
| Name | BARIL, JEAN F | Name | HOYOS, CRISTINA |
| Address | 1200 BRICKELL AVE., STE. 510 | Address | 1200 BRICKELL AVE., STE. 510 |
| City-State-Zip: | MIAMI FL 33131 | City-State-Zip: | MIAMI FL 33131 |

| Title | DIRECTOR |
|---|---|
| Name | BARIL, JEAN F |
| Address | 1200 BRICKELL AVE., STE. 510 |
| City-State-Zip: | MIAMI FL 33131 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CRISTINA HOYOS                         CFO                              01/16/2020
Electronic Signature of Signing Officer/Director Detail                             Date