# EXHIBIT T

# Sam
# Chin

Chairman of the Board, HMD Global

Sam Chin is Chairman of the Board at HMD Global and has more than 30 years of marketing, sales and operational experience in the global computer and electronics industries.

From 2003 until 2012 Sam served as Chairman and CEO of Foxconn International Holdings, a subsidiary of multinational electronics contract manufacturer Hon Hai Precision Industry Co. Ltd

In his time there, Sam was one of the principal managers responsible for Foxconn's handset manufacturing services business. Sam resigned as CEO in January 2012, remaining as Chairman for a further 12 months.

Before joining FIH, Sam held senior positions at consumer electronics firm EFA Corporation, as well as gaming company Atari and home computer and electronics giant Commodore Electronics. His responsibilities ranged from sales and marketing, global procurement and manufacturing to pricing, purchasing, contract negotiation and also included accounting and finance.

Sam was awarded a Bachelor of Science degree in Economics from the Wharton School, University of Pennsylvania, US in 1973, as well as a Juris Doctor degree from the University of Pennsylvania Law School three years later.

## Stay up to date

We take your privacy very seriously and as such your data will not be shared with any third parties

Email Address

Subscribe



Media

Careers

Contact us

6/23/2020 Case 2:20-cv-00078-JRG   Document 15-22   Filed 06/24/20   Page 4 of 4 PageID #: 178
Chairman of the Board | HMD Global
Nokia phones

© 2017 HMD Global All rights reserved. Nokia is a trademark owned by Nokia Corporation.

Privacy Policy     •     Terms of Use     •     UK Modern Slavery Act Statement     •     Speak up channel

ENGLISH     SUOMI     简体中文