# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIVALENT LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:20-CV-0078-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| HMD GLOBAL OY, | § § § | |
| Defendant. | § | |

**ORDER HOLDING HMD GLOBAL OY'S MOTION TO DISMISS IN ABEYANCE PENDING DISCOVERY AND AUTHORIZING SERVICE BY ALTERNATE MEANS**

The Court, having considered HMD Global Oy's Motion to Dismiss (Dkt. No. 8), GRANTS Cellular Communications Equipment LLC's ("CCE") request to conduct discovery into the relationship between HMB Global Oy and HMD American, Inc. The Court holds HMD Global Oy's motion in abeyance until the discovery is complete. The Court further GRANTS CCE'S request for authorization to effectuate service on US counsel for HMD.