**EXHIBIT E**

United States District Court
Southern District of Texas
**ENTERED**
April 14, 2020
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **OHVA, Inc.,** | Case No. 4:20-cv-1244-KPE |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Ace Merchant Processing, LLC,** | |
| Defendant. | |

**ORDER ON MOTION FOR
SUBSTITUTE SERVICE**

This matter is before the Court on Plaintiff OHVA, Inc.'s request for substitute service to Defendant Ace Merchant Processing LLC.  Plaintiff asserts to the Court that the manner of service ordered herein will be reasonably effective to give Defendant notice of the lawsuit. Being so advised, the Court hereby finds that the request should be GRANTED. It is, therefore,

ORDERED that Plaintiff's motion for substitute service on Defendant be GRANTED.

SO ORDERED _____April 14, 2020_____

UNITED STATES DISTRICT COURT
Judge Keith P. Ellison