IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC | § § § | |
| V | § § | NO. 2:20-CV-00078-JRG |
| HMD GLOBAL OY | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant HMD Global OY hereby notifies the Court that Shannon Dacus of the firm The Dacus Firm, P.C., 821 ESE Loop 323, Suite 430, Tyler, Texas 75701, 903/705-1117, sdacus@dacusfirm.com, has entered this action as counsel to be noticed on its behalf. In connection with this notice, Mrs. Dacus requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on her at the above address and contact information.

Respectfully submitted,

*/s/ Shannon Dacus*
Shannon Dacus
Texas Bar No. 00791004
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone)
903-581-2543 (fax)
E-mail: sdacus@dacusfirm.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 15th day of July, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system. Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ Shannon Dacus*
Shannon Dacus