# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § § § § § § § § § § § | Case No. 2:20-CV-00078-JRG <br><br> JURY TRIAL DEMANDED |
| Plaintiff, | |
| v. | |
| HMD GLOBAL OY, | |
| Defendant. | |

## JOINT (AGREED) MOTION FOR ENTRY OF DOCKET CONTROL ORDER

Plaintiff Cellular Communications Equipment LLC and Defendant HMD Global Oy file this Joint Motion for Entry of Docket Control Order.  Having agreed upon the terms included therein, the parties respectfully request the Court grant this Motion and enter the Proposed Docket Control Order, attached as Exhibit A.

| | |
|---|---|
| Dated: August 3, 2020 | Respectfully submitted, |
| /s/ *Jerry D. Tice II* <br> Jeffrey R. Bragalone (lead attorney) <br> Texas Bar No. 02855775 <br> Jonathan H. Rastegar <br> Texas Bar No. 24064043 <br> Jerry D. Tice II <br> Texas Bar No. 24093263 <br><br> **BRAGALONE CONROY PC** <br> 2200 Ross Avenue <br> Suite 4500W <br> Dallas, TX 75201 <br> Tel: (214) 785-6670 <br> Fax: (214) 785-6680 <br> jbragalone@bcpc-law.com <br> jrastegar@bcpc-law.com <br> jtice@bcc-law.com <br><br> Attorneys for Plaintiff <br> **CELLULAR COMMUNICATIONS Equipment LLC** | /s/ *Deron R. Dacus (with permission)* <br> Deron R. Dacus <br> State Bar No. 00790553 <br> **The Dacus Firm, P.C.** <br> 821 ESE Loop 323, Suite 430 <br> Tyler, Texas, 75701 <br> +1 (903) 705-1117 <br> +1 (903) 581-2543 facsimile <br> ddacus@dacusfirm.com <br><br> Matthew S. Warren (California Bar No. 230565) <br> Jen Kash (California Bar No. 203679) <br> Erika Warren (California Bar No. 295570) <br> **Warren Lex LLP** <br> 2261 Market Street, No. 606 <br> San Francisco, California, 94114 <br> +1 (415) 895-2940 <br> +1 (415) 895-2964 facsimile <br> 20-78@cases.warrenlex.com <br><br> *Attorneys for HMD Global Oy* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 3, 2020, the foregoing document was electronically filed in compliance with Local Rule CV-5(a) and was served on all counsel of record who have consented to electronic service, per Local Rule CV-5(a)(3).

/s/ *Jerry D. Tice II*
Jerry D. Tice II