# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>HMD GLOBAL OY,<br><br>Defendant. | Case No. 2:20-CV-00078-JRG<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SERVICE OF INITIAL AND ADDITIONAL
DISCLOSURES OF DEFENDANT HMD GLOBAL OY**

Defendant HMD Global Oy notifies the Court that, on August 10, 2020, it complied with

Paragraphs 1 and 3 of the Discovery Order of August 5, 2020, Docket No. 24.

Dated:  August 11, 2020

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus
State Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas, 75701
+1 (903) 705-1117
+1 (903) 581-2543 facsimile
ddacus@dacusfirm.com

Matthew S. Warren (California Bar No. 230565)
Jen Kash (California Bar No. 203679)
Patrick Fitch (California Bar No. 321493)
Erika Warren (California Bar No. 295570)
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940

– 2 –

+1 (415) 895-2964 facsimile
20-78@cases.warrenlex.com

*Attorneys for HMD Global Oy*