# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | Case No. 2:20-cv-00078-JRG |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| HMD GLOBAL OY, | § § | |
| Defendant. | § | |

### ORDER GRANTING JOINT MOTION TO WITHDRAW MOTION TO DISMISS FOR INSUFFICIENT SERVICE AND FOR EXTENSION OF TIME TO RESPOND

The Court **GRANTS** the Joint Motion to Withdraw Motion to Dismiss for Insufficient Process, Insufficient Service of Process, and Lack of Personal Jurisdiction (Docket No. 8) and For Extension of Time to Respond. The Court therefore **ORDERS** as follows:

1. The Motion to Dismiss for Insufficient Process, Insufficient Service of Process, and Lack of Personal Jurisdiction (Docket No. 8) is denied as moot.

2. Defendant shall respond to Plaintiff's Complaint by September 21, 2020.