**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § *Plaintiff*, § § v. § § HMD GLOBAL OY, § § *Defendant*. § | CIVIL ACTION NO. 2:20-CV-00078-JRG |

## ORDER

Before the Court is Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendant HMD Global Oy's ("HMD Global") (collectively, the "Parties") Joint Motion to Withdraw Motion to Dismiss for Insufficient Service and for Extension of Time to Respond (the "Motion to Withdraw"). (Dkt. No. 30). In the Motion to Withdraw, the Parties stipulate as follows:

1. HMD Global withdraws its Motion to Dismiss for Insufficient Process, Insufficient Service of Process, and Lack of Personal Jurisdiction (the "Motion to Dismiss") (Dkt. No. 8).

2. CCE effected service of process on HMD Global via the Finnish Central Authority under the Hague Convention on August 10, 2020.

3. HMD Global shall respond to CCE's Original Complaint for Patent Infringement (the "Complaint") (Dkt. No. 1) on or before September 21, 2020.

4. This stipulation shall not affect other deadlines in this action.

Having considered the stipulations set forth in the Motion to Withdraw, the Court is of the opinion that the stipulations should be and hereby are entered. The Motion to Withdraw is therefore **GRANTED**.

Accordingly, it is **ORDERED** that the stipulations set forth in the Motion to Withdraw are entered and accepted by the Court. Consequently, it is **ORDERED** that the Motion to Dismiss is hereby **DENIED AS MOOT**. HMD Global is **ORDERED** to respond to the Complaint on or before **Monday, September 21, 2020.**

**So ORDERED and SIGNED this 14th day of August, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE