# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § § § § § § § § § § § | Case No. 2:20-CV-00078-JRG  JURY TRIAL DEMANDED |
| Plaintiff, | |
| v. | |
| HMD GLOBAL OY, | |
| Defendant. | |

**JOINT MOTION FOR ENTRY SUPPLEMENTAL PROTECTIVE ORDER REGARDING CERTAIN NON-PARTY CONFIDENTIAL INFORMATION**

Plaintiff Cellular Communications Equipment LLC and Defendant HMD Global Oy file this Joint Motion for Entry of Supplemental Protective Order Regarding Certain Non-Party Confidential Information. The proposed Order has been approved by both Parties and is attached hereto as Exhibit A.

| | |
|---|---|
| Dated: September 8, 2020 | Respectfully submitted, |
| */s/ Jerry D. Tice II* | */s/ Deron R. Dacus (with permission)* |
| Jeffrey R. Bragalone (lead attorney) | Deron R. Dacus |
| Texas Bar No. 02855775 | State Bar No. 00790553 |
| Jonathan H. Rastegar | **The Dacus Firm, P.C.** |
| Texas Bar No. 24064043 | 821 ESE Loop 323, Suite 430 |
| Jerry D. Tice II | Tyler, Texas, 75701 |
| Texas Bar No. 24093263 | +1 (903) 705-1117 |
| Hunter S. Palmer | +1 (903) 581-2543 facsimile |
| Texas Bar No. 24080748 | ddacus@dacusfirm.com |
| | |
| **BRAGALONE CONROY PC** | Matthew S. Warren (California Bar No. 230565) |
| 2200 Ross Avenue | Jen Kash (California Bar No. 203679) |
| Suite 4500W | Erika Warren (California Bar No. 295570) |
| Dallas, TX 75201 | **Warren Lex LLP** |
| Tel: (214) 785-6670 | 2261 Market Street, No. 606 |
| Fax: (214) 785-6680 | San Francisco, California, 94114 |
| jbragalone@bcpc-law.com | +1 (415) 895-2940 |
| jrastegar@bcpc-law.com | +1 (415) 895-2964 facsimile |
| jtice@bcc-law.com | 20-78@cases.warrenlex.com |
| hpalmer@bcpc-law.com | |
| | |
| Attorneys for Plaintiff | *Attorneys for HMD Global Oy* |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC** | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 8, 2020, the foregoing document was electronically filed in compliance with Local Rule CV-5(a) and was served on all counsel of record who have consented to electronic service, per Local Rule CV-5(a)(3).

*Jerry D. Tice II*
Jerry D. Tice II