IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § § | Case No. 2:20-CV-00078-JRG |
| v. | § § § | JURY TRIAL DEMANDED |
| HMD GLOBAL OY, | § § § | |
| Defendant. | § § | |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS BY DEFENDANT HMD GLOBAL FOR LACK OF STANDING AND FAILURE TO STATE A CLAIM**

The Court, having considered the Motion to Dismiss of HMD Global Oy for Lack of Standing and Failure to State a Claim, finds that the Motion should be GRANTED.

It is therefore ORDERED that all claims by Cellular Communications Equipment LLC against HMD Global Oy are hereby DISMISSED under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).