IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC | § § § | |
| V | § § § | NO. 2:20-CV-00078-JRG |
| HMD GLOBAL OY | § | |

**CERTIFICATE OF AUTHORIZATION TO SEAL**

Date: September 21, 2020

Respectfully submitted,
*/s/ Deron R. Dacus*
Deron R. Dacus
State Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas, 75701
+1 (903) 705-1117  ddacus@dacusfirm.com

Matthew S. Warren (California Bar No. 230565)
Jen Kash (California Bar No. 203679)
Patrick Fitch (California Bar No. 321493)
Erika Warren (California Bar No. 295570)
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
20-78@cases.warrenlex.com

*Attorneys for HMD Global Oy*

**CERTIFICATE OF SERVICE**

I certify that on September 21, 2020, I filed the foregoing document under Local Rule CV-5(a)(7) and served the foregoing document on plaintiff's attorneys of record through the Court's electronic filing system.

*/s/ Deron R. Dacus*
Deron R. Dacus

## **CERTIFICATE OF AUTHORIZATION TO SEAL**

Pursuant to Local Rule CV-5, the undersigned counsel hereby certifies that authorization for filing under seal has been previously granted by the Court in the Protective Order (Dkt. 31) entered in this case on August 14, 2020.
.

*/s/ Deron R. Dacus*
Deron R. Dacus