# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:20-CV-00078-JRG |
| v. | § § § | JURY TRIAL DEMANDED |
| HMD GLOBAL OY, | § § § | |
| Defendant. | § | |

## DECLARATION OF GABRIEL A. PEIXOTO IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT HMD GLOBAL OY FOR LACK OF STANDING AND FAILURE TO STATE A CLAIM

I, Gabriel A. Peixoto, hereby declare under 28 U.S.C. § 1746:

1.  I am an attorney licensed to practice in the State of California, and an associate at the law firm of Warren Lex LLP, counsel for defendant HMD Global Oy. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently to each of them.

2.  Attached as Exhibit A is a true and correct copy of a document produced by plaintiff Cellular Communications Equipment LLC bearing production numbers CCE_HMD_000399 through CCE_HMD_000401, which is also available from the United States Patent & Trademark Office at Reel 33405, Frames 71-73.

3.  Attached as Exhibit B is a true and correct copy of a document produced by plaintiff Cellular Communications Equipment LLC bearing production numbers

CCE_HMD_000402 through CCE_HMD_000404, which is also available from the United States Patent & Trademark Office at Reel 33405, Frames 104-106.

4. Attached as Exhibit C is a true and correct copy of a document produced by plaintiff Cellular Communications Equipment LLC bearing production numbers CCE_HMD_001012 through CCE_HMD_001027, marked "HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY" under the protective order governing confidentiality in this action, Docket Nos. 31 and 35.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 21, 2020, in Berkeley, California.

_____
Gabriel A. Peixoto