# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1                                                    EPAS ID: PAT2957175
Stylesheet Version v1.2

| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
|---|---|
| **NATURE OF CONVEYANCE:** | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| NOKIA SIEMENS NETWORKS OY | 02/21/2013 |

**RECEIVING PARTY DATA**

| Name: | ACACIA RESEARCH GROUP LLC |
|---|---|
| Street Address: | 2400 DALLAS PARKWAY |
| Internal Address: | SUITE 200 |
| City: | PLANO |
| State/Country: | TEXAS |
| Postal Code: | 75093 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Application Number: | 10862878 |

**CORRESPONDENCE DATA**

Fax Number:
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*
Phone:                          3308770700
Email:                          docketing@martinferraro.com
Correspondent Name:             MARTIN & FERRARO, LLP
Address Line 1:                 1557 LAKE O'PINES STREET, NE
Address Line 4:                 HARTVILLE, OHIO 44632

| ATTORNEY DOCKET NUMBER: | 194.0015-00000 |
|---|---|
| NAME OF SUBMITTER: | ALFRED Y. CHU |
| SIGNATURE: | /Alfred Y. Chu/ |
| DATE SIGNED: | 07/28/2014 |

**Total Attachments: 2**
source=Assignment from Nokia Siemens Networks Oy to ARG#page1.tif
source=Assignment from Nokia Siemens Networks Oy to ARG#page2.tif

## ASSIGNMENT

WHEREAS Nokia Siemens Networks Oy, a Finnish limited liability company having a principal place of business at Karaportti 3, 02610 Espoo (hereafter, together with any successors, legal representatives or assigns thereof, called "Assignor") and it Affiliates are the beneficial owners of the U.S. Patent No. 7218923, issued on 15.05.2007, for an invention entitled "CONTROL OF TERMINAL APPLICATIONS IN A NETWORK ENVIRONMENT";

AND WHEREAS, ACACIA RESEARCH GROUP LLC ("ARG"), a Texas limited liability company having a principal place of business at 6136 Frisco Square Blvd. Suite 385, Frisco, TX 75034 (hereafter, together with any successors, legal representatives or assigns thereof, called "ASSIGNEE") wants to acquire the entire right, title and interest in and to said U.S. Patent No. 7218923, and all the inventions therein, and Assignor is willing to enter into such assignment.

NOW, THEREFORE, effective on 21st December, 2012 and in consideration of the sum of One Dollar ($1.00) in hand paid and other good and valuable consideration the receipt of which from ASSIGNEE is hereby acknowledged, Assignor has sold, assigned, transferred and set over, and does hereby sell, assign, transfer and set over to ASSIGNEE the entire right, title and interest in and to U.S. Patent No. 7218923, and all patents, patent applications, foreign patents, foreign patent applications, continuations, continuations-in-part, divisionals, extensions, renewals, reissues and re-examinations related to all inventions thereof, including without limitation, all rights to claim priority on the basis thereof, all rights to sue for past, present and future infringement, including the right to collect and receive any damages, royalties, or settlements for such infringements, all rights to sue for injunctive or other equitable relief, and any and all causes of action relating to any of the inventions or discoveries thereof;

Assignor hereby covenants that it has full right to convey the entire interest herein assigned, and that it has not executed, and will not execute, any agreement in conflict with this Assignment;

Assignor hereby further covenants and agrees that it will communicate to ASSIGNEE any and all facts known to it respecting said patents, and testify in any legal proceeding, sign all lawful papers, execute and deliver all papers and take any actions that may be necessary or desirable to perfect the title to any aforementioned patents and inventions, execute all divisional, continuation, reexamination, reissue and substitute applications, and make all rightful oaths and generally do everything possible to aid ASSIGNEE to obtain and enforce proper patent protection for said inventions in all countries.

FOR USPTO RECORDING

IN TESTIMONY WHEREOF, I hereunto set my hand this 21 day of February, 2013.

Nokia Siemens Networks Oy
(Assignor)

By _____

Name    Gottfried Weidel

Title   Head of IPR

By _____

Name    Bernd Schaar

Title   Head of IPR Business Strategy

RECORDED: 07/28/2014

PATENT
REEL: 033405 FRAME: 0073
CCE_HMD_000401