# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:20-CV-00078-JRG |
| v. | § § § | JURY TRIAL DEMANDED |
| HMD GLOBAL OY, | § § | |
| Defendant. | § § | |

## [PROPOSED] ORDER GRANTING MOTION TO TRANSFER OF HMD GLOBAL OY UNDER 28 U.S.C. § 1404 TO THE SOUTHERN DISTRICT OF FLORIDA

Before the Court is the Motion to Transfer of HMD Global Oy Under 28 U.S.C. § 1404 to the Southern District of Florida. Having considered the motion, cited authorities, and attached exhibits, the Court finds that the Southern District of Florida is clearly a more convenient venue for this matter. The Clerk is therefore hereby directed to transfer this case to the Southern District of Florida.

SO ORDERED.