IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>HMD GLOBAL OY,<br><br>Defendant. | §§§§§§§§§§§§§ Case No. 2:20-CV-00078-JRG |

**DECLARATION OF MAURIZIO ANGELONE IN
SUPPORT OF MOTION TO TRANSFER OF HMD GLOBAL OY**

I, Maurizio Angelone, declare under 28 U.S.C. § 1746:

1. I was the Vice President and General Manager of HMD America, Inc. from its incorporation in December 2016 until July 2020, when I took the role of Vice President, Latin America. I have personal knowledge of the matters set forth below and, if called as a witness, could and would testify competently thereto.

2. HMD America, Inc. ("HMD America") is a Florida corporation, with headquarters at 1200 Brickell Avenue, Suite 510, Miami, Florida.

3. As Vice President and General Manager of HMD America, my duties included overseeing daily operations and personnel, overseeing the supply chain and logistics teams which import mobile devices on behalf of the company, [REDACTED]

4. [REDACTED]

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████

5.   ███████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████

6.   Documents concerning HMD America's import, sale, and testing in the United States are located in HMD America's offices in Miami.

7.   HMD America holds regular regional meetings for its employees at its headquarters in Miami.

8.   I understand that the United States District Court for the Southern District of Florida has a courthouse in Miami, Florida. I reside and work in Miami. It would be convenient for me to attend hearings and trial in Florida, which would require minimal travel time and not result in significant time away from my regular duties.

9.   I understand that Your Honor's courtroom is located in Marshall, Texas. It would require significant time and expense for me to travel there.

10.  I declare under penalty of perjury that the foregoing is true and correct. Executed in Miami, Florida, on September  18 , 2020.

_____
MAURIZIO ANGELONE