IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, §§§ Plaintiff, §§ v. §§ HMD GLOBAL OY, §§§ Defendant. | Case No. 2:20-CV-00078-JRG<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF GABRIEL A. PEIXOTO IN SUPPORT
OF MOTION TO TRANSFER BY DEFENDANT HMD GLOBAL OY
UNDER 28 U.S.C. § 1404 TO THE SOUTHERN DISTRICT OF FLORIDA**

I, Gabriel A. Peixoto, hereby declare under 28 U.S.C. § 1746:

    1.    I am an attorney licensed to practice in the State of California, and an associate at the law firm of Warren Lex LLP, counsel for defendant HMD Global Oy.  I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently to each of them.

    2.    Attached as Exhibit A are true and correct copies of documents filed with the Texas Secretary of State by Cellular Communications Equipment LLC.

    3.    Attached as Exhibit B are true and correct copies of documents filed with the Texas Secretary of State by Acacia Research Group LLC.

    4.    Attached as Exhibit C is a true and correct copy of https://www.businesswire.com/news/home/20160915005463/en/A.

5. Attached as Exhibit D is a true and correct copy of https://acaciaresearch.com/prviewer/release_only/id/763877.

6. Attached as Exhibit E is a true and correct copy of Plaintiff's Initial Disclosures served by plaintiff Cellular Communications Equipment LLC on August 10, 2020.

7. Attached as Exhibit F is a true and correct copy of a document generated by selecting "Save to PDF" on https://www.linkedin.com/in/eric-lucas-29a0232a/.

8. Attached as Exhibit G is a true and correct copy of https://www.iraq.regus.com/office-space/united-states/texas/frisco/texas-frisco-frisco-square.

9. Attached as Exhibit H is a true and correct copy of a document produced by plaintiff Cellular Communications Equipment LLC bearing production numbers CCE_HMD_001356 through CCE_HMD_001439.

10. Attached as Exhibit I is a true and correct copy of https://jegandsons.com/index.php.

11. Attached as Exhibit J is a true and correct copy of a document filed with the Florida Secretary of State by Shalbaf LLC.

12. Attached as Exhibit K is a true and correct copy of Plaintiff's Disclosure of Asserted Claims and Infringement Contentions served by plaintiff Cellular Communications Equipment LLC on July 6, 2020.

//

//

//

//

13. Attached as Exhibit L is a true and correct copy of an excerpt from a document available at uscourts.gov/sites/default/files/data_tables/fcms_na_distprofile0630.2020.pdf.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 22, 2020, in Berkeley, California.

*[signature]*
Gabriel A. Peixoto