| Form 205 <br> (Revised 07/10) <br><br> Submit in duplicate to: <br> Secretary of State <br> P.O. Box 13697 <br> Austin, TX 78711-3697 <br> 512 463-5555 <br> FAX: 512 463-5709 <br> **Filing Fee: $300** | <br><br>**Certificate of Formation**<br>**Limited Liability Company** | This space reserved for office use.<br><br>**FILED**<br>In the Office of the<br>Secretary of State of Texas<br><br>**JAN 2 3 2013**<br><br>**Corporations Section** |
|---|---|---|

## Article 1 – Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

Cellular Communications Equipment LLC
_The name must contain the words "limited liability company," "limited company," or an abbreviation of one of these phrases._

## Article 2 – Registered Agent and Registered Office
(See instructions. Select and complete either A or B and complete C.)

☒ A. The initial registered agent is an organization (cannot be entity named above) by the name of:

Registered Agent Solutions, Inc.

OR

☐ B. The initial registered agent is an individual resident of the state whose name is set forth below:

| First Name | M.I. | Last Name | Suffix |
|---|---|---|---|

C. The business address of the registered agent and the registered office address is:

| 1701 Directors Blvd., Suite 300 | Austin | TX | 78744 |
|---|---|---|---|
| Street Address | City | State | Zip Code |

## Article 3—Governing Authority
(Select and complete either A or B and provide the name and address of each governing person.)

☐ A. The limited liability company will have managers. The name and address of each initial manager are set forth below.

☒ B. The limited liability company will not have managers. The company will be governed by its members, and the name and address of each initial member are set forth below.

**GOVERNING PERSON 1**
NAME (Enter the name of either an individual or an organization, but not both.)
   IF INDIVIDUAL

| First Name | M.I. | Last Name | Suffix |
|---|---|---|---|

OR
IF ORGANIZATION

Acacia Research Group LLC
_Organization Name_
**ADDRESS**

| 6136 Frisco Square Blvd, Suite 385 | Frisco | TX | USA | 75034 |
|---|---|---|---|---|
| Street or Mailing Address | City | State | Country | Zip Code |

Form 205                                         4

**GOVERNING PERSON 2**

NAME (Enter the name of either an individual or an organization, but not both.)

IF INDIVIDUAL

| First Name | M.I. | Last Name | Suffix |

OR

IF ORGANIZATION

Organization Name

ADDRESS

| Street or Mailing Address | City | State | Country | Zip Code |

**GOVERNING PERSON 3**

NAME (Enter the name of either an individual or an organization, but not both.)

IF INDIVIDUAL

| First Name | M.I. | Last Name | Suffix |

OR

IF ORGANIZATION

Organization Name

ADDRESS

| Street or Mailing Address | City | State | Country | Zip Code |

## Article 4 – Purpose

The purpose for which the company is formed is for the transaction of any and all lawful purposes for which a limited liability company may be organized under the Texas Business Organizations Code.

## Supplemental Provisions/Information

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

Form 205

5

## Organizer

The name and address of the organizer:

Cheryl Willeford
_Name_

500 Newport Center Drive, 7th Floor           Newport Beach          CA      92660
_Street or Mailing Address_                   _City_                 _State_  _Zip Code_

## Effectiveness of Filing (Select either A, B, or C.)

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date:   January 23, 2013

_Signature of organizer_

Cheryl Willeford
_Printed or typed name of organizer_

Form 205                                6

00024145221  Filing Number: 801722018

TX2014 Ver. 5.0   05-102 (Rev.9-13/32)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
**This report MUST be signed and filed to satisfy franchise tax requirements**

Tcode 13196

**Taxpayer number:** 32050003717

**Report year:** 2014

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

**Taxpayer name:** CELLULAR COMMUNICATIONS EQUIPMENT LLC

**Mailing address:** 2400 DALLAS PARKWAY, SUITE 200

**City:** PLANO   **State:** TX   **ZIP Code:** 75093

☐ Check box if the mailing address has changed.

Secretary of State (SOS) file number or Comptroller file number: _____

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office:** SAME AS ABOVE
**Principal place of business:** SAME AS ABOVE

3205000371714

*Please sign below!* Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

## SECTION A — Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| | | ☐ YES | |
| Mailing address | City | State | ZIP Code |
| | | ☐ YES | |
| Mailing address | City | State | ZIP Code |
| | | ☐ YES | |
| Mailing address | City | State | ZIP Code |

## SECTION B — Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

## SECTION C — Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| ACACIA RESEARCH GROUP, LLC | DE | | 100.00 |

**Registered agent and registered office currently on file** *(see instructions if you need to make changes)*
Agent: _____
Office: _____   City: _____   State: _____   ZIP Code: _____

☐ Check box if you need forms to change the registered agent or registered office information.

