



# Acacia Subsidiary, CCE, Awarded Verdict of Willful Patent Infringement in Case against Apple

September 15, 2016 06:00 AM Eastern Daylight Time

NEWPORT BEACH, Calif.--(BUSINESS WIRE)--Acacia Research Corporation announced that its subsidiary Cellular Communications Equipment LLC received a jury verdict in its case against Apple, Inc. in lead case number 6:14-CV-00251 pending in the United States District Court for the Eastern District of Texas. The jury returned a verdict that U.S. Patent No. 8,055,820 was valid and infringed. The jury found the infringement was willful and returned a damages award of $22.1M for past infringement.

**ABOUT ACACIA RESEARCH CORPORATION**

Founded in 1993, Acacia Research Corporation (NASDAQ: ACTG) is the industry leader in patent licensing. An intermediary in the patent marketplace, Acacia partners with inventors and patent owners to unlock the financial value in their patented inventions. Acacia bridges the gap between invention and application, facilitating efficiency and delivering monetary rewards to the patent owner.

For more information, visit: www.acaciaresearch.com

***Safe Harbor Statement under the Private Securities Litigation Reform Act of 1995***

*This news release may contain forward-looking statements within the meaning of the "safe harbor" provisions of the Private Securities Litigation Reform Act of 1995. Such statements are based upon our current expectations and speak only as of the date hereof. Our actual results may differ materially and adversely from those expressed in any forward-looking statements as a result of various factors and uncertainties, including the recent economic slowdown affecting technology companies, our ability to successfully develop products, rapid technological change in our markets, changes in demand for our future products, legislative, regulatory and competitive developments and general economic conditions. Our Annual Report on Form 10-K, recent and forthcoming Quarterly Reports on Form 10-Q, recent Current Reports on Forms 8-K and 8-K/A, and other SEC filings discuss some of the important risk factors that may affect our business, results of operations and financial condition. We undertake no obligation to revise or update publicly any forward-looking statements for any reason.*

# Contacts

Acacia Research Corporation

Rob Stewart, 1-949-480-8311

rs@acaciares.com

Tweets by @Acacia_Research

## #Hashtags



#licenseagreement  #Communications  #patents  #ACTG  #Cellular  #acacia  #IP

#patentmonetization  #CCE  #equipment  #apple  #settlement

## $Cashtags

$ACTG

## Social Media Profiles

Acacia Research on Twitter

Acacia Research on LinkedIn