Regus response to COVID-19



English  Menu  Create an account  Call: **+964 770 470 2202**  LOGIN

BOOK A TOUR     PLANS & PRICING

# FLEXIBLE OFFICES IN 6136 FRISCO SQUARE BOULEVARD

*6136 Frisco Square Boulevard, Frisco Square, Suite 400, Frisco, Texas, 75034*

*The Frisco Square Center is in a popular mixed-use development, on a quaint avenue, complete with street lamps, brick intersections, and balconied condominiums over top of merchant shops. The main floor lobby has an inviting entrance with high ceilings and marble tile flooring. Located north of the city of Dallas, on the corner of North Dallas Tollway and Main Street, the center is in the heart of a growing commercial area. The retail trade and restaurants are big business but there are plenty of other major employers in education, city services, construction and telecoms. The center is on a street lined with shops and is situated across the street from Pizza Hut Park, home of the Football Club of Dallas*

**GET PRICES**

### WHAT'S AVAILABLE

Home | Office Space | Frisco | **6136 Frisco Square Boulevard**

*6136 Frisco Square Boulevard, Frisco Square, Suite 400, Frisco, Texas, 75034*

**SALES: +964 770 470 2202**

BOOK A TOUR >     GET PRICES >

**FULL SCREEN**     **DIRECTIONS**     **STREET VIEW**

**SEE ALL LOCATIONS IN FRISCO**

## WHY CHOOSE A REGUS OFFICE?

*Furnished offices*

Modern furniture and high-speed internet included.

*All-inclusive pricing*

Pay one simple price for everything related to your workspace.

*Increase the size*

Add more desk space as you take on new staff.

*Temporary offices*

Set up as a project office and cancel your plan at a month's notice.

## CHOOSE YOUR TYPE OF OFFICE SPACE

*Window office*

A private office space with a view, available in all our centres.

**GET A QUOTE**

*Interior office*

A regular Regus office, minus the view; our lowest cost office space.

**GET A QUOTE**

*Office suite*

An office and meeting room combined; typically contains two desks and a meeting table.

**GET A QUOTE**

*Co-working*

Desk space in a shared office environment, with a hot desking policy that is first come, first served.

**GET A QUOTE**

## ALL-INCLUSIVE PRICING

*Pay one price for a fully-furnished office, including furniture, WiFi, phones, utility bills and a staffed reception.*

You only need to pay separately for consumables, such as coffee, copies and calls.

*Scale up as needed*

Don't pay for more office space than you need

Start small, add more space and workstations as you grow your business

*Customise your office*

Furniture, layout and decorations, tailored to suit your needs

*Global presence*

Lounge Membership included free

Access our business lounges around the world

*Admin support*

Staffed reception and mail handling included

Help available with admin tasks

*Technology*

*Workspaces*

Secure business-grade internet, WiFi, phone handset and lines

Use of 50 million WiFi hotspots around the world

Modern, ergonomic office furniture

Professional business environment

Convenient locations in the places you do business

Use of community meeting rooms by the hour

*Facilities*

Receptionist to greet guests

Communal kitchen with tea and coffee making facilities

Business lounge and smaller break out area

All utility costs included

Office cleaning and maintenance

Access to a printer, scanner and photocopier

*Benefits*

Exclusive access to the Regus Marketplace programme providing discounts from leading brands

Regular calendar of Regus community events and activities

Regus app for booking workspace and more

BOOK A TOUR    GET PRICES

## MORE WAYS TO WORK IN FRISCO

*We offer more than just office space*

*Membership*

Global access to drop-in workspace with a range of membership levels to suit all budgets and ways of working.

**FIND OUT MORE**

*Meeting Room*

Professional space to meet, pitch, train and interview, with WiFi, projectors, whiteboards and support from our team.

**FIND OUT MORE**

*Virtual Office*

The right image for your business,
with a prestigious address and a range
of supporting services.

**FIND OUT MORE**

## MANAGE EVERYTHING
## WHEREVER YOU ARE

Download the Regus App on the Apple
App Store or Google Play.

 

## WHAT DOES A REGUS OFFICE OFFER?

*Regus leases office space in business centres around Iraq. Each private office can be upgraded to add more desks or relocated at no extra cost; we also rent temporary offices to cover the duration of a project, with rolling one month contracts.*

Our serviced offices are supplied with furniture, high-speed internet and a staffed reception, with additional services such as meeting rooms and virtual offices available. You can choose between interior and window offices and we also offer several suites - small office with meeting rooms attached.

## LET'S GET STARTED

*Whatever your business, whatever your budget we'll help find the right workspace.*

| Search all locations | **SEARCH** |



**PRODUCTS**

Office Space

Meeting Room

Business Lounge

Co-working

Virtual Office

Workplace Recovery

Membership

**PARTNERS**

Agents

Workplace Recovery Channel Partners

**BUSINESS SIZE**

Individuals

Small businesses

Large companies

**ABOUT**

Regus PLC

Careers

International websites

Recently opened and coming soon

**CONTACT**

Email us

Magazine

**CONNECT**

**DOWNLOAD**

Regus App

• Find Regus centres
• Book your space
• Manage your account

© Regus Group Companies [2019] | 1.0.0.0    Privacy Policy    Terms & Conditions    Cookie Policy