Customer login

# E-COMMERCE SIMPLIFIED.

Get the freedom to focus on product development and brand management, leave the rest to us.



**CHANNEL SETUP AND INTEGRATION**

JEG offers ready-to-go data exchange integration with over 40 channels and marketplaces. You could be up and running in days not weeks.



**LISTING MANAGEMENT**

The quality of your content and listings is critical, and JEG has over a decade of experience and proven success listing in all major commerce sites.



**FULFILLMENT AND CUSTOMER SUPPORT**

Integrated 3PL service ensures your orders are shipped promptly and your customers kept happy.

**40+** INTEGRATED CHANNELS

**top 50** AMAZON SELLER

**5000+** ACTIVE PRODUCTS

## YOUR BUSINESS SIMPLIFIED

We eliminate the need to develop an army of on-line store managers and content developers. Our team will create, manage and broadcast your product catalog to any of over 40 integrated stores and marketplaces We will manage and fulfill your on-line orders, facilitate returns and provide top rated customer service.

READ MORE





 **BETTER LISTINGS**
Set your product apart from the competition and attract more customers.

 **CHANNEL SETUP**
Get going fast! we already have direct integrations with the top e-commerce sites.

 **CUSTOMER SERVICE**
Keep your customers happy and your on-line vendor reputation high.

 **RETURNS MANAGEMENT**
We will issue return authorizations and manage all aspects of the return process.

 **FAST SHIPPING**
Exceed your customers expectations and move your products faster.

**ACCOUNT MANAGEMENT**
Our channel experts will help you sell more and save money in the process.

# OUR SERVICES







### WORRY-FREE E-COMMERCE

Covers all aspects of channel management; account and electronic integration, product listing, product content optimization and cross channel pricing management.

READ MORE

### INTEGRATED LOGISTICS

Our Enhanced 3PL service, ensures optimal product availability, fast order management, prompt shipments and efficient management of returned products.

READ MORE

### PRODUCT DISTRIBUTION

Leading technology distributor of IT and electronics products, offering end-to-end solutions for today's resellers and retailers.

READ MORE

---

**HAVE ANY QUESTIONS?**
info@jegsons.com

**CALL US**
+1 (305) 654 7555

**VISIT US**
20000 NE 15th Ct, Miami, FL 33179

Looking for Work? Apply Today