# 2020 FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# M07000007258

**Entity Name:** SHALBAF LLC

**FILED**
**May 01, 2020**
**Secretary of State**
**8265371079CC**

**Current Principal Place of Business:**

10505 NW 27TH STREET
UNIT 1
MIAMI, FL 33172

**Current Mailing Address:**

70 WEST 36TH STREET
UNIT 4B
NEW YORK, NY 10018 US

**FEI Number:** 90-0136569

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SHALBAF LLC DBA PARKTEL USA
10505 NW 27TH STREET
UNIT # 1
MIAMI, FL 33172 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: CHRISTINA VINCIGUERRA                                                                05/01/2020
Electronic Signature of Registered Agent                                                         Date

**Authorized Person(s) Detail :**

| Title | MGR, MEMBER, CEO | Title | MEMBER |
|---|---|---|---|
| Name | SHALBAF, DAVID | Name | SHALBAF, ALEX |
| Address | 10505 NW 27TH STREET UNIT 1 | Address | 10505 NW 27TH STREET UNIT 1 |
| City-State-Zip: | MIAMI FL 33172 | City-State-Zip: | MIAMI FL 33172 |

| | |
|---|---|
| Title | SENIOR ACCOUNTANT |
| Name | VINCIGUERRA, CHRISTINA |
| Address | 70 WEST 36TH STREET UNIT 4B |
| City-State-Zip: | NEW YORK NY 10018 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CHRISTINA VINCIGUERRA          SENIOR ACCOUNTANT/CONSULTANT          05/01/2020

Electronic Signature of Signing Authorized Person(s) Detail                                      Date