## U.S. District Court — Judicial Caseload Profile

**TEXAS EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2015 | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 5,296 | 5,919 | 4,880 | 3,856 | 4,102 | 4,221 | | |
| | | Terminations | 5,408 | 5,901 | 5,486 | 4,220 | 3,931 | 3,758 | | |
| | | Pending | 5,794 | 5,810 | 5,220 | 4,881 | 5,064 | 5,291 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -20.3 | -28.7 | -13.5 | 9.5 | 2.9 | | 21 | 4 |
| | | Number of Judgeships | 8 | 8 | 8 | 8 | 8 | 8 | | |
| | | Vacant Judgeship Months [2] | 29.2 | 29.7 | 36.0 | 40.0 | 35.7 | 1.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 662 | 740 | 610 | 482 | 513 | 528 | 29 | 4 |
| | | Civil | 564 | 620 | 517 | 373 | 382 | 397 | 28 | 3 |
| | | Criminal Felony | 97 | 119 | 93 | 109 | 131 | 129 | 19 | 4 |
| | | Supervised Release Hearings | 1 | 1 | 1 | 1 | 1 | 1 | 93 | 9 |
| | Pending Cases [2] | | 724 | 726 | 653 | 610 | 633 | 661 | 19 | 4 |
| | Weighted Filings [2] | | 1,023 | 1,090 | 864 | 565 | 595 | 592 | 19 | 4 |
| | Terminations | | 676 | 738 | 686 | 528 | 491 | 470 | 46 | 6 |
| | Trials Completed | | 14 | 15 | 14 | 12 | 11 | 14 | 43 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.3 | 11.6 | 12.7 | 10.6 | 9.6 | 11.6 | 64 | 8 |
| | | Civil [2] | 8.1 | 6.5 | 7.1 | 8.5 | 8.6 | 9.2 | 44 | 4 |
| | From Filing to Trial [2] (Civil Only) | | 22.9 | 20.7 | 22.0 | 19.2 | 17.5 | 17.7 | 4 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 240 5.5 | 270 6.3 | 264 6.8 | 243 7.0 | 275 8.3 | 268 7.9 | 47 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.8 | 2.1 | 1.8 | 2.0 | 1.7 | 1.8 | | |
| | Jurors | Avg. Present for Jury Selection | 41.6 | 37.1 | 37.9 | 48.8 | 37.8 | 46.3 | | |
| | | Percent Not Selected or Challenged | 36.4 | 29.8 | 32.3 | 38.7 | 32.3 | 27.3 | | |

### 2020 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 3,179 | 134 | 94 | 1,197 | 10 | 89 | 93 | 311 | 226 | 423 | 199 | 1 | 402 |
| Criminal [1] | 1,035 | 27 | 525 | 98 | 145 | 82 | 43 | 26 | - | 16 | 9 | 7 | 57 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**FLORIDA SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2015 | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | Jun 30 2019 | Jun 30 2020 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings ¹ | 11,782 | 12,638 | 12,314 | 11,856 | 13,051 | 11,717 | | |
| | | Terminations | 12,165 | 12,187 | 12,651 | 11,982 | 12,916 | 12,168 | | |
| | | Pending | 6,595 | 7,051 | 6,667 | 6,551 | 6,735 | 6,258 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -0.6 | -7.3 | -4.8 | -1.2 | -10.2 | | 62 | 8 |
| | | Number of Judgeships | 18 | 18 | 18 | 18 | 18 | 18 | | |
| | | Vacant Judgeship Months ² | 12.7 | 12.0 | 27.7 | 58.9 | 55.1 | 17.6 | | |
| **Actions per Judgeship** | **Filings** | Total | 655 | 702 | 684 | 659 | 725 | 651 | 18 | 4 |
| | | Civil | 500 | 538 | 515 | 496 | 584 | 541 | 12 | 4 |
| | | Criminal Felony | 133 | 137 | 138 | 134 | 112 | 84 | 35 | 6 |
| | | Supervised Release Hearings | 22 | 27 | 32 | 28 | 29 | 26 | 54 | 4 |
| | Pending Cases ² | | 366 | 392 | 370 | 364 | 374 | 348 | 75 | 8 |
| | Weighted Filings ² | | 677 | 694 | 679 | 679 | 765 | 635 | 11 | 2 |
| | Terminations | | 676 | 677 | 703 | 666 | 718 | 676 | 17 | 3 |
| | Trials Completed | | 26 | 28 | 25 | 25 | 22 | 19 | 23 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 5.3 | 5.3 | 5.4 | 5.3 | 5.2 | 5.3 | 8 | 1 |
| | | Civil ² | 4.7 | 4.3 | 4.1 | 4.1 | 3.7 | 3.7 | 2 | 1 |
| | From Filing to Trial ² (Civil Only) | | 21.4 | 17.2 | 17.0 | 14.9 | 18.3 | 16.0 | 3 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old ² | | 114 2.5 | 107 2.1 | 93 2.0 | 96 2.1 | 121 2.4 | 118 2.5 | 5 | 2 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.4 | 1.5 | 1.4 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 46.6 | 45.6 | 45.4 | 43.1 | 45.0 | 42.8 | | |
| | | Percent Not Selected or Challenged | 21.3 | 18.8 | 20.1 | 18.0 | 19.1 | 15.4 | | |

| 2020 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 9,733 | 196 | 531 | 1,172 | 18 | 104 | 1,189 | 1,542 | 1,297 | 377 | 1,972 | 9 | 1,326 |
| Criminal ¹ | 1,496 | 11 | 388 | 338 | 148 | 316 | 58 | 44 | 3 | 57 | 18 | 32 | 83 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

¹ Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

² See "Explanation of Selected Terms."