# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § | |
| *Plaintiff*, § § § | |
| v. § | CIVIL ACTION NO. 2:20-CV-00078-JRG |
| § § | |
| HMD GLOBAL OY, § § § | |
| *Defendant*. § | |

## ORDER

The Court issues this order *sua sponte*. It is hereby **ORDERED** that Plaintiff Cellular Communications Equipment LLC's time to respond to the Motion to Transfer of HMD Global OY Under 28 U.S.C. § 1404 to the Southern District of Florida (Dkt. No. 38) is extended up to and including **Friday, October 16, 2020**.

**So ORDERED and SIGNED this 1st day of October, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE