# EXHIBIT 2

███████████████

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

EPAS ID: PAT2957182

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| ACACIA RESEARCH GROUP LLC | 01/25/2013 |

### RECEIVING PARTY DATA

| Name: | CELLULAR COMMUNICATIONS EQUIPMENT LLC |
|---|---|
| Street Address: | 2400 DALLAS PARKWAY |
| Internal Address: | SUITE 200 |
| City: | PLANO |
| State/Country: | TEXAS |
| Postal Code: | 75093 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 10862878 |

### CORRESPONDENCE DATA

**Fax Number:**  
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 3308770700 |
|---|---|
| Email: | docketing@martinferraro.com |
| Correspondent Name: | MARTIN & FERRARO, LLP |
| Address Line 1: | 1557 LAKE O'PINES STREET, NE |
| Address Line 4: | HARTVILLE, OHIO 44632 |

| ATTORNEY DOCKET NUMBER: | 194.0015-00000 |
|---|---|
| NAME OF SUBMITTER: | ALFRED Y. CHU |
| SIGNATURE: | /Alfred Y. Chu/ |
| DATE SIGNED: | 07/28/2014 |

**Total Attachments:** 2  
source=Assignment from ARG to CCE#page1.tif  
source=Assignment from ARG to CCE#page2.tif

## ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS ASSIGNMENT AND ASSUMPTION AGREEMENT ("Agreement") is effective as of the 25th day of January 2013, by and between ACACIA RESEARCH GROUP LLC, a Texas limited liability company having a place of business at 2400 Dallas Parkway, Suite 200, Plano, Texas 75093 USA ("Assignor") and CELLULAR COMMUNICATIONS EQUIPMENT LLC, a Texas limited liability company having a place of business at 2400 Dallas Parkway, Suite 200, Plano, Texas 75093 USA ("Assignee").

WHEREAS, Assignor and Nokia Siemens Networks Oy ("NSN") are parties to an Assignment (the "Assignment Document") effective December 21, 2012 pursuant to which NSN sold, assigned, transferred and set over the entire right, title and interest in and to U.S. Patent No. 7218923 and all patents, patent applications, foreign patents, foreign patent applications, continuations, continuations-in-part, divisionals, extensions, renewals, reissues and reexaminations related to all inventions thereof including but not limited to the **Patents listed in the Exhibit attached hereto** (the "Patents"), including without limitation, all rights of NSN to sue for past, present and future infringement of the Patents, including the right to collect and receive any damages, royalties, or settlements for such infringements, all rights to sue for injunctive or other equitable relief, and any and all causes of action relating to any of the inventions or discoveries described in the Patents, and all goodwill in connection with the foregoing;

WHEREAS, Assignor wishes to assign its entire rights, obligations, interests and liabilities in the Assignment Document to Assignee; and

WHEREAS, Assignee agrees to assume such rights, obligations, interests and liabilities of Assignor under the Assignment Document.

NOW THEREFORE, in consideration of the foregoing, the parties agree as follows:

1. Assignor hereby does transfer and assign unto Assignee all of Assignor's rights, obligations, interests and liabilities under the Assignment Document along with such rights, obligations, interests and liabilities relating to the Patents including, without limitation, the entire right, title, and interest in and to the Patents (and all patents, patent applications, foreign patents, foreign patent applications, continuations, continuations-in-part, divisionals, extensions, renewals, reissues and reexaminations related to all inventions thereof), including all rights to sue for past, present and future infringement of the Patents, the right to collect and receive any damages, royalties, or settlements for such past, present and future infringements, all rights to seek and obtain injunctive or other equitable relief, and any and all causes of action relating to any of the inventions or discoveries described in the Patents.

2. For and in consideration of the assignment hereunder, Assignee hereby assumes all of Assignor's rights, obligations, interests and liabilities under the Assignment Document to the same extent as though it had originally been named as a party thereto and agrees to observe, perform and fulfill all the terms and conditions of the Assignment Document, including without limitation the payment obligations, to the same extent as if it had been originally named as a party thereto.

3. This Agreement shall be binding upon and inure to the benefit of the parties and their respective successors and assigns.

4. This Agreement shall be governed by and construed and enforced in accordance with the laws of the State of Texas.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first above written.

ACACIA RESEARCH GROUP LLC
(Assignor)

By: _____
Marvin Key
Chief Executive Officer

CELLULAR COMMUNICATIONS EQUIPMENT LLC
(Assignee)

By: _____
Matthew Vella
President

Approved as to form: _____
Darren Miller