IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | § § § | |
| Plaintiff, | § | Case No. 2:20-CV-0078-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| **HMD GLOBAL OY,** | § § | |
| Defendant. | § § | |

### DECLARATION OF HUNTER S. PALMER

I, Hunter S. Palmer, hereby declare as follows:

1. I am an attorney at the law firm of Bragalone Conroy PC in Dallas, Texas. I am counsel of record for CCE in the above-referenced matter. I am admitted to practice in the State of Texas and the Eastern District of Texas. I submit this declaration based on personal knowledge. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. Exhibit 1 to CCE's Response in Opposition to Defendant's Motion to Dismiss is a true and correct copy excerpt of the ███████████████████████████████████████████████████████████████████████████████████████████████ The exhibit is highlighted pursuant to Local Rule 7(b).

3. Exhibit 2 to CCE's Response in Opposition to Defendant's Motion to Dismiss is a true and correct excerpt of the Assignment and Assumption Agreement executed on December 12, 2012, between Nokia Siemens Networks B.V. and Acacia Research Group, bearing Bates

labels CCE_HMD_000402-CCE_HMD_000404. The exhibit is highlighted pursuant to Local Rule 7(b).

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2020          */s/ Hunter S. Palmer*
                                                     Hunter S. Palmer