IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:20-CV-00078-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| HMD GLOBAL OY, | § § § | |
| Defendant. | § § | |

## DECLARATION OF GABRIEL A. PEIXOTO IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT HMD GLOBAL OY FOR LACK OF STANDING AND FAILURE TO STATE A CLAIM

I, Gabriel A. Peixoto, hereby declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California, and an associate at the law firm of Warren Lex LLP, counsel for defendant HMD Global Oy. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently to each of them.

2. Attached as Exhibit A is a true and correct copy of a document produced by plaintiff Cellular Communications Equipment LLC bearing production numbers CCE_HMD_001501 through CCE_HMD_001525. Cellular Communications Equipment LLC produced this document on October 2, 2020, after HMD Global filed its motion to dismiss on September 21, 2020.

3. Attached as Exhibit B is a true and correct copy of a document produced by plaintiff Cellular Communications Equipment LLC bearing production numbers

– 2 –

CCE_HMD_001600 through CCE_HMD_001618.  Cellular Communications Equipment LLC produced this document on October 2, 2020, after HMD Global filed its motion to dismiss on September 21, 2020.

4. Attached as Exhibit C is a true and correct copy of a document produced by plaintiff Cellular Communications Equipment LLC bearing production numbers CCE_HMD_001619 through CCE_HMD_001620.  Cellular Communications Equipment LLC produced this document on October 2, 2020, after HMD Global filed its motion to dismiss on September 21, 2020.

5. Attached as Exhibit D is a true and correct copy of a document produced by plaintiff Cellular Communications Equipment LLC bearing production numbers CCE_HMD_001621 through CCE_HMD_001630.  Cellular Communications Equipment LLC produced this document on October 2, 2020, after HMD Global filed its motion to dismiss on September 21, 2020.

6. Attached as Exhibit E is a true and correct copy of a document produced by plaintiff Cellular Communications Equipment LLC bearing production numbers CCE_HMD_001631 through CCE_HMD_001643.  Cellular Communications Equipment LLC produced this document on October 2, 2020, after HMD Global filed its motion to dismiss on September 21, 2020.

7. Attached as Exhibit F is a true and correct copy of a document produced by plaintiff Cellular Communications Equipment LLC bearing production numbers CCE_HMD_001669 through CCE_HMD_001670.  Cellular Communications Equipment LLC

produced this document on October 2, 2020, after HMD Global filed its motion to dismiss on September 21, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 13, 2020, in Berkeley, California.

Gabriel A. Peixoto