**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § *Plaintiff*, § § v. § § HMD GLOBAL OY, § § *Defendant*. § | CIVIL ACTION NO. 2:20-CV-00078-JRG |

**ORDER**

Before the Court is Plaintiff Cellular Communications Equipment LLC's ("Plaintiff" or "CCE") Opposed Motion for Expedited Venue Discovery and to Extend Time to Respond to HMD's Motion to Transfer Venue (the "Motion for Discovery"). (Dkt. No. 43). In the Motion for Discovery, CCE asks the Court to order discovery related to Defendant HMG Global OY's ("Defendant" or "HMD") Motion to Transfer Under 28 U.S.C. § 1404 to the Southern District of Florida (the "Motion to Transfer") (Dkt. No. 38), and to extend CCE's time to respond to the same until after the venue discovery is complete. CCE requests the following discovery:

- Depositions limited to twenty-five (25) total hours on the record.
- Eight (8) total interrogatories directed to HMD.
- Eight (8) total document requests directed to HMD.
- Eight (8) total document requests directed to non-party HMD America, secured through an appropriate subpoena.

CCE requests sixty (60) days to complete the venue discovery, and that CCE be permitted to respond to the Motion to Transfer within fourteen (14) days of the completion of venue

discovery. CCE also requests that HMD and HMD America respond to the written discovery requests within fourteen (14) days of service.

Having considered the Motion for Discovery, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that CCE may conduct venue discovery as follows:

- Depositions limited to twenty-five (25) total hours on the record.
- Eight (8) total interrogatories directed to HMD.
- Eight (8) total document requests directed to HMD.
- Eight (8) total document requests directed to non-party HMD America, secured through an appropriate subpoena.

HMD and HMD America shall respond to the written discovery requests within fourteen (14) days of service. Said venue discovery shall be completed within **sixty (60) days** of the issuance of this Order. Said discovery shall not count toward the discovery limits set forth in Paragraph 5 of the Discovery Order (Dkt. No. 24).

It is further **ORDERED** that CCE's time to respond to the Motion to Transfer is extended up to and including the fourteenth day following the completion of venue discovery.

**So Ordered this**
**Oct 15, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE