IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:20-CV-0078-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| HMD GLOBAL OY, | § § | |
| Defendant. | § § | |

### DECLARATION OF JERRY D. TICE II

I, Jerry D. Tice II, hereby declare as follows:

1. I am an attorney at the law firm of Bragalone Conroy PC in Dallas, Texas. I am counsel of record for CCE in the above-referenced matter. I am admitted to practice in the State of Texas and the Eastern District of Texas. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. Attached as Exhibit A to CCE's Reply filed herewith is a true and correct copy of correspondence from HMD's counsel to CCE's counsel, dated September 24, 2020. The highlighting is CCE's annotation.

3. Attached as Exhibit B to CCE's Reply filed herewith is a true and correct copy of correspondence from CCE's counsel to HMD's counsel, dated September 27, 2020. The highlighting is CCE's annotation.

4. Attached as Exhibit C to CCE's Reply filed herewith is a true and correct copy of correspondence from HMD's counsel to CCE's counsel, dated September 28, 2020. The

highlighting is CCE's annotation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2020         <u>*/s/ Jerry D. Tice II*</u>
                                                                   Jerry D. Tice II