# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC | § § § | |
| v. | § § | Case No. 2:20-cv-0078-JRG |
| HMD GLOBAL OY | § § | |

## ORDER OF LIMITED REFERRAL

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3) and the local rules of this District, the Court hereby **REFERS** this case to the Honorable Roy S. Payne for the limited and sole purpose of conducting the Claim Construction hearing, issuing a resulting Claim Construction Opinion, and taking such other related steps as are deemed by Judge Payne as necessary to facilitate and expedite the Claim Construction process in this case. All other case related responsibilities are retained by the undersigned District Judge.

**So Ordered this**
**Oct 27, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE