# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00078-JRG |
| HMD GLOBAL OY, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is non-party Apple Inc.'s ("Apple") Motion for Supplemental Protective Order (the "Motion") (Dkt. No. 45). After consideration, the Court finds no good cause or compelling reason to provide a remedy beyond that available under the Court's existing Protective Order (Dkt. No. 31), the parties Stipulated Supplemental Protective Order (Dkt. No. 35), and the contractual remedy available under the agreement between Apple and Plaintiff Cellular Communications Equipment, LLC. Accordingly, the Court is of the opinion that Apple's Motion should be and hereby is **DENIED**.

So ORDERED and SIGNED this 10th day of November, 2020.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE