# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | C.A. No. 2:20-cv-00078-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| HMD GLOBAL OY, | § § | |
| Defendant. | § § | |

## EXHIBIT A

## PLAINTIFF'S CLAIM CONSTRUCTION CHART

## U.S. Patent No. 7,218,923

| Claim Term | Plaintiff's Proposed Construction | Supporting Evidence |
|---|---|---|
| "a message of the messages" (claim 1) | "one or more, but less than all, of the messages" | '923 Patent: Abstract; 1:34-56; 1:57-2:10; 2:11-22; 2:23-31; 2:32-53; 3:34-56; 3:56-4:19; 4:20-5:13; 6:20-48; 7:13-55; 8:58-9:7; 9:10-35; 9:43-55; 9:56-10:6; 10:20-25; 10:42-50; 10:58-11:5; 11:13-19; 11:27-50; 12:22-50; Figs. 1-10.<br><br>Office Action Response dated June 2, 2006.<br><br>Office Action Response dated November 16, 2006. |

| | | | |
|---|---|---|---|
| | | | Index of Claims dated January 8, 2007.<br><br>IPR2015-01927, Paper Nos. 1, 7, 8.<br><br>*Cellular Communications Equipment LLC v. HTC Corporation, el al.*, Case No. 6:13-cv-507, Dkt. Nos. 363, 413, 454.<br><br>Defendant's Invalidity Contentions.<br><br>Expert declaration of Anthony DeRosa.<br><br>Any additional evidence relied on by Defendant. |
| "the messages" (claim 8) | | Plain and ordinary meaning | '923 Patent: Abstract; 1:34-56; 1:57-2:10; 2:11-22; 2:23-31; 2:32-53; 3:34-56; 3:56-4:19; 4:20-5:13; 6:20-48; 7:13-55; 8:58-9:7; 9:10-35; 9:43-55; 9:56-10:6; 10:20-25; 10:42-50; 10:58-11:5; 11:13-19; 11:27-50; 12:22-50; Figs. 1-10.<br><br>Office Action Response dated June 2, 2006.<br><br>Office Action Response dated November 16, 2006.<br><br>Index of Claims dated January 8, 2007. |

|  |  | IPR2015-01927, Paper Nos. 1, 7, 8.<br><br>*Cellular Communications Equipment LLC v. HTC Corporation, el al.*, Case No. 6:13-cv-507, Dkt. Nos. 363, 413, 454.<br><br>Defendant's Invalidity Contentions.<br><br>Expert declaration of Anthony DeRosa.<br><br>Any additional evidence relied on by Defendant. |