# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § | | |
| Plaintiff, § | C.A. No. 2:20-cv-00078-JRG | |
| § | | |
| v. § | JURY TRIAL DEMANDED | |
| § | | |
| HMD GLOBAL OY, § § | | |
| Defendant. § | | |

**EXHIBIT B**

**DEFENDANT'S CLAIM CONSTRUCTION CHART**

**U.S. Patent No. 7,218,923**

| Claim Term | Defendant's Proposed Construction | Supporting Evidence |
|---|---|---|
| "a message of the messages" (claim 1) | indefinite | '923 Patent: Abstract, 1:31-50, 1:59-60, 1:60–63, 1:65-2:3, 2:6–22, 2:23–31, 2:32-53, 2:54-57, 3:7-29, 3:57-4:10, 4:28-45, 4:46-5:9, 5:20-42, 5:49-6:5, 6:6-11, 6:12-19, 6:20-67, 7:1-12, 7:13-55, 8:20-47, 8:57-9:7, 9:10-55, 10:58-11:5, 12:22-50, Figs. 1-10.<br><br>CCE_HMD_000047-51, 73-87, 88-92, 101-126, 128-136, 143-162, 165-173, 179-199, 205-208, 210. |

| | | |
|---|---|---|
| | | Memorandum Opinion and Order, Case No. 13-507, Docket No. 363.<br><br>IPR2014-01133, Paper No. 1 and exhibits attached thereto; IPR2014-01133, Paper No. 9; IPR2014-01133, Paper No. 10; IPR2014-01133, Paper No. 27 and exhibits attached thereto; IPR2014-01133, Paper No. 47; IPR2014-01133, Paper No. 48.<br><br>IPR2015-01927, Paper No. 1 and exhibits attached thereto; IPR2015-01927, Paper No. 7; IPR2015-01927, Paper No. 8.<br><br>Any additional evidence relied on by CCE or its expert. |
| "the messages" (claim 8) | indefinite | '923 Patent:<br>Abstract, 1:31-50, 1:59-60, 1:60–63, 1:65-2:3, 2:6–22, 2:23–31, 2:32-53, 2:54-57, 3:7-29, 3:57-4:10, 4:28-45, 4:46-5:9, 5:20-42, 5:49-6:5, 6:6-11, 6:12-19, 6:20-67, 7:1-12, 7:13-55, 8:20-47, 8:57-9:7, 9:10-55, 10:58-11:5, 12:22-50, Figs. 1-10.<br><br>CCE_HMD_000047-51, 73-87, 88-92, 101-126, 128-136, 143-162, 165-173, 179-199, 205-208, 210.<br><br>Memorandum Opinion and Order, Case No. 13-507, Docket No. 363.<br><br>IPR2014-01133, Paper No. 1 and exhibits attached thereto; IPR2014-01133, Paper No. 9; IPR2014-01133, Paper No. 10; |

| | | |
|---|---|---|
| | | IPR2014-01133, Paper No. 27 and exhibits attached thereto; IPR2014-01133, Paper No. 47; IPR2014-01133, Paper No. 48.<br><br>IPR2015-01927, Paper No. 1 and exhibits attached thereto; IPR2015-01927, Paper No. 7; IPR2015-01927, Paper No. 8.<br><br>Any additional evidence relied on by CCE or its expert. |