# EXHIBIT F

Writer's Direct Dial:  214-785-6671
Writer's Email:  jbragalone@bcpc-law.com

**BRAGALONE CONROY** PC

November 20, 2020

**VIA EMAIL**

Jennifer A. Kash
Warren Lex LLP
2261 Market Street, No. 606
San Francisco, California, 94114
jen@warrenlex.com

   Re: *Cellular Communications Equipment LLC v. HMD Global Oy*, Case No. 2:20-CV-
     00078-JRG (E.D. Texas) – Protective Order Violation

Dear Jennifer:

   I write on behalf of my client, Cellular Communications Equipment LLC ("CCE"). It has
come to CCE's attention that counsel for HMD intends file a motion in a different matter before a
court in the Central District of California. As part of that motion, CCE understands that counsel
for HMD intends to disclose information produced by CCE in this Action and designated under
the Protective Orders, both in the text of the motion and attachments thereto. The Court's
Protective Orders in this matter (Dkt. Nos. 31, 35) do not authorize HMD's counsel to disclose
confidential information produced by CCE in this Action to a Central District of California court
or its personnel. *See* Dkt. No. 31 at ¶ 5. Further, the Protective Orders prevent HMD from using
such confidential information in a different Action. *See id.* at ¶ 7.

   Moreover, CCE understands that HMD and its counsel intend to improperly disclose third
party confidential information, includin█████████████████████████████████████████
█████████████████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████████████████████
████████████████████████████ have been provided no notice that HMD intends to disclose their
confidential information in another forum.

   CCE further understands that, in addition to sealed filings, HMD's counsel intends to file
public versions of the motion and requests that ARC provide redactions. The Protective Orders
preclude HMD or its counsel from publicly disclosing confidential information produced in this
matter, and HMD cannot relieve itself of its duty to abide by the Protective Orders by requesting
that non-party ARC identify and redact information for HMD.

Chase Tower   2200 Ross Avenue   Suite 4500W   Dallas, Texas 75201-7924   **P** 214.785.6670   **F** 214.785.6680   www.bcpc-law.com

Jennifer A. Kash
Page 2



        I request that you immediately confirm that HMD and its counsel will abide by the Court's Protective Orders and engage in no such improper filing. Otherwise, CCE will move the Court on an expedited basis to enforce its Protective Orders.


                        Very truly yours,


                        Jeffrey R. Bragalone