# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § | |
| Plaintiff, § | Case No. 2:20-CV-0078-JRG |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| HMD GLOBAL OY, § § | |
| Defendant. § | |

## DECLARATION OF HUNTER S. PALMER

I, Hunter S. Palmer, hereby declare as follows:

1. I am an attorney at the law firm of Bragalone Conroy PC in Dallas, Texas. I am counsel of record for CCE in the above-referenced matter. I am admitted to practice in the State of Texas and the Eastern District of Texas. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. Exhibit A to CCE's Motion to Enforce the Protective Orders is a true and correct copy of a November 12, 2020 letter from ARC HMD.

3. Exhibit B to CCE's Motion to Enforce the Protective Orders is a true and correct copy of a November 16, 2020 letter from ARC and CCE to HMD.

4. Exhibit C to CCE's Motion to Enforce the Protective Orders is a true and correct copy of a November 16, 2020 email from ARC to HMD.

5. Exhibit D to CCE's Motion to Enforce the Protective Orders is a true and correct copy of a November 23, 2020 letter from ARC and CCE to HMD.

6. Exhibit E to CCE's Motion to Enforce the Protective Orders is a true and correct copy of a November 16, 2020 letter from HMD to ARC.

7. Exhibit F to CCE's Motion to Enforce the Protective Orders is a true and correct copy of a November 20, 2020 letter from CCE to HMD.

8. Exhibit G to CCE's Motion to Enforce the Protective Orders is a true and correct copy of a November 22, 2020 letter from HMD to ARC and CCE.

9. Exhibit H to CCE's Motion to Enforce the Protective Orders is a true and correct copy of a November 23, 2020 letter from ARC and CCE to HMD.

10. HMD provided a draft joint stipulation, including exhibits thereto, to ARC for filing in a Central District of California court. In addition to discussion ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ the draft joint stipulation includes the following as proposed exhibits.

- HMD's September 21, 2020 Motion to Dismiss (Dkt. No. 36, filed under seal in this Action), designated as an attachment to the proposed joint stipulation.

- CCE's Response in Opposition to HMD's Motion to Dismiss (Dkt. No. 47, filed under seal in this Action), designated as an attachment to the proposed joint stipulation.

- HMD's Reply to the Motion to Dismiss (Dkt. No. 49, filed under seal in this Action), designated as an attachment to the proposed joint stipulation.

- CCE's Sur-Reply in Opposition to the Motion to Dismiss (Dkt. No. 58, filed under seal in this Action), designated as an attachment to the proposed joint stipulation.

- A Letter of November 3, 2020 from counsel of HMD to counsel of CCE, designated "HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY."

- ███████████████████████████████████████████

███████████████████████████████████████████

designated as an attachment to the proposed joint stipulation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 25, 2020         */s/ Hunter S. Palmer*
                                      Hunter S. Palmer