# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | C.A. No. 2:20-cv-00078-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| HMD GLOBAL OY, | § § | |
| Defendant. | § § | |

## ORDER GRANTING PLAINTIFF CCE'S MOTION TO ENFORCE THE PROTECTIVE ORDERS

The Court, having considered Plaintiff Cellular Communications Equipment LLC's ("CCE") Opposed Motion to Enforce the Protective Orders, hereby GRANTS the Motion.

The Court finds that it has full authority to address compliance with the Court's Protective Order [Dkt. 31] and Stipulated Supplemental Protective Order [Dkt. 35] entered in this matter (collectively, the Protective Orders). The Court further finds that the proposed disclosures by Defendant HMD Global Oy ("HMD") are not authorized by the Court's Protective Orders. Accordingly, the Court **HEREBY ORDERS** that, absent further Order of this Court or agreement of the parties, HMD shall not file in any matter other than this Action information produced by CCE in this Action and designated pursuant to the Protective Orders.