IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:20-CV-00078-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| HMD GLOBAL OY, | § § § | |
| Defendant. | § | |

**[PROPOSED] ORDER DENYING CCE'S
MOTION TO ENFORCE THE PROTECTIVE ORDER**

The Court, having considered CCE's Motion to Enforce the Protective Order, finds that that Paragraphs 5(g) and 7 of its form protective order allow submission of confidential information to other courts, under their own sealing procedures, to advance this action through procedures such as ancillary actions, mandamus petitions, transfers, or appeals.

CCE's Motion to Enforce the Protective Order is therefore DENIED.