# Exhibit M

**WARREN LEX** LLP

2261 MARKET STREET NO. 606  
SAN FRANCISCO CA 94114

TEL +1 (415) 895 2940  
FAX +1 (415) 895 2964

November 12, 2020

**By Electronic Mail**

Jonathan H. Rastegar  
Bragalone Conroy PC  
2200 Ross Avenue  
Suite 4500W  
Dallas, Texas, 75201  
jrastegar@bcpc-law.com

Re:   Cellular Communications Equipment LLC v. HMD Global Oy, No. 20-78 (E.D. Texas)

Dear Mr. Rastegar:

I write in response to your email of earlier today.  We are available to meet and confer regarding the issues raised in our November 3 Rule 37-1 letter at 12:00 p.m. CST on Friday, November 13.  Since this time falls within your window of availability, we consider it confirmed, but of course please let us know in the unlikely event that we are incorrect.  Please call +1 (415) 854 6661; no PIN is necessary.

In your email of November 6, you indicated that "ARC intends to respond in writing" to our Rule 37-1 letter.  We look forward to your response, which we agree will help frame the issue for our meet-and-confer call.  Please send us this response soon as possible, including any proposed compromises, so that we have sufficient time to study your proposals before the call.

If you have changed your mind and do not plan to respond in writing, please be prepared on tomorrow's call to discuss with specificity what if any categories of documents you agree Acacia will produce, and what if any compromises you propose.

We look forward to meeting and conferring with you tomorrow.

Very Truly Yours,

Jennifer A. Kash