# Exhibit P

## Activity in Case 2:20-cv-00078-JRG Cellular Communications Equipment LLC v. HMD Global OY Sealed Motion

**Jerry Tice** <jtice@bcpc-law.com>  Thu, Oct 1, 2020 at 2:31 PM
Reply-To: buck@matters.warrenlex.com
To: Serrena Meyer <smeyer@bcpc-law.com>, 20-78 <20-78@cases.warrenlex.com>, Deron Dacus <ddacus@dacusfirm.com>, Shannon Dacus <sdacus@dacusfirm.com>
Cc: "CCE-Service@bcpc-law.com" <CCE-Service@bcpc-law.com>

Counsel:

CCE is required to file a public version of Dkt. No. 43 by tomorrow. As shown in the attached, CCE reviewed the motion and highlighted HMD-related information for redaction consistent with HMD's redactions to its motion to transfer. Please confirm that the motion contains no additional information that HMD believes is confidential. Likewise, while CCE does not believe any attachments to the motion contain HMD confidential information, please confirm that HMD agrees.

Best,

**Jerry D. Tice II**

**BRAGALONE CONROY** PC

Direct Dial:  214-785-6693

[Quoted text hidden]


**Highlight.pdf**
212K