# Exhibit Q

## Activity in Case 2:20-cv-00078-JRG Cellular Communications Equipment LLC v. HMD Global OY Sealed Motion

**Hunter Palmer** <hpalmer@bcpc-law.com>  Fri, Nov 27, 2020 at 2:14 PM
Reply-To: buck@matters.warrenlex.com
To: 20-78 <20-78@cases.warrenlex.com>, Deron Dacus <ddacus@dacusfirm.com>, Shannon Dacus <sdacus@dacusfirm.com>
Cc: "CCE-Service@bcpc-law.com" <CCE-Service@bcpc-law.com>

Counsel,

Please find attached highlights for proposed redactions to the documents filed under seal on Wednesday, November 25, to be filed publicly today. We do not believe there is any additional HMD confidential information to redact; however, if you believe there is, please reply with additional highlights and we will redact them. We plan on sealing exhibits B and C in their entirety.

Please respond by 4:30 pm CST today; if we do not hear from you will we proceed to file.

Thank you,

**BRAGALONE CONROY** PC

Hunter Palmer

Direct Dial:  214-785-6683

---

**From:** txedCM@txed.uscourts.gov <txedCM@txed.uscourts.gov>
**Sent:** Wednesday, November 25, 2020 6:32 PM
**To:** txedcmcc@txed.uscourts.gov
**Subject:** Activity in Case 2:20-cv-00078-JRG Cellular Communications Equipment LLC v. HMD Global OY Sealed Motion

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of TEXAS [LIVE]**

## Notice of Electronic Filing

The following transaction was entered by Bragalone, Jeffrey on 11/25/2020 at 6:31 PM CST and filed on 11/25/2020

**Case Name:**   Cellular Communications Equipment LLC v. HMD Global OY

**Case Number:**   2:20-cv-00078-JRG

**Filer:**   Cellular Communications Equipment LLC

**Document Number:** 68

**Docket Text:**
**SEALED MOTION *to Enforce the Protective Orders* by Cellular Communications Equipment LLC. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D, # (5) Exhibit E, # (6) Exhibit F, # (7) Exhibit G, # (8) Exhibit H, # (9) Declaration of Hunter Palmer, # (10) Text of Proposed Order)(Bragalone, Jeffrey)**

**2:20-cv-00078-JRG Notice has been electronically mailed to:**

Deron R Dacus      ddacus@dacusfirm.com, dadams@dacusfirm.com

Erika Hart Warren      erika@warrenlex.com

Hunter Scott Palmer      hpalmer@bcpc-law.com, bcpcserv@bcpc-law.com

Jeffrey Ray Bragalone      jbragalone@bcpc-law.com, BCPCserv@bcpc-law.com

Jennifer A Kash      jen@warrenlex.com, jenkash@gmail.com

Jerry Tice , II      jtice@bcpc-law.com, bcpcserv@bcpc-law.com, jerry-tice-4070@ecf.pacerpro.com

Jonathan Hart Rastegar      jrastegar@bcpc-law.com, bcpcserv@bcpc-law.com

Matthew S Warren      matt@warrenlex.com

Melissa Richards Smith      melissa@gillamsmithlaw.com, 4293145420@filings.docketbird.com, 7882699420@filings.docketbird.com, diana@gillamsmithlaw.com, ecfnotices.gsl@gmail.com, nicole@gillamsmithlaw.com, Spencer@gillamsmithlaw.com, Tom@gillamsmithlaw.com, wendy@gillamsmithlaw.com, wrlamb@gillamsmithlaw.com

Patrick Aubrey Fitch      fitch@warrenlex.com

Patrick Joseph Conroy      pconroy@bcpc-law.com, BCPCserv@bcpc-law.com

Shannon Marie Dacus      sdacus@dacusfirm.com, dadams@dacusfirm.com

[Quoted text hidden]

[Quoted text hidden]

---

**8 attachments**

- **68 - CCE - Mtn to Enforce PO (Highlights).pdf**
  318K

- **68-1 - Ex. A - 2020-11-12 - Tice Ltr to Kash re ARC Subpoena (Highlights).pdf**
  283K

-  **68-4 - Ex. D - 2020-11-23 - Bragalone Ltr to Warren re CCE PO Dispute (Highlights).pdf**
  232K

- 📄 **68-5 - Ex. E - Kash Ltr to Bragalone re CDCA Joint Stipulation (Highlights).pdf**
  200K
- 📄 **68-6 - Ex. F - 2020-11-20 - Bragalone Ltr to Kash re PO Violations (Highlights).pdf**
  214K
- 📄 **68-7 - Ex. G - 2020-11-22 - Warren Ltr to Bragalone re PO (Highlights).pdf**
  294K
- 📄 **68-8 - Ex. H - 2020-11-23 - Bragalone Ltr to Warren re CCE PO Dispute (Highlights).pdf**
  232K
- 📄 **69-9 - Palmer Declaration (Highlights).pdf**
  99K