# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:20-CV-00078-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| HMD GLOBAL OY, | § § § | |
| Defendant. | § | |

## [PROPOSED] ORDER GRANTING MOTION TO COMPEL CCE TO PRODUCE DOCUMENTS REGARDING INVALIDITY AND INFRINGEMENT

The Court, having considered HMD Global's Motion to Compel CCE to Produce Documents Regarding Invalidity and Infringement, finds that the Motion should be GRANTED.

It is therefore ORDERED that CCE cannot withhold from production documents regarding validity, cannot withhold from production documents based on private claims of confidentiality, and must promptly produce all documents it has withheld on these grounds, including at least infringement contentions concerning the '923 patent, invalidity contentions and alleged prior art concerning the '923 patent, depositions, such as inventor depositions, concerning the '923 patent, discovery responses and expert reports concerning the '923 patent, and documents concerning non-infringing alternatives to the '923 patent.