IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § | |
| Plaintiff, § | Case No. 2:20-CV-00078-JRG |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| HMD GLOBAL OY, § § | |
| Defendant. § | |

**[PROPOSED] ORDER GRANTING
RENEWED MOTION TO TRANSFER OF HMD GLOBAL OY
UNDER 28 U.S.C. § 1404 TO THE SOUTHERN DISTRICT OF FLORIDA**

Before the Court is the Renewed Motion to Transfer of HMD Global Oy Under 28 U.S.C. § 1404 to the Southern District of Florida. Having considered the motion, cited authorities, and attached exhibits, the Court finds that the Southern District of Florida is clearly a more convenient venue for this matter. The Clerk is therefore hereby directed to transfer this case to the Southern District of Florida.

SO ORDERED.