# Exhibit B

**STATE OF TEXAS**
**CERTIFICATE OF CONVERSION**
**OF A NON-CODE ORGANIZATION CONVERTING**
**TO A TEXAS LIMITED LIABILITY COMPANY**
**PURSUANT TO SECTION 10.102 OF**
**THE BUSINESS ORGANIZATIONS CODE**

**FILED**
In the Office of the
Secretary of State of Texas

DEC 2 3 2010

**Corporations Section**

<u>Converting Entity Information</u>

1.) The name of the converting limited liability company is Acacia Patent Acquisition LLC.

2.) The converting limited liability company is formed under the laws of the State of Delaware.

3.) The date of formation of the converting limited liability company is March 3, 2008.

4.) The file number issued to the converting limited liability company by the Delaware Secretary of State is 3923893.

<u>Converted Entity Information</u>

1.) The name of the converted limited liability company is Acacia Patent Acquisition LLC.

2.) The converted limited liability company will be formed under the laws of the State of Texas.

3.) Pursuant to the Certificate of Formation of the converted limited liability company, attached hereto as <u>Exhibit A</u>, and the Company Agreement of the converted limited liability company, the business and affairs of the converted limited liability company shall be managed by or under the direction of its sole Member.

4.) Pursuant to the Certificate of Formation and Company Agreement of the converted limited liability company, the sole Member shall elect the officers and directors of the converted limited liability company. The initial officers of the converted limited liability company shall be as follows: Dooyong Lee shall be the Chief Executive Officer, Robert L. Harris shall be the President, Clayton J. Haynes shall be the Chief Financial Officer, Marvin Key shall be the Senior Vice President and Tisha Stender shall be the Vice President. The initial directors of the converted limited liability company shall be as follows: Dooyong Lee, Robert L. Harris, Clayton J. Haynes, Marvin Key and Tisha Stender.

**RECEIVED**

DEC 23 2010
DOCSOC/1455813v2/101023-0000
Secretary of State

## Plan of Conversion

In lieu of providing the Plan of Conversion, the converting limited liability company certifies that:

1.)     A signed Plan of Conversion is on file at the principal place of business of the converting limited liability company. The address of the principal place of business of the converting limited liability company is 500 Newport Center Dr., 7th Floor, Newport Beach, CA 92660.

2.)     A signed Plan of Conversion will be on file after the conversion at the principal place of business of the converted limited liability company. The address of the principal place of business of the converted limited liability company is 6136 Frisco Square Blvd., Suite 385, Frisco, TX 75034

3.)     A copy of the Plan of Conversion will be furnished on written request without cost by the converting limited liability company before the conversion or by the converted limited liability company after the conversion to any owner or member of the converting or converted limited liability company.

## Certificate of Formation for the Converted Entity

The Certificate of Formation of the converted limited liability company is attached hereto as Exhibit A.

## Approval of the Plan of Conversion

The Plan of Conversion has been approved as required by the laws of the jurisdiction of formation and the governing documents of the converting limited liability company.

## Effectiveness of Filing

This document becomes effective when the document is accepted and filed by the secretary of state.

2

## Tax Certificate

In lieu of providing the tax certificate, the converted limited liability company is liable for the payment of any franchise taxes.

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument. The undersigned certifies that the statements contained herein are true and correct, and that the person signing is authorized under the provisions of the Business Organizations Code, or other law applicable to and governing the converting limited liability company, to execute the filing instrument.

*[Signature Page Follows]*

3

Dated December 21, 2010.

ACACIA PATENT ACQUISITION LLC, a
Delaware limited liability company

By:_____

Name: Paul Ryan

Its: Chief Executive Officer

4

## **EXHIBIT A**

### **CERTIFICATE OF FORMATION**

A-1

| **Form 205**<br>**(Revised 07/10)**<br><br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512 463-5709<br>**Filing Fee: $300** | <br>**Certificate of Formation**<br>**Limited Liability Company** | This space reserved for office use.<br><br>**FILED**<br>In the Office of the<br>Secretary of State of Texas<br>DEC 2 3 2010<br>**Corporations Section** |
| --- | --- | --- |

### Article 1 – Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

Acacia Patent Acquisition LLC

The name must contain the words "limited liability company," "limited company," or an abbreviation of one of these phrases.

