# Exhibit F

## Contact

www.linkedin.com/in/eric-lucas-29a0232a (LinkedIn)

## Top Skills
Intellectual Property
Licensing
Litigation

# Eric Lucas
Senior Vice President, Licensing and Litigation at Acacia Research Group
Laguna Beach

## Experience

**Acacia Research Group**
Senior Vice President, Licensing and Litigation
2012 - Present (8 years)
Newport Beach, CA

**Intellectual Ventures**
Licensing Agent
2011 - 2012 (1 year)
Laguna Beach, CA

**Open Invention Network**
Director of Licensing
2010 - 2012 (2 years)
Laguna Beach

**Independent Intellectual Property Attorney**
Attorney
2008 - 2012 (4 years)
Laguna Beach, CA

Director of Licensing for Open Invention Network ("OIN"); Director of Licensing for EpicenterIP (formerly IPotential); Licensing Agent for Intellectual Ventures

**Alcatel-Lucent**
Assistant GC, Sr. Director (Patent Licensing)
2004 - 2008 (4 years)

**Boeing**
Director, Intellectual Property Business
2003 - 2004 (1 year)
Irvine, CA

**Cambridge Display Technology**
Senior VP, General Counsel and Director of IP
2001 - 2003 (2 years)

Page 1 of 2

## Education

Indiana University Bloomington
JD, Law

Rose-Hulman Institute of Technology
BS, Engineering