FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# Exhibit M

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>HMD GLOBAL OY,<br><br>Defendant. | § § § § § § § § § § § § § § §   Case No. 2:20-CV-00078-JRG |

## DECLARATION OF PER EKMAN IN SUPPORT
## OF MOTION TO TRANSFER OF HMD GLOBAL OY

I, Per Ekman, declare:

1. I am Chief Commercial Officer of HMD Global Oy ("HMD Global"). I have personal knowledge of the matters set forth below and, if called as a witness, could and would testify competently about them.

2. I have been Chief Commercial Officer of HMD Global Oy since August 2019. I was previously the Head of Sales of HMD Global, and the Vice President of Middle East and North Africa of HMD Global. I have been with the company since November 2016.

3. I live and work in Gothenburg, Sweden and routinely travel to HMD Global's headquarters in Espoo, Finland.

4. HMD Global develops, manufactures, and markets mobile devices under the Nokia brand name. HMD Global is the exclusive licensee of the Nokia brand name for mobile devices, accessories, and tablets.

5.      ███████████████████████████████████

███████████████████████████████████

███████████████████

6.      ███████████████████████████████████

███████████████████████████████████

█████████████████████████

7.      ███████████████████████████████████

██████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

██████████████████

9.      ███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

██████████████████████████

10.     ███████████████████████████████████

██████████████████████████████████

█████████████████████████████

11.     Before the coronavirus pandemic, I would travel to Miami, Florida,

approximately 2-3 times per year to meet with executives from HMD America.  Assuming

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

coronavirus travel restrictions permit, it would be convenient for me to travel to Miami, Florida, to give testimony at any trial of this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 18, 2020, in Gothenburg, Sweden.

_____
Per Ekman