# Exhibit P

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>HMD GLOBAL OY,<br><br>Defendant. | Case No. 2:20-CV-00078-JRG |

**DECLARATION OF CRISTINA HOYOS IN SUPPORT
OF MOTION TO TRANSFER OF HMD GLOBAL OY**

I, Cristina Hoyos, declare under 28 U.S.C. § 1746:

1. I am Head of Finance for HMD America, Inc. I have personal knowledge of the matters set forth below and, if called as a witness, could and would testify competently thereto.

2. ████████████████████████████████████████████████████████████████████████████████████████████████████████

3. HMD America purchases Nokia branded mobile devices from HMD Global outside the United States. HMD America imports these devices into the United ████████████████████████████████████████████████████

4. ████████████████████████████████████████████████████████████████████████████

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

5. Any documents concerning HMD America's sales in the United States are located in HMD America's offices in Miami.

6. I understand that the United States District Court for the Southern District of Florida has a courthouse in Miami, Florida. I reside and work in Miami. It would be convenient for me to attend hearings and trial in Florida, which would require minimal travel time and not result in significant time away from my corporate duties.

7. I understand that Your Honor's courtroom is located in Marshall, Texas. It would require significant time and expense for me to travel there.

8. I declare under penalty of perjury that the foregoing is true and correct. Executed in Miami, Florida, on September 19, 2020.

CRISTINA HOYOS