FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# Exhibit Q

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 1

1              Virtual Videotaped Deposition of

2                      REX FRYHOVER

3         Confidential - Outside Counsel Eyes Only

4                Thursday, December 3, 2020

5                      1:05 p.m. CST

6                         - - -

7                      N O T I C E

8         This transcript is an UNCERTIFIED DRAFT

9    TRANSCRIPT ONLY.  It contains the raw output from

10   the court reporter's stenotype machine translated

11   into English by the court reporter's computer,

12   without the benefit of proofreading.  It will

13   contain untranslated steno outlines,

14   mistranslations (wrong words), and misspellings.

15   These and any other errors will be corrected in

16   the final transcript.  Since this draft transcript

17   has not been proofread, the court reporter cannot

18   assume responsibility for any errors.

19        This draft transcript is intended to

20   assist attorneys in their case preparation and is

21   not to be construed as the final transcript.  It

22   is not to be read by the witness or quoted in any

23   pleading or for any other purpose and may not be

24   filed with any court.

25

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 3

```
08:01:10  1    America.  I'm also here on behalf of HMD Global OY

08:01:13  2    which is the defendant in the underlying action

08:01:15  3    and with me is in-house counsel Gen Silveroli.

08:01:28  4                      REX FRYHOVER,

          5    called as a witness herein, having been first duly

          6    sworn, was examined and testified as follows:

08:01:29  7                      EXAMINATION

08:01:29  8    BY MR. TICE:

08:01:30  9        Q  Good morning, Mr. Fryhover.

08:01:32 10        A  Good morning.

08:01:33 11        Q  As I just stated my name is Jerry Tice and

08:01:36 12    I represent the plaintiff in this matter.  I'd

08:01:38 13    like to thank you for being here today and for

08:01:40 14    your time today.

08:01:40 15            Could you please introduce yourself for

08:01:42 16    the court?

08:01:43 17        A  Yes.  My name is Rex Fryhover.

08:01:45 18        Q  Is Rex Fryhover your full legal name?

08:01:48 19        A  Rex Campbell Fryhover.

08:01:53 20        Q  Where do you live, Mr. Fryhover?

08:01:56 21        A  I live in Miami, Florida.

08:02:01 22        Q  How long have you lived there?

08:02:13 23        A  Three years, three and-a-half.

08:02:18 24            MR. TICE:  Gen, I think if you can mute

08:02:21 25    your mic, you're getting some feedback from
```

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 9

08:10:49 1      A  Yes.

08:11:12 2      Q  I think we went into this a little bit in

08:11:15 3   a couple of previous answers, but what does HMD

08:11:18 4   America do?

08:11:20 5          MS. KASH:  Objection to form.

08:11:24 6   BY THE WITNESS:

08:11:24 7      A  Can you restate your question?  I'm sorry.

08:11:26 8   BY MR. TICE:

08:11:27 9      Q  What does HMD America do?

08:11:32 10     A  We sell devices to different channels in

08:11:39 11  north and South America -- I'm sorry, in north and

08:11:42 12  Canada -- I'm sorry, US and Canada.  Those devices

08:11:50 13  are localized and across different functions are

08:11:55 14  localized for the North America market, which has

08:12:01 15  very different requirements than, let's say other

08:12:04 16  markets around the world.

08:12:11 17     Q  What do you mean by across different

08:12:15 18  functions are localized?  What functions are you

08:12:18 19  referring to?

08:12:22 20     A  Referring to supply chain, referring to

08:12:25 21  testing.  I'm referring to marketing, all

08:12:33 22  corporate functions to be honest with you

08:12:35 23  including finance.

08:12:47 24     Q  What types of devices does HMD America

08:12:49 25  sell?

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 10

08:12:53  1        A  Cellular devices.

08:13:00  2        Q  Does HMD America manufacture any cellular

08:13:07  3    devices?

08:13:09  4        A  Do we manufacture, no, we do not

08:13:11  5    manufacture devices in the Americas.

