FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# Exhibit R

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

1

*** DRAFT *** PER EKMAN *** DRAFT ***

 1   UNCERTIFIED ROUGH DRAFT
 2
 3        This realtime draft is unedited and
 4   uncertified and may contain untranslated
 5   stenographic symbols, an occasional reporter's note,
 6   a misspelled proper name and/or nonsensical word
 7   combinations.
 8        This is an unedited version of the
 9   deposition transcript and should not be used in
10   place of a certified copy.  This document should not
11   be duplicated or sold to other persons or
12   businesses.  This document is not to be relied upon
13   in whole or in part as the official transcript.
14        This uncertified realtime rough draft
15   version has not been reviewed or edited by the
16   certified shorthand reporter for accuracy.  This
17   unedited transcript is computer generated and random
18   translations by the computer may be erroneous of
19   different than that which will appear on the final
20   certified transcript.
21        Due to the need to correct entries prior
22   to certification, the use of this realtime draft
23   is only for the purpose of augmenting counsel's
24   notes and cannot be used to cite in any court
25   proceeding or be distributed to any other parties.

*** DRAFT *** PER EKMAN *** DRAFT ***
*** UNCERTIFIED DRAFT ***

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

10

*** DRAFT *** PER EKMAN *** DRAFT ***

1  Q. Do you do any any other kinds of work for
2  anyone else?
3  A. No.
4  Q. Does HMD Global have a parent company?
5  A. Yes.
6  Q. Who who is the parent company?
7  A. HMD Global Oy.
8  Q. So just just to be clear then, you're are
9  you referring to two it different companies then HMD
10 Global and HMD Global Oy?
11       MR. WARREN: Object to the form.
12       THE WITNESS: HMD Global Oy is the parent
13 company.
14 BY MR. PALMER:
15 Q. Okay. Does HMD Global have any subsidiary
16 companies?
17 A. Yes.
18 Q. Who are they?
19       MR. WARREN: Object to the form.
20       THE WITNESS: One is HMD America.
21 BY MR. PALMER:
22 Q. What other subsidiary companies are there?
23 A. I don't know all of them.
24 Q. Can you name some of the companies that
25 you do know?

*** DRAFT *** PER EKMAN *** DRAFT ***
*** UNCERTIFIED DRAFT ***

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

20

*** DRAFT *** PER EKMAN *** DRAFT ***

1  BY MR. PALMER:
2      Q.   What role does HMD America play as part of
3  HMD Global's business?
4           MR. WARREN:  Object to the form.
5           THE WITNESS:  What you mean with "role"?
6  BY MR. PALMER:
7      Q.   What does HMD America do in relation to
8  HMD Global?
9      A.   They handle our U.S. operations.
10     Q.   Does HMD America do any research and
11 development for HMD Global?
12          MR. WARREN:  Object to the form.
13          THE WITNESS:  Can you specify what you
14 mean research and development.
15 BY MR. PALMER:
16     Q.   Does HMD America help develop any of HMD
17 Global's products?
18     A.   ==One of the responsibilities of HMD America==
19 ==to is to test devices that are sold in the U.S.==
20     Q.   What are HMD America's other
21 responsibilities for HMD Global?
22     A.   ==HMD America runs the U.S. operations.==
23     Q.   Does U.S. operations include marketing?
24     A.   Yes.
25     Q.   What brands of product does HMD Global

*** DRAFT *** PER EKMAN *** DRAFT ***
*** UNCERTIFIED DRAFT ***

40

*** DRAFT *** PER EKMAN *** DRAFT ***

1   more detail about your declaration?

2        A.   All right.

3        Q.   On paragraph 3 on page 1 you said that you

4   routinely travel to HMD Global's headquarters in

5   Finland how often do you travel to Finland?

6             MR. WARREN:  Object to the form.

7             THE WITNESS:  In a normal non-COVID

8   scenario, once every second month approximately.

9   BY MR. PALMER:

10       Q.   For what purpose do you travel to Finland?

11       A.   ███████████████████████████████████████
███████████████████████████

13       Q.   Are there any other reasons you travel to

14   Finland?

15       A.   ███████████████████████████████████████
██████████████
17       ██ ████████ █████████████████████████████
████████████████████████████████████████
████████████████████████████████████
██████████████████████████████████
██████████████████████
████████ ████████████████
████████ ██

24   BY MR. PALMER:

25       Q.   How does HMD Global implement marketing in
*** DRAFT *** PER EKMAN *** DRAFT ***
*** UNCERTIFIED DRAFT ***

41

*** DRAFT *** PER EKMAN *** DRAFT ***

1　the United States.

2　　　MR. WARREN:  Object to the form.

3　　　THE WITNESS:  Marketing in the U.S. is

4　performed by marketing team of HMD America.

