FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# Exhibit T



## Confidential - Outside Counsel Eyes Only

# Transcript of Maurizio Angelone

**Date:** November 19, 2020
**Case:** Cellular Communications Equipment LLC -v- HMD Global Oy

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

```
 1                UNITED STATES DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF TEXAS
 3                       MARSHALL DIVISION
 4      - - - - - - - - - - - - - - - - - - - - - - x
 5      CELLULAR COMMUNICATIONS      :
 6      EQUIPMENT, LLC,              :
 7                    Plaintiff,     : Civil Action
 8         v.                        : No. 2:20-CV-00078-JRG
 9      HMD GLOBAL OY,               :
10                    Defendant.     :
11      - - - - - - - - - - - - - - - - - - - - - - x
12
13              Virtual Videotaped Deposition of
14                       MAURIZIO ANGELONE
15         Confidential - Outside Counsel Eyes Only
16                  Thursday, November 19, 2020
17                         7:59 a.m. CST
18
19
20
21      Job No.:  334660
22      Pages:  1 - 77
23      Reported by:  THERESA A. VORKAPIC,
24                 CSR, RMR, CRR, RPR
25
```

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER
Confidential - Outside Counsel Eyes Only

Transcript of Maurizio Angelone
Conducted on November 19, 2020    2

```
 2         Virtual Videotaped deposition of Maurizio
 3   Angelone taken pursuant to subpoena before Theresa
 4   A. Vorkapic, a Certified Shorthand Reporter,
 5   Registered Merit Reporter, Certified Realtime
 6   Reporter, Registered Professional Reporter and a
 7   Notary Public in and for the State of Illinois.
```

Case 2:20-cv-00078-JRG Document 79-22 Filed 12/16/20 Page 5 of 14 PageID #: 2820

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER
Confidential - Outside Counsel Eyes Only
Transcript of Maurizio Angelone
Conducted on November 19, 2020                                    16

```
1       Q   During any time this year, 2020, have you
2   had any other employers?
3       A   No, I didn't.
4       Q   Let's please pull back up Exhibit No. 1,
5   and I'd like to refer you to Paragraph No. 1 of
6   Exhibit No. 1.
7       A   Uh-huh.
8       Q   The first sentence says:  "I was the vice
9   president and general manager of HMD America".
10          My first question is were you the vice
11  president of HMD America?
12      A   Yes, I was.
13      Q   So vice president and general manager both
14  about to the HMD America in that sentence; is that
15  correct?
16      A   Correct.
17      Q   And then it says you were the vice
18  president and general manager until July 2020 when
19  you took a new role.
20          What is the new role?
21      A   Basically the overall Americas region, so
22  North America and Latin America has been split in
23  two July 1st.  So basically the team has
24  reorganized in two different separate
25  organizations, so one is North America and the
```

Case 2:20-cv-00078-JRG Document 79-22 Filed 12/16/20 Page 6 of 14 PageID #: 2821

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER
Confidential - Outside Counsel Eyes Only
Transcript of Maurizio Angelone
Conducted on November 19, 2020        18

```
1   manager of HMD America?
2       A   Well, I was supervising the overall
3   business operations in the Americas region, so
4   both North America and Latin America, and I was
5   the supervisor of the employees in the HMD
6   Americas team basically operating in the two
7   regions, Latin America and North America.
8       Q   What employees did you supervise?
9       A   All functions are typically organized
10  under me, the region organization like HMD
11  America, so you would have finance, ▇▇▇▇▇▇
12  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
13  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇    ▇▇▇▇▇▇▇▇▇▇▇
14  ▇▇▇▇▇▇▇▇▇▇▇
15      Q   And those main functions that you
16  mentioned in your previous answer, were you a
17  member of any of those teams or functions?
18          MS. KASH:  Object to form.
19  BY THE WITNESS:
20      A   Well, I was the lead of the entire
21  organization, so I was the marketing, finance,
22  et cetera, all those functions were reporting to
23  me.
24  BY MR. TICE:
25      Q   In your role as general manager of HMD
```

