IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § | |
| Plaintiff, § | Case No. 2:20-CV-00078-JRG |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| HMD GLOBAL OY, § § | |
| Defendant. § | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
BY HMD GLOBAL TO WITHDRAW ORIGINAL MOTION TO TRANSFER
UNDER 28 U.S.C. § 1404 TO THE SOUTHERN DISTRICT OF FLORIDA**

This Court, having considered the Unopposed Motion by HMD Global to Withdraw Original Motion to Transfer Under 28 U.S.C. § 1404 to the Southern District of Florida, GRANTS HMD Global's unopposed motion.

In light of HMD Global's Renewed Motion to Transfer of HMD Global Under 28 U.S.C. § 1404 to the Southern District of Florida, Docket No. 77, and HMD Global's desire to withdraw its original motion to transfer venue in favor of its renewed motion, this Court DENIES AS MOOT HMD Global's original Motion to Transfer Under 28 U.S.C. § 1404 to the Southern District of Florida, Docket No. 38.