IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:20-CV-00078-JRG |
| HMD GLOBAL OY, | § § | |
| *Defendant*. | § § | |

**ORDER**

Before the Court is Defendant HMD Global Oy's ("HMD") Unopposed Motion to Withdraw Original Motion to Transfer Under 28 U.S.C. § 1404 to the Southern District of Florida (the "Motion to Withdraw"). (Dkt. No. 80). In the same, HMD moves to withdraw its original Motion to Transfer Under 28 U.S.C. § 1404 to the Southern District of Florida (the "Original Motion to Transfer") (Dkt. No. 38) in favor of the Renewed Motion to Transfer Under 28 U.S.C. § 1404 to the Southern District of Florida (the "Renewed Motion to Transfer") (Dkt. No. 77), filed after the completion of venue discovery. Plaintiff Cellular Communications Equipment, LLC ("CCE") is unopposed. Having considered the Motion to Withdraw, and noting that it is unopposed, the Court is of the opinion that the same should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that HMD's Original Motion to Transfer (Dkt. No. 38) is **WITHDRAWN**.

So ORDERED and SIGNED this 23rd day of December, 2020.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE