# EXHIBIT 7



## Confidential - Outside Counsel Eyes Only

# Transcript of Maurizio Angelone

**Date:** November 19, 2020
**Case:** Cellular Communications Equipment LLC -v- HMD Global Oy

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

```
 1                UNITED STATES DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF TEXAS
 3                      MARSHALL DIVISION
 4   - - - - - - - - - - - - - - - - - - - - - - -x
 5   CELLULAR COMMUNICATIONS     :
 6   EQUIPMENT, LLC,             :
 7               Plaintiff,    : Civil Action
 8      v.                       : No. 2:20-CV-00078-JRG
 9   HMD GLOBAL OY,              :
10               Defendant.    :
11   - - - - - - - - - - - - - - - - - - - - - - -x
12
13         Virtual Videotaped Deposition of
14                   MAURIZIO ANGELONE
15      Confidential - Outside Counsel Eyes Only
16             Thursday, November 19, 2020
17                    7:59 a.m. CST
18
19
20
21   Job No.:  334660
22   Pages:  1 - 77
23   Reported by:   THERESA A. VORKAPIC,
24              CSR, RMR, CRR, RPR
25
```

1    A   Anything related to customer relationship
2  and business that we do with customers in the
3  United States at that time, and so the overall
4  operations around performing that business with
5  customers which typically were distributors of our
6  devices and carriers in the United States.
7    Q   And Paragraph No. 3 of your declaration
8  says you oversaw personnel; is that correct?
9    A   Correct.
10   Q   What personnel did you oversee at HMD
11 America?
12      MS. KASH:  Objection to form.
13 BY THE WITNESS:
14   A   Finance, marketing, sales, sales
15 operations, technical account management, supply
16 chain, care operations, that's pretty much it.
17 BY MR. TICE:
18   Q   Do you know where these personnel that you
19 oversaw were located?
20   A   Finance in Miami, operations in Miami,
21 technology account management in Miami, marketing
22 in Miami, ███████████████████████████████████████
23 ███████████████████████████████████████
24 ███████████████████████████████████████
25 ███████████████████████████████████████

Confidential - Outside Counsel Eyes Only
Transcript of Maurizio Angelone
Conducted on November 19, 2020                           38

```
 1   ████████████████████████████████████
 2   ██████████████████████████████████████
 3       ████████████████████████
 4   ██████████
 5       ████████████████████████████████
 6   ████████████████████████████████
 7   ██████████████████████████████████████
 8   ██████████████████████████████████████
 9   ████████████████████████████
10   BY MR. TICE:
11       Q   When you say at the time, are you
12   referring to -- with a time frame are you
13   referring to?
14       A   I'm talking until July 2020.  I'm not up
15   to speed with the current organization in North
16   America.
17       Q   Understood.  Thank you.  I'd like to refer
18   to the next clause of Paragraph No. 3 of your
19   declaration.  It says:  "Overseeing the supply
20   chain and logistics teams which import mobile
21   devices on behalf of the company."
22           Do you see that?
23       A   Yes.
24       Q   When you say on behalf of the company,
25   what company are you referring to?
```

Confidential - Outside Counsel Eyes Only
Transcript of Maurizio Angelone
Conducted on November 19, 2020

59

```
 1   and electronic?
 2          MS. KASH:  Objection to form.
 3   BY THE WITNESS:
 4      A   No, I would not know.  Cristina probably
 5   knows better than me, Cristina Hoyos better than
 6   me the documentation.
 7   BY MR. TICE:
 8      Q   Do you know of any import, sale or testing
 9   documents that are paper documents that are not
10   electronic documents?
11          MS. KASH:  Objection to form.
12   BY THE WITNESS:
13      A   No, I don't know.
14   BY MR. TICE:
15      Q   And for the electronic documents, do you
16   know how those are stored?
17          MS. KASH:  Objection to form.
18   BY THE WITNESS:
19      A   It depends on the documents.  Some are in
20   the shared drive and some are on personal company
21   laptops.
22   BY MR. TICE:
23      Q   What you mean by shared drive?
24      A   Like cloud space where we share documents.
25      Q   Who has access to the shared drive?
```

Confidential - Outside Counsel Eyes Only

Transcript of Maurizio Angelone
Conducted on November 19, 2020            77

```
1       CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC
2
3            I, Theresa A. Vorkapic, Certified
4    Shorthand Reporter No. 084-2589, CSR, RMR, CRR,
5    RPR, and a Notary Public in and for the County of
6    Kane, State of Illinois, the officer before whom
7    the foregoing deposition was taken, do hereby
8    certify that the foregoing transcript is a true
9    and correct record of the testimony given; that
10   said testimony was taken by me and thereafter
11   reduced to typewriting under my direction; that
12   reading and signing was not requested; and that I
13   am neither counsel for, related to, nor employed
14   by any of the parties to this case and have no
15   interest, financial or otherwise, in its outcome.
16           IN WITNESS WHEREOF, I have hereunto set my
17   hand and affixed my notarial seal this 30th day of
18   November, 2020.
19   My commission expires November 6, 2023.
20
21                    _____
22                    THERESA A. VORKAPIC
23                    NOTARY PUBLIC IN AND FOR ILLINOIS
24
25
```