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ) *[signature]*   Title: CFO   Date: 11/14/2014   Area code and phone number: _____

**Texas Comptroller Official Use Only**

VE/DE ☐   PIR IND ☐

1039

TX2015 Ver. 6.0  05-102 (Rev.9-13/32)  **Texas Franchise Tax Public Information Report**
To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions
This report MUST be signed and filed to satisfy franchise tax requirements

■ Tcode 13196

■ Taxpayer number: 32050003717
■ Report year: 2015

*You have certain rights* under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name: CELLULAR COMMUNICATIONS EQUIPMENT LLC

☐ Check box if the mailing address has changed.

Mailing address: 1701 DIRECTORS BLVD, SUITE 300
City: AUSTIN  State: TX  ZIP Code: 78744  Plus 4: 1044

Secretary of State (SOS) file number or Comptroller file number: 0801722018

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: SAME AS ABOVE
Principal place of business: SAME AS ABOVE

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

3205000371715

**SECTION A** Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| ROBERT L. HARRIS | EXECUTIVE CHAIRMAN | [X] YES | |

Mailing address: 520 NEWPORT CENTER DR, 12TH FL  City: NEWPORT BEACH  State: CA  ZIP Code: 92660

| Name | Title | Director | Term expiration |
|---|---|---|---|
| MATTHEW VELLA | CEO | [X] YES | |

Mailing address: 520 NEWPORT CENTER DR, 12TH FL  City: NEWPORT BEACH  State: CA  ZIP Code: 92660

| Name | Title | Director | Term expiration |
|---|---|---|---|
| CLAYTON J. HAYNES | CFO | [X] YES | |

Mailing address: 520 NEWPORT CENTER DR, 12TH FL  City: NEWPORT BEACH  State: CA  ZIP Code: 92660

**SECTION B** Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| ACACIA RESEARCH GROUP LLC | DE | 0801360610 | 100.00 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:
Office:  City:  State:  ZIP Code:

☐ Check box if you need forms to change the registered agent or registered office information.

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

sign here ▶ *[signature]*   Title: CFO   Date: 11/12/15   Area code and phone number: 949-480-8300

**Texas Comptroller Official Use Only**

VE/DE ☐   PIR IND ☐

1039

| TX2016 | 05-102 | | | |
|---|---|---|---|---|
| Ver. 7.0 | (Rev.9-15/33) | | | |

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ Tcode 13196

■ Taxpayer number: 32050003717

■ Report year: 2016

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name: CELLULAR COMMUNICATIONS EQUIPMENT LLC

☐ Check box if the mailing address has changed.

Mailing address: 1701 DIRECTORS BLVD. STE 300
City: AUSTIN   State: TX   ZIP code plus 4: 78744 1044

Secretary of State (SOS) file number or Comptroller file number: 0801722018

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: SAME AS ABOVE
Principal place of business: SAME AS ABOVE

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**Please sign below!** This report must be signed to satisfy franchise tax requirements.

3205000371716

## SECTION A — Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| ROBERT L. HARRIS | EXECUTIVE CHAIRMAN | [X] YES | |
| Mailing address: 520 NEWPORT CENTER DR, 12TH FL | City: NEWPORT BEACH | State: CA | ZIP Code: 92660 |
| MARVIN KEY | CEO | [X] YES | |
| Mailing address: 520 NEWPORT CENTER DR, 12TH FL | City: NEWPORT BEACH | State: CA | ZIP Code: 92660 |
| CLAYTON J. HAYNES | CFO | [X] YES | |
| Mailing address: 520 NEWPORT CENTER DR, 12TH FL | City: NEWPORT BEACH | State: CA | ZIP Code: 92660 |

## SECTION B — Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

## SECTION C — Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| ACACIA RESEARCH GROUP, LLC | DE | 0801360610 | 100.00 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:
Office:                  City:                State:         ZIP Code:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

sign here ► *[signature]*   Title: CFO   Date: 11/4/16   Area code and phone number:

**Texas Comptroller Official Use Only**

VE/DE ☐    PIR IND ☐

1039

# Texas Franchise Tax Public Information Report

TX2017 Ver. 8.0 | 05-102 (Rev.9-15/33) | Tcode 13196

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

**Taxpayer number:** 32050003717
**Report year:** 2017

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

**Taxpayer name:** Cellular Communications Equipment LLC
☐ Check box if the mailing address has changed.

**Mailing address:** 1701 Directors Blvd. STE 300
**City:** Austin  **State:** TX  **ZIP code plus 4:** 78744 1044
**Secretary of State (SOS) file number or Comptroller file number:** 0801722018

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office:** Same As Above
**Principal place of business:** Same As Above

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**Please sign below!** This report must be signed to satisfy franchise tax requirements.