### Article 2 – Registered Agent and Registered Office
(See instructions. Select and complete either A or B and complete C.)

☒ A. The initial registered agent is an organization (cannot be entity named above) by the name of:

**Registered Agent Solutions, Inc.**

OR

☐ B. The initial registered agent is an individual resident of the state whose name is set forth below:

| | | | |
| --- | --- | --- | --- |
| *First Name* | *M.I.* | *Last Name* | *Suffix* |

C. The business address of the registered agent and the registered office address is:

| 515 Congress Ave., Suite 2300 | Austin | TX | 78701 |
| --- | --- | --- | --- |
| *Street Address* | *City* | *State* | *Zip Code* |

### Article 3—Governing Authority
(Select and complete either A or B and provide the name and address of each governing person.)

☐ A. The limited liability company will have managers. The name and address of each initial manager are set forth below.

☒ B. The limited liability company will not have managers. The company will be governed by its members, and the name and address of each initial member are set forth below.

| **GOVERNING PERSON 1** | | | | |
| --- | --- | --- | --- | --- |
| NAME (Enter the name of either an individual or an organization, but not both.)<br>    IF INDIVIDUAL | | | | |
| *First Name* | *M.I.* | *Last Name* | | *Suffix* |
| OR<br>IF ORGANIZATION | | | | |
| Acacia Research Corporation | | | | |
| *Organization Name* | | | | |
| **ADDRESS** | | | | |
| 500 Newport Center Drive, 7th Floor | Newport Beach | CA | USA | 92660 |
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

Form 205

4

Error! Unknown document property name.

**GOVERNING PERSON 2**

NAME (Enter the name of either an individual or an organization, but not both.)
IF INDIVIDUAL

| First Name | M.I. | Last Name | Suffix |
|---|---|---|---|
| OR | | | |
| IF ORGANIZATION | | | |

Organization Name
ADDRESS

| Street or Mailing Address | City | | State | Country | Zip Code |
|---|---|---|---|---|---|

**GOVERNING PERSON 3**

NAME (Enter the name of either an individual or an organization, but not both.)
IF INDIVIDUAL

| First Name | M.I. | Last Name | Suffix |
|---|---|---|---|
| OR | | | |
| IF ORGANIZATION | | | |

Organization Name
ADDRESS

| Street or Mailing Address | City | | State | Country | Zip Code |
|---|---|---|---|---|---|

## Article 4 – Purpose

The purpose for which the company is formed is for the transaction of any and all lawful purposes for which a limited liability company may be organized under the Texas Business Organizations Code.

## Supplemental Provisions/Information

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

Article 5: The filing entity is being formed pursuant to a plan of converion.

Article 6: The name of the converting (prior) entity is Acacia Patent Acquisition LLC.

Article 7: The address of the converting (prior) entity is 500 Newport Center Dr., 7th Floor, Newport Beach, CA 92660.

Article 8: The form of organization of the converting (prior) entity is limited liability company.

Article 9: The date of formation of the converting (prior) entity is March 3, 2008.

Article 10: The jurisdiction of formation of the converting (prior) entity is the State of Delaware.

## Organizer

The name and address of the organizer:

Clayton J. Haynes
*Name*

500 Newport Center Drive, 7th Floor        Newport Beach        CA   92660
*Street or Mailing Address*                           *City*                        *State   Zip Code*

### Effectiveness of Filing (Select either A, B, or C.)

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date:    December 21, 2010

Signature of organizer

Clayton J. Haynes
Printed or typed name of organizer

**Form 424**
**(Revised 12/09)**

Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512/463-5709
**Filing Fee: See instructions**



**Certificate of Amendment**

This space reserved for office use.