08:13:16  6        Q  Does HMD America assemble any cellular

08:13:23  7    devices?

08:13:24  8          MS. KASH:  Objection.  Form.

08:13:26  9    BY MR. TICE:

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 11



08:15:58 22    BY MR. TICE:

08:16:10 23       Q   Does HMD America repair the cellular

08:16:12 24    devices?

08:16:16 25       A   No.

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 15

08:22:39   1    sells cellular devices.

08:22:41   2         Can you be more specific as to what type

08:22:43   3    of cellular devices HMD America sells?

08:22:49   4    A  Yes.  We sell smart devices and feature

08:22:53   5    phones which is let's say a non smart type of

08:22:57   6    device, the more basic candy bar type of what is

08:23:01   7    what we call it.

08:23:05   8    Q  Does HMD America sell Nokia-branded

08:23:08   9    devices?

08:23:12   10   A  Yes.

08:23:16   11   Q  Does HMD America sell any cellular devices

08:23:20   12   that are not Nokia-branded devices?

08:23:26   13   A  No.

08:23:28   14   Q  Does HMD America sell any products that

08:23:33   15   are not Nokia-branded devices?

08:23:38   16   A  No.

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 16



08:25:48 12    BY MR. TICE:

08:25:48 13         Q   What is your title at HMD America?

08:25:52 14         A   Head of operations, HMD America.

08:26:10 15         Q   Have you previously worked at any other

08:26:13 16    HMD entity?

08:26:15 17         A   I have not.

08:26:16 18         Q   Have you held any positions in any other

08:26:19 19    HMD entity?

08:26:23 20         A   I have not.

08:26:26 21         Q   In your current role of head of

08:26:30 22    operations, what are your job responsibilities?

08:26:37 23         A   I manage the supply chain to our customers

08:26:45 24    on the different channels and the different

08:26:47 25    customers.  I also look at a bit of the strategy

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 17

08:26:52   1   behind the supply chain and work with our

08:26:59   2   customers on some of those potential

08:27:01   3   opportunities.

08:27:59 10     Q   How long have you been head of operations

08:28:01 11   at HMD America?

08:28:08 12     A   Two years.   Can you kind of state the time

08:28:15 13   frame that you mean?

08:28:20 14     Q   Right.   So you've been the head of

08:28:29 15   operations at HMD for about two years; is that

08:28:43 16   right?

08:28:43 17     A   Correct.

08:28:44 18     Q   Have you held any other positions at HMD

08:28:47 19   America?

08:28:47 20     A   Yes, sales operations.   It's been a mix of

08:28:51 21   sales operations and operations basically.

08:28:56 22     Q   When were you -- strike that.   When did

08:29:06 23   you have a sales operations position at HMD

08:29:09 24   America?

08:29:14 25     A   When I started basically.   That would have

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 47

```
09:40:31  1      Q  What does involved mean to you?

09:40:36  2         MS. KASH:  Objection to form.

09:40:37  3  BY THE WITNESS:
```

██████████  █     █  ████████████████████████████

██████████  █     ████████    ██████████████████

██████████  █     ███████████████████████  ████████

██████████  █     █████████████████████████████

██████████  █     █████████████████████

```
09:41:08  9  BY MR. TICE:

09:41:18  10      Q  I think that answers my question, thank

09:41:20  11  you.

09:41:20  12      A  Sure.

09:41:33  13         MR. TICE:  Can we pull up Exhibit No. 3

09:41:34  14  for a second, Enrique.

09:41:59  15  BY MR. TICE:
```

██████████      █  ██████████████████████

██████████      ████████████████████████████

██████████      ████████

██████████      █████████████████████████

██████████      ██████████████████████████████

██████████      ██████████████

██████████      █  ██████████████████████████

██████████      █████████████████████████

██████████      █  ███████████████████████

██████████      ██████████████████████

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



So the hub

09:43:28 11   and the corporate office is hear in Miami

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

09:46:55  1   COVID and post-COVID that is very limited as we

09:46:59  2   all deal with.