5　BY MR. PALMER:

6　█ ████████████████████████

█ ████████████████████████████

█ █████████████████████████

█ █████████████████████

█ ██████

█ ███████  █████████

█ █████████  ████████████

█ ██████████

█ █████████

█ █ ████  █████████████

█ █████████████████████████

█ █████████████████████████

█ ████████████████████

█ ███████  ██████████

█ ███████  ██████████

█ █████████████

22　BY MR. PALMER:

23　　Q.　All right.  next I want to talk about

24　paragraph 6.

25　　　You said that HMD Global sells devices to

*** DRAFT *** PER EKMAN *** DRAFT ***
*** UNCERTIFIED DRAFT ***

46

*** DRAFT *** PER EKMAN *** DRAFT ***

1   ▮         ▮▮▮         ▮▮▮▮▮▮▮▮▮
2   BY MR. PALMER:
3       ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
5   ▮▮▮▮▮
6       ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7   ▮▮▮▮
8       ▮   ▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮
9   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11  ▮▮▮▮▮
12  ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13  ▮   ▮▮▮▮▮▮▮
14  ▮   ▮   ▮▮▮▮▮▮▮▮▮▮▮▮
15  ▮   ▮   ▮▮▮▮▮▮▮▮▮▮▮▮
16  ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17  ▮   ▮▮▮▮
18              MR. WARREN:  Object to the form.
19              THE WITNESS:  HMD Global is not engaged in
20  any sales within the U.S. all sales within the U.S.
21  is managed by HMD America.
22  ▮▮▮▮▮▮▮▮
23  ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25  ▮▮▮▮▮▮▮▮▮

*** DRAFT *** PER EKMAN *** DRAFT ***
*** UNCERTIFIED DRAFT ***

47

*** DRAFT *** PER EKMAN *** DRAFT ***

```
1        A.   We test our devices in U.S. and those
2   tests are done by HMD America to be able to sell
3   devices in the U.S.
4        Q.   Did HMD Global approve those tests?
5        MR. WARREN:  Object to the form.
6        ███████████    ████████████████████████
         ██████████████████████████████████████
         ██████████████████████████████████████
         ██████
10  BY MR. PALMER:
11       Q.   All right.  one second.
12            (Brief technical interruption in the
13   proceedings.)
14            One second I've got it.
15            MR. WARREN:  Hey hunter I muted my phone
16   and then it still didn't like that All right. Let's
17   see.
18            All right.  can you all hear me.
19            MR. WARREN:  Yeah.
20            THE WITNESS:  Yeah.
21  BY MR. PALMER:
22       Q.   Okay.  Cool?
23            MR. WARREN:  You're not on video.
24  BY MR. PALMER:
25       Q.   I know I don't know what's going on with
```
*** DRAFT *** PER EKMAN *** DRAFT ***
*** UNCERTIFIED DRAFT ***

65

*** DRAFT *** PER EKMAN *** DRAFT ***

1  Q.  Does Mr. Seiche also hold a position at
2  HMD America?
3      MR. WARREN:  Object to the form.
4      THE WITNESS:  Sorry I did not catch the
5  name.
6  BY MR. PALMER:
7  Q.  The CEO Mr. Seiche?
8  A.  Mr. Seiche oh Mr. Seiche.
9  Q.  Am I pronouncing that wrong I'm sorry?
10 A.  Can you repeat the question?
11 Q.  The CEO Florian Seiche does he hold any
12 positions at HMD America?
13 A.  S no.
14 Q.  Does the CFO Mr. Roennemaa does he told
15 any positions at HMD America?
16 A.  No.
17 Q.  Does the COO Mr. Lejeune hold any
18 positions at HMD America?
19 A.  No.
20 Q.  What about the CMO Mr. Taylor does he hold
21 any positions at HMD America?
22 A.  No.
23 Q.  Do HMD America employees have to comply
24 with HMD Global policies?
25     MR. WARREN:  Object to the form.

*** DRAFT *** PER EKMAN *** DRAFT ***
*** UNCERTIFIED DRAFT ***

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

100

*** DRAFT *** PER EKMAN *** DRAFT ***

1  BY MR. PALMER:

2  ▮ ███████████████████████████████

   ▮ ███████████████████████████

   ▮ ███████████████████████████

   ▮ ████████ █████████

   ▮ ████████ ████████████

   ▮ █████████████████████████

   ▮ ████████

   ▮ ▮ ████████████████████████

   ▮ ████████████

   ▮ ████████ █████████

   ▮ ████████ ████████████

   ▮ █████████████████████████

   ▮ ████████

   ▮ ▮ ████████████████████████

   ▮ ███████████████████████████

   ▮ ██████████████

   ▮ ████████ █████████

   ▮ ████████ ████████████

   ▮ █████████████████████████

   ▮ ████████

   ▮ ▮ ████████████████████████████

   ▮ ██████████████████

   ▮ ▮ ██████████████████████

   ▮ ███████████████████████████

*** DRAFT *** PER EKMAN *** DRAFT ***
*** UNCERTIFIED DRAFT ***