Case 2:20-cv-00078-JRG Document 79-22 Filed 12/16/20 Page 7 of 14 PageID #: 2823

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER
Confidential - Outside Counsel Eyes Only
Transcript of Maurizio Angelone
Conducted on November 19, 2020      24

```
1        A   Yes, I am.
2        Q   What is this website?
3        A   It is the website of HMD Global so this is
4    the -- it's the customer front for HMD, the
5    company.
6        Q   And within this web page, it has your name
7    and your picture and under your name it says vice
8    president Latin America; is that right?
9        A   Correct.
10       Q   As vice president Latin America, is that
11   your role at HMD Global or HMD America?
12       A   HMD America.
13       Q   Do you know if HMD has a website?
14       A   No, we don't have.
15       MR. TICE:  I'm going to have the
16   technician pull up a document titled Tab No. 9 and
17   mark it as Exhibit No. 3.
18          (A certain document was marked Angelone
19           Deposition Exhibit 3 for identification,
20           as of 11/19/2020.)
21   BY MR. TICE:
22       Q   Have you seen Exhibit No. 3 before?
23       A   No, I didn't.
24       Q   Earlier you testified that you were during
25   the 2016 to 2020 time frame vice president at HMD
```

Case 2:20-cv-00078-JRG Document 79-22 Filed 12/16/20 Page 8 of 14 PageID #: 2823

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER
Confidential - Outside Counsel Eyes Only
Transcript of Maurizio Angelone
Conducted on November 19, 2020                                25

1    America; is that right?
2        A    Correct.
3        Q    And you did not hold any roles at HMD
4    Global during that time frame; is that correct?
5        A    Correct.
6        Q    Do you see on Exhibit No. 3 before you
7    your name?
8        A    Yes.
9        Q    And that is your picture on Exhibit No. 3,
10   right?
11       A    Yes.
12       Q    What does that text say underneath your
13   name?
14       A    Vice president Americas, HMD Global.
15       Q    Were you the vice president Americas at
16   HMD Global at any time between 2016 and 2020?
17            MS. KASH:   Objection to form.
18   BY THE WITNESS:
19       A    This is, again, the way we project the
20   information on the customer front, so from the
21   customer perspective anything is under HMD Global
22   or had any consumer, customer, corporate customer
23   would see HMD Global as the company behind the
24   business that we do in any region so that's the
25   reason why it says HMD Global there.

Case 2:20-cv-00078-JRG Document 79-22 Filed 12/16/20 Page 9 of 14 PageID #: 2824

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER
Confidential - Outside Counsel Eyes Only
Transcript of Maurizio Angelone
Conducted on November 19, 2020
37

```
 1      A   Anything related to customer relationship
 2  and business that we do with customers in the
 3  United States at that time, and so the overall
 4  operations around performing that business with
 5  customers which typically were distributors of our
 6  devices and carriers in the United States.
 7      Q   And Paragraph No. 3 of your declaration
 8  says you oversaw personnel; is that correct?
 9      A   Correct.
10      Q   What personnel did you oversee at HMD
11  America?
12          MS. KASH:  Objection to form.
13  BY THE WITNESS:
14      A   Finance, marketing, sales, sales
15  operations, technical account management, supply
16  chain, care operations, that's pretty much it.
17  BY MR. TICE:
18      Q   Do you know where these personnel that you
19  oversaw were located?
20      A   Finance in Miami, operations in Miami,
21  technology account management in Miami, marketing
22  in Miami, ████████████████████████████████████████
23  ████████████████████████████████████████████████████
24  ████████████████████████████████████████████████████
25      Q   Besides New Jersey, Atlanta and Seattle,
```

```
 1   and very often third parties that perform certain
 2   testing.
 3        Q   Do you know which HMD America employees
 4   perform field testing?
 5            MS. KASH:  Objection to form.
 6   BY THE WITNESS:
 7        A   Employee you said?
 8   BY MR. TICE:
 9   ▇▇ ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
10   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
11   ▇▇▇▇▇▇▇▇▇
12          ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
13   ▇▇▇▇
14   ▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
15   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
16   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
17   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
18   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
19   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
20         ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
21   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
22   ▇▇▇▇▇▇▇▇▇▇  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
23   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
24   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
25   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
```

Case 2:20-cv-00078-JRG Document 79-22 Filed 12/16/20 Page 11 of 14 PageID #: 2826