3205000371717

## SECTION A
Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration |
|------|-------|----------|-----------------|
| Robert Stewart | President | ☐ YES | |
| Mailing address: 520 Newport Center Dr. 12th F | City: Newport Beach | State: CA | ZIP Code: 92660 |
| Clayton J. Haynes | CFO | ☒ YES | |
| Mailing address: 520 Newport Center Dr. 12th F | City: Newport Beach | State: CA | ZIP Code: 92660 |
| | | ☐ YES | |
| Mailing address: | City: | State: | ZIP Code: |

## SECTION B
Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

## SECTION C
Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Acacia Research Group, LLC | DE | 0801360610 | 100.00 |

**Registered agent and registered office currently on file** *(see instructions if you need to make changes)*
Agent:
Office:   City:   State:   ZIP Code:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here:** [signature] Clayton J. Haynes
**Title:** CFO
**Date:** 11/2/17
**Area code and phone number:** 949/480-8300

### Texas Comptroller Official Use Only

VE/DE ☐   PIR IND ☐



1039

TX2018 05-102 (Rev.9-15/33)
Ver. 9.0

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

■ Tcode 13196

■ Taxpayer number: 32050003717

■ Report year: 2018

You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name: Cellular Communications Equipment LLC

[X] Check box if the mailing address has changed.

Mailing address: 6136 Frisco Square Blvd, Suite 400
City: Frisco  State: TX  ZIP code plus 4: 75034

Secretary of State (SOS) file number or Comptroller file number: 0801722018

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office: Same As Above
Principal place of business: Same As Above

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* This report must be signed to satisfy franchise tax requirements.

3205000371718

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (m m d d y y) |
|---|---|---|---|
| Mark W. Booth | CEO | ☐ YES | |
| Mailing address: 520 Newport Center Dr. 12th F | City: Newport Beach | State: CA | ZIP Code: 92660 |
| Kirsten Hoover | CFO | ☐ YES | |
| Mailing address: 520 Newport Center Dr. 12th F | City: Newport Beach | State: CA | ZIP Code: 92660 |
| | | ☐ YES | |
| Mailing address | City | State | ZIP Code |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Acacia Research Group, LLC | DE | 0801360610 | 100.00 |

Registered agent and registered office currently on file (see instructions if you need to make changes)

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

| Agent: | | | |
|---|---|---|---|
| Office: | City | State | ZIP Code |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

sign here:   Title: CFO  Date: 11/9/18  Area code and phone number: 949-480-8307

VE/DE ☐   PIR IND ☐

1039

8D5243 2 000

TX2019 05-102
Ver. 10.0 (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions

■ **Tcode** 13196

■ **Taxpayer number**
32050003717

■ **Report year**
2019

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

**Taxpayer name** CELLULAR COMMUNICATIONS EQUIPMENT LLC

■ [X] Blacken box if the mailing address has changed.

**Mailing address** 1701 DIRECTORS BLVD. STE 300

**City** AUSTIN   **State** TX   **ZIP code plus 4** 78744-1044

**Secretary of State (SOS) file number or Comptroller file number**
0801722018

☐ Blacken box if there are currently no changes from previous year, if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
Principal place of business

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!*   This report must be signed to satisfy franchise tax requirements.

3205000371719

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration (mm dd yy) |
|---|---|---|---|
| | | ☐ YES | |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director | Term expiration (mm dd yy) |
| | | ☐ YES | |
| Mailing address | City | State | ZIP Code |
| Name | Title | Director | Term expiration (mm dd yy) |
| | | ☐ YES | |
| Mailing address | City | State | ZIP Code |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

| Office: | City | State | ZIP Code |
|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

sign here ▶   | Title | Date | Area code and phone number |

**Texas Comptroller Official Use Only**

VE/DE ☐   PIR IND ☐

7001