**FILED**
**In the Office of the**
**Secretary of State of Texas**

**JAN 2 0 2011**

**Corporations Section**

## Entity Information

The name of the filing entity is:

Acacia Patent Acquisition LLC

State the name of the entity as currently shown in the records of the secretary of state. If the amendment changes the name of the entity, state the old name and not the new name.

The filing entity is a: (Select the appropriate entity type below.)

☐ For-profit Corporation                    ☐ Professional Corporation

☐ Nonprofit Corporation                     ☐ Professional Limited Liability Company

☐ Cooperative Association                   ☐ Professional Association

☒ Limited Liability Company                 ☐ Limited Partnership

The file number issued to the filing entity by the secretary of state is:   801360610

The date of formation of the entity is:   December 23, 2010

## Amendments

### 1. Amended Name
(If the purpose of the certificate of amendment is to change the name of the entity, use the following statement)

The amendment changes the certificate of formation to change the article or provision that names the filing entity. The article or provision is amended to read as follows:

The name of the filing entity is: (state the new name of the entity below)

Acacia Research Group LLC

The name of the entity must contain an organizational designation or accepted abbreviation of such term, as applicable.

### 2. Amended Registered Agent/Registered Office

The amendment changes the certificate of formation to change the article or provision stating the name of the registered agent and the registered office address of the filing entity. The article or provision is amended to read as follows:

## RECEIVED

**JAN 2 0 2011**                 6

**Secretary of State**

Form 424

Registered Agent
(Complete either A or B, but not both. Also complete C.)

☐  A.  The registered agent is an organization (cannot be entity named above) by the name of:

_____

OR

☐  B.  The registered agent is an individual resident of the state whose name is:

_____
*First Name*                                    *M.I.*          *Last Name*                              *Suffix*

The person executing this instrument affirms that the person designated as the new registered agent has consented to serve as registered agent.

C.  The business address of the registered agent and the registered office address is:

                                                                              TX
_____
*Street Address (No P.O. Box)*                              *City*                    *State*    *Zip Code*

### 3.  Other Added, Altered, or Deleted Provisions

Other changes or additions to the certificate of formation may be made in the space provided below. If the space provided is insufficient, incorporate the additional text by providing an attachment to this form. Please read the instructions to this form for further information on format.

Text Area (The attached addendum, if any, is incorporated herein by reference.)

☐  **Add** each of the following provisions to the certificate of formation. The identification or reference of the added provision and the full text are as follows:

☐  **Alter** each of the following provisions of the certificate of formation. The identification or reference of the altered provision and the full text of the provision as amended are as follows:

☐  **Delete** each of the provisions identified below from the certificate of formation.

## Statement of Approval

The amendments to the certificate of formation have been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

Form 424                                    7

## Effectiveness of Filing (Select either A, B, or C.)

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing.  The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time.  The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date:  January 20, 2011

By:  Acacia Research Corporation, Sole Member

Signature of authorized person

Paul R. Ryan, Chairman & Chief Executive Officer
Printed or typed name of authorized person (see instructions)



**Office of the Secretary of State**
**Corporations Section**
**P.O. Box 13697**
**Austin, Texas 78711-3697**
**(Form 408)**

**Filed in the Office of the**
**Secretary of State of Texas**
**Filing #: 801360610  8/31/2012**
**Document #: 455927880542**
**Image Generated Electronically**

---

## STATEMENT OF CHANGE OF
## ADDRESS OF REGISTERED AGENT

1.   The name of the entity represented is
     <u>Acacia Research Group LLC</u>

     The entity's filing number is   <u>801360610</u>

2.   The address at which the registered agent has maintained the registered office address for
     such entity is: (Please provide street address, city, state and zip code presently shown in
     the records of the Secretary of State.)