09:47:04  3      Q  Does HMD Global have any offices in the

09:47:08  4   US?

09:47:10  5      A  No.

09:47:13  6      Q  Does HMD Global have any employees in the

09:47:17  7   US?

09:47:21  8      A  No.

09:47:26  9      Q  Does HMD Global have employees that

09:47:33  10  regularly go to the US?

09:47:38  11       MS. KASH:  Objection to form.

09:47:41  12  BY THE WITNESS:

09:47:42  13     A  Can you rephrase your question?  Sorry,

09:47:44  14  Mr. Tice.

09:47:44  15  BY MR. TICE:

09:47:48  16     Q  Sure.  So I understand HMD Global does not

09:47:51  17  have employees that are full-time in the US, but

09:48:00  18  do employees of HMD Global regularly travel to the

09:48:05  19  US?

09:48:07  20       MS. KASH:  I'm sorry, objection to form.

09:48:15  21  BY THE WITNESS:

09:48:17  22     A  Do we have regular -- not any time

09:48:20  23  recently clearly, and prior, you know, very

09:48:24  24  limited.  We are a subsidiary so, yes, there is

09:48:38  25  some travel of HMD Global employees into the US.

~~FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER~~

Page 51

09:48:49  1       Q  Do you know when HMD Global was formed?

09:48:59  2       A  HMD Global OY, I don't.  We just hit our

09:49:05  3    four-year anniversary.  It was probably formed six

09:49:08  4    months, eight months, maybe a year before we went

09:49:13  5    live.  I'm not sure.  I don't know.  I would

09:49:16  6    assume four to five years ago.

09:49:22  7       Q  Do you know when HMD America was formed?

09:49:27  8       A  No.  I don't.  I don't know when the legal

09:49:30  9    entity was formed.

09:49:42 10       Q  Do you know why HMD America was formed?

09:49:44 11          MS. KASH:  Objection to form.

09:49:51 12    BY THE WITNESS:

09:49:52 13       A  Yes, as a legal entity and as a subsidiary

09:49:55 14    it needed to be formed to manage -- to drive and

09:50:00 15    manage our customers and the business here.  It

09:50:08 16    would be -- yeah, that's my understanding.  We had

09:50:11 17    to create a legal entity to have employees in the

09:50:13 18    US, you know, to provide 401-K benefits, to do all

09:50:20 19    those relative pieces so I think that goes across

09:50:23 20    multiple functions, but, yes.

09:50:36 21    BY MR. TICE:

~~FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER~~



does

10:22:59 21    HMD America share documents with HMD Global?

10:23:02 22        A   I'm not 100 percent sure.  All of our

10:23:05 23    physical documents if we have physical documents

10:23:07 24    are here in the Miami office and then of course we

10:23:11 25    have some documents that are in the cloud that the

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 83

11:56:52  1       A  No, they don't.  All testing is localized

11:56:55  2    by HMD America.

11:57:03  3       Q  And there's no testing done on behalf of

11:57:06  4    HMD Global in the United States?

11:57:07  5          MS. KASH:  Objection to form.

11:57:10  6    BY THE WITNESS:

11:57:10  7       A  Can you restate your question?  I guess I

11:57:16  8    don't --

11:57:17  9    BY MR. TICE:

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 86



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page  90



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 92



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 94



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page  95



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 96

12:23:18 12      Q  Mr. Fryhover, if you were to attend trial

12:23:20 13   in this lawsuit or are required to travel to

12:23:24 14   Texas, would you incur any out-of-pocket expenses?

12:23:35 15          MS. KASH:  Objection to form.

12:23:36 16   BY THE WITNESS:

12:23:37 17      A  Yes, I would assume I would.

12:23:39 18   BY MR. TICE:

12:23:39 19      Q  What types of out-of-pocket expenses would

12:23:42 20   you incur?