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER
Confidential - Outside Counsel Eyes Only
Transcript of Maurizio Angelone
Conducted on November 19, 2020        52

1    MS. KASH: Objection to form.

2    [REDACTED]

3    [REDACTED]

4    [REDACTED]

5    [REDACTED]

6    [REDACTED]

7    [REDACTED]

8    [REDACTED]

9    [REDACTED]

10   [REDACTED]

11   [REDACTED]

12   [REDACTED]

13   [REDACTED]

14   [REDACTED]

15   [REDACTED]

16   Q  When you say across the region, is that
17   the North American region?
18   A  North American and Latin America.
19   [REDACTED]

20   [REDACTED]

21   [REDACTED]

22   [REDACTED]

23   [REDACTED]

24   [REDACTED]

25   [REDACTED]

Case 2:20-cv-00078-JRG Document 70-22 Filed 12/16/20 Page 12 of 14 PageID #: 2827

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER
Confidential - Outside Counsel Eyes Only
Transcript of Maurizio Angelone
Conducted on November 19, 2020          61

```
 1        A   Not that I'm aware of.
 2   BY MR. TICE:
 3        Q   Let's discuss Paragraph No. 7 of your
 4   declaration.
 5        A   Okay.
 6        Q   In Paragraph 7 you state:  "HMD America
 7   holds regular regional meetings for its employees
 8   at its headquarters in Miami."
 9            Do you see that?
10        A   Yes, I see that.
11        Q   What types of regional meetings are you
12   referencing?
13        A   We have various types of meetings, so we
14   have sales meetings where typically sales guys or
15   people responsible for sales and are scattered in
16   the region will travel to Miami to meet with the
17   regional organization like me, Cristina, Rex
18   Fryhover, Rodolfo, typically because now with the
19   pandemic obviously all this is not going anymore,
20   but we had regular monthly meetings, regular
21   marketing meetings, leadership team meetings where
22   different people will travel from their location
23   to Miami to attend.
24        Q   When you said different people travel from
25   their locations, what locations did people travel
```

Case 2:20-cv-00078-JRG Document 79-22 Filed 12/16/20 Page 13 of 14 PageID #: 2828

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER
Confidential - Outside Counsel Eyes Only
Transcript of Maurizio Angelone
Conducted on November 19, 2020    63

```
1         MS. KASH:  Can you scroll up?
2         MR. TICE:  Enrique, can you scroll up to
3    Paragraph 4, please.
4    BY ████████:
5         █ ██████████████████████████████████████
6    ████████████████████████████████████████████████
7    █████████████████████████████████████████
8         █ █████████████████
9         █ ██████████████████████████
10        █ ███████████████████████████████████
11   █████████████████████████████████████
12   ██████████████████████████████████████
13   ████████████████████████████████████████
14   ████████████████████████████████████████████
15   ██████████████████████████████████████████
16   ████
17        █ ██████████████████████████████████████
18   ████████████████████████████████
19        █ ██████████████████████████████████
20   ████████████████████████████████████████
21   ██████████████████████
22        █ ████████████████████████████████████████
23   ██████████
24        █ ██████████████████████████████
25   ████████    ██████████████████████████████
```

FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER
Confidential - Outside Counsel Eyes Only
Transcript of Maurizio Angelone
Conducted on November 19, 2020                77

```
1     CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC
2
3          I, Theresa A. Vorkapic, Certified
4     Shorthand Reporter No. 084-2589, CSR, RMR, CRR,
5     RPR, and a Notary Public in and for the County of
6     Kane, State of Illinois, the officer before whom
7     the foregoing deposition was taken, do hereby
8     certify that the foregoing transcript is a true
9     and correct record of the testimony given; that
10    said testimony was taken by me and thereafter
11    reduced to typewriting under my direction; that
12    reading and signing was not requested; and that I
13    am neither counsel for, related to, nor employed
14    by any of the parties to this case and have no
15    interest, financial or otherwise, in its outcome.
16         IN WITNESS WHEREOF, I have hereunto set my
17    hand and affixed my notarial seal this 30th day of
18    November, 2020.
19    My commission expires November 6, 2023.
20
21    _____
22         THERESA A. VORKAPIC
23         NOTARY PUBLIC IN AND FOR ILLINOIS
24
25
```