     <u>515 Congress Ave., Suite 2300, Austin, TX  78701</u>

3.   The address at which the registered agent will hereafter maintain the registered office
     address for such entity is: (Please provide street address, city, state and zip code.  The
     address must be in Texas.)

     <u>1701 Directors Blvd., Suite 300, Austin, TX  78744</u>

4.   Notice of the change of address has been given to said entity in writing at least 10
     business days prior to the submission of this filing.

Date:   <u>8/31/2012</u>

<u>Registered Agent Solutions, Inc.</u>

**Name of Registered Agent**


<u>Ricardo Orozco - Secretary</u>

**Signature of Registered Agent**

**FILING OFFICE COPY**

00019194369

Filing Number: 801360610

FILED
124

**Texas Franchise Tax Public Information Report**

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

Comptroller **05-102**
of Public
Accounts **(Rev.11-12/31)**
FORM

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | | | | | | | | | | | ■ Report year | | | | You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you. Contact us at (800) 252-1381or (512) 463-4600. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 6 | 2 | 3 | 8 | 5 | 6 | 1 | 2 | 2 | 2 | 0 | 1 | 3 | |

| Taxpayer name | |
|---|---|
| **ACACIA RESEARCH GROUP LLC** | |
| Mailing address **2400 DALLAS PARKWAY, SUITE 200** | Secretary of State (SOS) file number or Comptroller file number |

| City **PLANO** | State **TX** | ZIP Code **75093** | Plus 4 | |
|---|---|---|---|---|

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office **SAME AS ABOVE** |
|---|
| Principal place of business **SAME AS ABOVE** |

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

1000000000008

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | | Title | | Director | | | m | m | d | d | y | y |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ○ YES | Term expiration | | | | | | | |
| Mailing address | | City | | State | | ZIP Code | | | | | | |
| Name | | Title | | Director | | | m | m | d | d | y | y |
| | | | | ○ YES | Term expiration | | | | | | | |
| Mailing address | | City | | State | | ZIP Code | | | | | | |
| Name | | Title | | Director | | | m | m | d | d | y | y |
| | | | | ○ YES | Term expiration | | | | | | | |
| Mailing address | | City | | State | | ZIP Code | | | | | | |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| **ACACIA RESEARCH CORPORATION** | **DE** | **0033042280** | **100.00** |

| Registered agent and registered office currently on file. *(see instructions if you need to make changes)* | ○ Blacken circle if you need forms to change the registered agent or registered office information. |
|---|---|
| Agent: | |
| Office: | City | State | ZIP Code |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ | Title CFO | Date 11/7/13 | Area code and phone number (949) 480 - 8316 |
|---|---|---|---|

**Texas Comptroller Official Use Only**

05-102|(Rev.11-12/31)|13196|12623856122|2013|Thu Oct 31 2013
14:57:23 GMT-0700 (Pacific Daylight Time)|9997|

| VE/DE | ○ | PIR IND | ○ |
|---|---|---|---|

00024146078
Filing Number: 801360610

TX2014    05-102
Ver. 5.0    (Rev.9-13/32)

## Texas Franchise Tax Public Information Report
*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196

| ■ Taxpayer number | ▶ Report year | *You have certain rights* under Chapter 552 and 559, *Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.* |
|---|---|---|
| 12623856122 | 2014 | |

**Taxpayer name**    ■    ☐ Check box if the mailing address has changed.
ACACIA RESEARCH GROUP LLC

**Mailing address**
2400 DALLAS PARKWAY, SUITE 200

| City | State | ZIP Code | Plus 4 | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|---|
| PLANO | TX | 75093 | | |

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

**Principal office**
SAME AS ABOVE
**Principal place of business**
SAME AS ABOVE

*Please sign below!*    Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

1262385612214

**SECTION A**    Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| | | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |
| Name | Title | Director | | m m d d y y |
| | | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |
| Name | Title | Director | | m m d d y y |
| | | ☐ YES | Term expiration | |
| Mailing address | City | State | | ZIP Code |