12:23:42 21          MS. KASH:  Objection to form.

12:23:43 22   BY THE WITNESS:

12:23:43 23      A  We have certain limitations on travel when

12:23:46 24   it comes to limitations on car rentals,

12:23:54 25   limitations on per diem for food, those types of

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

12:23:58  1    things.



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 100



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 102



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 106



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 108



12:44:44 13          MR. TICE:  I think now is a good time for

12:44:45 14     a break.

12:44:52 15          AV TECH CASAS:  We're going off the

12:44:53 16     record.  The time is 1:45 p.m.

12:44:57 17          (A recess was had.)

13:00:56 18          AV TECH CASAS:  We are back on the record.

13:01:05 19     The time is 2:01 p.m.

13:01:09 20     BY MR. TICE:

13:01:10 21          Q  Welcome back, Mr. Fryhover.  We just came

13:01:13 22     back it from a break, do you understand that you

13:01:15 23     are still under oath?

13:01:16 24          A  I do.

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page  112

██████ █  ████████████████████████████████

██████ █  ██████████████████████████████████

██████ █  ████████████████████████████████

██████ █  ██████████████████████████████████

13:07:03   5        Q   Are you currently working from home?

13:07:08   6        A   Yes.  I am working from home most of the

13:07:12   7   time, coming to the office maybe once per week.

13:07:23   8        Q   When you're working from home, do you have

13:07:26   9   access to HMD America's documents?

13:07:28   10       A   Yes, I do.

13:07:29   11           MS. KASH:  Objection to form.

13:07:33   12   BY MR. TICE:

13:07:33   13       Q   What types of documents do you access when

13:07:35   14   you're working from home?

13:07:40   15       A   Generally process documents type of

13:07:44   16   element, also strategy documents that I've created

13:07:52   17   or am creating.  We have different -- also local

13:07:59   18   sales documents, I'm analyzing sales and looking

13:08:01   19   at different elements there.

13:08:08   20       Q   How do you access these documents?

13:08:13   21       A   Through our Office365 SharePoint and I

13:08:25   22   have some on my hard drive clearly any type of

13:08:28   23   strategy documents that I'm working on daily.

13:08:31   24       Q   You have access to your e-mail at home,

13:08:34   25   too, right?

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

13:08:34  1        A  Correct, yes.



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER



FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page  123



13:30:06 13        Q  Got it.  Does HMD America market the

13:30:47 14    devices that it sells?

13:30:51 15        A  Yes, it does.

13:30:52 16        Q  What type of marketing does HMD America

13:30:59 17    do?

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 124



13:32:14  7       Q  Does HMD America do marketing for the

13:32:18  8   unlocked devices?

13:32:19  9       A  They provide some of those services for

13:32:20 10   the unlocked devices.

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Page 125

███████  █  ███████████████████████

13:33:46  2    BY MR. TICE:

13:33:46  3       Q  Your previous answer, was that for the

13:33:48  4    devices, the unlocked devices?

13:33:52  5       A  Correct.

███████  █  █  ████████████████████████

███████  █  █████████████████████

███████  █  █  ████████  ████████████████

███████  █  ███████████████  ████████

███████  █████████████████  ██████████

███████  ██████████████████████████████

███████  ████████████████████████

███████  ██████████████████████████████

███████  ████████

13:34:39  15      Q  You previously mentioned Jackie Kates.

13:34:42  16   Who is Jackie Kates?

13:34:43  17      A  She is the head of marketing for North

13:34:56  18   America, HMD America.

13:34:57  19      Q  Is she an employee of HMD Global?

13:35:00  20      A  She is not.  She is an employee of HMD

13:35:03  21   America in Miami.

13:35:09  22      Q  Do you know who Jackie Kates records to?

13:35:12  23      A  Yes.  We both report to Juho, head of the

13:35:25  24   region.

13:35:56  25          MR. TICE:  I'd like the technician to pull