**SECTION B**    Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**    Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| ACACIA RESEARCH CORPORATION | DE | 0033042280 | 100.00 |

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | ☐ Check box if you need forms to change the registered agent or registered office information. |
|---|---|
| Agent: | |
| Office: | City | State | ZIP Code |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| **sign here** ▶ | Title CFO | Date 11/14/2014 | Area code and phone number |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ☐ | PIR IND ☐ |
|---|---|

1039

00022557008

Filing Number: 801360610

1417630001253

05-102
(Rev.9-13/32)

# Texas Franchise Tax Public Information Report
*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196 Franchise

■ Taxpayer number  2 6 2 3 8 5 6 1 2 2

■ Report year  2 0 1 4

**You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name
**ACACIA RESEARCH GROUP LLC**

Mailing address
**2400 DALLAS PARKWAY SUITE 200**

○ Blacken circle if the mailing address has changed.

| City PLANO | State TX | ZIP Code 75093 | Plus 4 | Secretary of State (SOS) file number or Comptroller file number 0801360610 |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
**2400 DALLAS PARKWAY SUITE 200, PLANO, TX 75093**

Principal place of business
**SAME AS ABOVE**

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

1000000000014

**SECTION A**  Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| MARVIN KEY | DIRECTOR & CEO | ● YES | m m d d y y |
| Mailing address 2400 DALLAS PARKWAY SUITE 200 | City PLANO | State TX | ZIP Code 75093 |
| MATTHEW VELLA | DIRECTOR & PRESIDENT | ● YES | m m d d y y |
| Mailing address 2400 DALLAS PARKWAY SUITE 200 | City PLANO | State TX | ZIP Code 75093 |
| CLAYTON J. HAYNES | DIRECTOR & CFO | ● YES | m m d d y y |
| Mailing address 2400 DALLAS PARKWAY SUITE 200 | City PLANO | State TX | ZIP Code 75093 |

**SECTION B**  Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

Agent: **REGISTERED AGENT SOLUTIONS, INC.**

○ Blacken circle if you need forms to change the registered agent or registered office information.

| Office: **1701 DIRECTORS BLVD. SUITE 300** | City AUSTIN | State TX | ZIP Code 78744 |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ | Title CFO | Date 6/18/2014 | Area code and phone number ( 949 ) 480 - 8358 |

**Texas Comptroller Official Use Only**

VE/DE ○   PIR IND ○

00022557008



05-102
(Rev.9-13/32)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*
**This report MUST be signed and filed to satisfy franchise tax requirements**

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | | ■ Report year | You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |
|---|---|---|---|
| 2 6 2 3 8 5 6 1 2 2 | | 2 0 1 4 | |

| Taxpayer name | | ○ Blacken circle if the mailing address has changed. |
|---|---|---|
| **ACACIA RESEARCH GROUP LLC** | ■ | |

| Mailing address | | | Secretary of State (SOS) file number or Comptroller file number |
|---|---|---|---|
| **2400 DALLAS PARKWAY SUITE 200** | | | |
| City **PLANO** | State **TX** | ZIP Code **75093**  Plus 4 | **0801360610** |

○ Blacken circle if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

| Principal office |
|---|
| **2400 DALLAS PARKWAY SUITE 200, PLANO, TX 75093** |
| Principal place of business |
| **SAME AS ABOVE** |

*Please sign below!*

Officer, director and manager information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or managers change throughout the year.

1000000000014

**SECTION A**   Name, title and mailing address of each officer, director or manager.

| Name | Title | Director | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **ROBERT RAUKER** | **DIRECTOR & SR. VP** | ● YES | Term expiration | m | m | d | d | y | y |
| Mailing address **2400 DALLAS PARKWAY SUITE 200** | City **PLANO** | | | State **TX** | | | | ZIP Code **75093** | |
| Name | Title | ○ YES | Term expiration | m | m | d | d | y | y |
| Mailing address | City | | | State | | | | ZIP Code | |
| Name | Title | ○ YES | Term expiration | m | m | d | d | y | y |
| Mailing address | City | | | State | | | | ZIP Code | |

**SECTION B**   Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**   Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | | ○ Blacken circle if you need forms to change the registered agent or registered office information. |
|---|---|---|
| Agent: **REGISTERED AGENT SOLUTIONS, INC.** | | |
| Office: **1701 DIRECTORS BLVD. SUITE 300** | City **AUSTIN** | State **TX**  ZIP Code **78744** |

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or manager and who is not currently employed by this, or a related, corporation or limited liability company.

| sign here ▶ | Title **CFO** | Date **6/18/2014** | Area code and phone number **( 949 ) 480 - 8358** |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ○ | PIR IND ○ |
|---|---|

| | | |
|---|---|---|
| **Form 424**<br>**(Revised 05/11)**<br><br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512/463-5709<br>**Filing Fee: See instructions** | <br>**Certificate of Amendment** | This space reserved for office use.<br><br>**F I L E D**<br>In the Office of the<br>Secretary of State of Texas<br><br>**JUN 2 3 2014**<br><br>**Corporations Section** |

## Entity Information

The name of the filing entity is:

Acacia Research Group LLC (fka Acacia Patent Acquisition LLC)

State the name of the entity as currently shown in the records of the secretary of state. If the amendment changes the name of the entity, state the old name and not the new name.

The filing entity is a: (Select the appropriate entity type below.)

☐ For-profit Corporation                 ☐ Professional Corporation

☐ Nonprofit Corporation                  ☐ Professional Limited Liability Company

☐ Cooperative Association                ☐ Professional Association

☑ Limited Liability Company              ☐ Limited Partnership

The file number issued to the filing entity by the secretary of state is:  0801360610

The date of formation of the entity is:  12/23/2010

## Amendments

### 1. Amended Name

(If the purpose of the certificate of amendment is to change the name of the entity, use the following statement)

The amendment changes the certificate of formation to change the article or provision that names the filing entity. The article or provision is amended to read as follows:

The name of the filing entity is: (state the new name of the entity below)

The name of the entity must contain an organizational designation or accepted abbreviation of such term, as applicable.

### 2. Amended Registered Agent/Registered Office

The amendment changes the certificate of formation to change the article or provision stating the name of the registered agent and the registered office address of the filing entity. The article or provision is amended to read as follows:

**RECEIVED**

Form 424                        **JUN 2 3 2014**                        6

**Secretary of State**

**Registered Agent**
(Complete either A or B, but not both. Also complete C.)

☐ A.  The registered agent is an organization (cannot be entity named above) by the name of:

_____

**OR**

☐ B.  The registered agent is an individual resident of the state whose name is:

_____
*First Name*                    *M.I.*         *Last Name*                              *Suffix*

The person executing this instrument affirms that the person designated as the new registered agent has consented to serve as registered agent.

C.  The business address of the registered agent and the registered office address is:

                                                                           TX
_____
*Street Address (No P.O. Box)*                      *City*                  *State*    *Zip Code*

### 3.  Other Added, Altered, or Deleted Provisions

Other changes or additions to the certificate of formation may be made in the space provided below.  If the space provided is insufficient, incorporate the additional text by providing an attachment to this form.  Please read the instructions to this form for further information on format.

Text Area (The attached addendum, if any, is incorporated herein by reference.)

☐ **Add** each of the following provisions to the certificate of formation.  The identification or reference of the added provision and the full text are as follows:

Officers & Directors:
Marvin Key - Director & CEO: 2400 Dallas Parkway, Suite 200, Plano, TX 75093
Matthew Vella - Director & President: 500 Newport Center Dr. 7th Floor, Newport Beach, CA 92660
Clayton J. Haynes - Director & President: 500 Newport Center Dr. 7th Floor, Newport Beach, CA 92660
Robert Rauker - Director & Sr. Vice President: 2400 Dallas Parkway, Suite 200, Plano, TX 75093

☐ **Alter** each of the following provisions of the certificate of formation.  The identification or reference of the altered provision and the full text of the provision as amended are as follows:

☐ **Delete** each of the provisions identified below from the certificate of formation.

## Statement of Approval

The amendments to the certificate of formation have been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.

**Effectiveness of Filing** (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing.  The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time.  The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

_____

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date:   06/18/2014 _____

By:   *Clayton J. Haynes*

Signature of authorized person

Clayton J. Haynes, CFO

Printed or typed name of authorized person (see instructions)

Form 424

8

00034653547

Filing Number: 801360610

16320230231

TX2016
Ver. 7.0

05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196

■ **Taxpayer number**
12623856122

■ **Report year**
2016

**You have certain rights** under Chapter 552 and 559,
Government Code, to review, request and correct information
we have on file about you. Contact us at 1-800-252-1381.

Taxpayer name
ACACIA RESEARCH GROUP LLC

■ ☐ Check box if the mailing address has changed.

Mailing address
2400 DALLAS PARKWAY, SUITE 200

City
PLANO

State
TX

ZIP code plus 4
75093     4398

Secretary of State (SOS) file number or
Comptroller file number
081360610

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
SAME AS ABOVE
Principal place of business
SAME AS ABOVE

1262385612216

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

***Please sign below!*** **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m d d y y |
|---|---|---|---|---|---|
| ROBERT L. HARRIS | EXECUTIVE CHAIRMAN | ☒ YES | | | |

Mailing address
520 NEWPORT CENTER DR,12TH FL

City
NEWPORT BEACH

State
CA

ZIP Code
92660

| Name | Title | Director | | Term expiration | m m d d y y |
|---|---|---|---|---|---|
| MARVIN KEY | CEO | ☒ YES | | | |

Mailing address
520 NEWPORT CENTER DR,12TH FL

City
NEWPORT BEACH

State
CA

ZIP Code
92660

| Name | Title | Director | | Term expiration | m m d d y y |
|---|---|---|---|---|---|
| CLAYTON J. HAYNES | CFO | ☒ YES | | | |

Mailing address
520 NEWPORT CENTER DR,12TH FL

City
NEWPORT BEACH

State
CA

ZIP Code
92660

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| ACACIA RESEARCH CORPORATION | DE | | 100.00 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered
agent, registered office or general partner information.*

Office:

City          State          ZIP Code

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

**sign here** ▶ *Clayton J. Haynes*          Title CFO          Date 11/4/16          Area code and phone number

**Texas Comptroller Official Use Only**

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

1039

TX2017
Ver. 8.0

05-102
(Rev.9-15/33)

**Texas Franchise Tax Public Information Report**

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196

| ■ Taxpayer number | ■ Report year | **You have certain rights** under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381. |
|---|---|---|
| 12623856122 | 2017 | |

| Taxpayer name | |
|---|---|
| Acacia Research Group LLC | ■ [X] Check box if the mailing address has changed. |

| Mailing address | | |
|---|---|---|
| 6136 Frisco Square Blvd, Suite 400 | | Secretary of State (SOS) file number or Comptroller file number |
| City Frisco | State TX | ZIP code plus 4 75034 | 0801360610 |

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
Same As Above

Principal place of business
Same As Above

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

***Please sign below!*** **This report must be signed to satisfy franchise tax requirements.**

1262385612217

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| Robert Stewart | President | ☐ YES | | |
| Mailing address 520 Newport Center Dr. 12th Fl | City Newport Beach | | State CA | ZIP Code 92660 |
| Name Clayton J. Haynes | Title CFO | [X] YES | Term expiration | m m d d y y |
| Mailing address 520 Newport Center Dr. 12th Fl | City Newport Beach | | State CA | ZIP Code 92660 |
| Name | Title | ☐ YES | Term expiration | m m d d y y |
| Mailing address | City | | State | ZIP Code |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Acacia Research Corporation | DE | | 100.00 |

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
|---|---|
| Agent: | |

| Office: | City | State | ZIP Code |
|---|---|---|---|
| | | | |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

| sign here ➤ | I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution. |
|---|---|

| Title CFO | Date 11/2/17 | Area code and phone number 949-480-8300 |
|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ☐ | PIR IND ☐ |
|---|---|

1039

1832379360S4

TX2018
Ver. 9.0

05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196

You have certain rights under Chapter 552 and 559,
Government Code, to review, request and correct information
we have on file about you. Contact us at 1-800-252-1381.

| ■ Taxpayer number | ■ Report year |
|---|---|
| 12623856122 | 2018 |

| Taxpayer name | |
|---|---|
| Acacia Research Group LLC | ■ ☐ Check box if the mailing address has changed. |

| Mailing address | Secretary of State (SOS) file number or |
|---|---|
| 6136 Frisco Square Blvd, Suite 400 | Comptroller file number |

| City | State | ZIP code plus 4 | |
|---|---|---|---|
| Frisco | TX | 75034 | 0801360610 |

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
**Same As Above**

Principal place of business
**Same As Above**

You must report officer, director, member, general partner and manager information as of the date you complete this report.

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

1262385612218

**SECTION A** Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | m m d d y y |
|---|---|---|---|---|
| Mark W. Booth | CEO | ☐ YES | Term expiration | |
| Mailing address | City | | State | ZIP code |
| 520 Newport Center Dr. 12th F | Newport Beach | | CA | 92660 |
| Name | Title | Director | | m m d d y y |
| Kirsten Hoover | CFO | ☐ YES | Term expiration | |
| Mailing address | City | | State | ZIP code |
| 520 Newport Center Dr. 12th F | Newport Beach | | CA | 92660 |
| Name | Title | Director | | m m d d y y |
| | | ☐ YES | Term expiration | |
| Mailing address | City | | State | ZIP Code |

**SECTION B** Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C** Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| Acacia Research Corporation | DE | | 100.00 |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.

| Agent: | City | State | ZIP code |
|---|---|---|---|
| Office: | | | |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Title | Date | Area code and phone number |
|---|---|---|---|
| | CFO | 11/1/18 | 949-480-8307 |





| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

8D5243 2 000

TX2019   05-102
Ver. 10.0   (Rev.9-15/33)

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■**Tcode**  13196

■ **Taxpayer number**

12623856122

■ **Report year**

2019

*You have certain rights under Chapter 552 and 559,*
*Government Code, to review, request and correct information*
*we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name  ACACIA RESEARCH GROUP LLC

☐ Blacken box if the mailing address has changed.

Mailing address  6136 FRISCO SQUARE BLVD, SUITE 400  FRISCO

Secretary of State (SOS) file number or
Comptroller file number

City  PLANO    State  TX    ZIP code plus 4  75034    0801360610

☐ Blacken box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office

Principal place of business

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

*Please sign below!*   This report must be signed to satisfy franchise tax requirements.

1262385612219

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | m m | d d | y y |
|------|-------|----------|-----|-----|-----|
| | | ☐ YES | Term expiration | | |
| Mailing address | City | State | | ZIP Code | |
| Name | Title | Director | m m | d d | y y |
| | | ☐ YES | Term expiration | | |
| Mailing address | City | State | | ZIP Code | |
| Name | Title | Director | m m | d d | y y |
| | | ☐ YES | Term expiration | | |
| Mailing address | City | State | | ZIP Code | |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|------|------|------|------|
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|------|------|------|------|

Registered agent and registered office currently on file *(see instructions if you need to make changes)*
Agent:

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Office:    City    State    ZIP Code

The information on this form is required by Section 171 203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report  Use additional sheets for Sections A, B and C, if necessary  The information will be available for public inspection

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, PA or financial institution

**sign here ▶**    Title    Date    Area code and phone number

**Texas Comptroller Official Use Only**

VE/DE ☐    PIR IND ☐

7001