# EXHIBIT 9



**Confidential - Outside Counsel Eyes Only**

# Transcript of Rex Fryhover, Corporate Designee and Individually

**Date:** December 3, 2020
**Case:** Cellular Communications Equipment LLC -v- HMD Global Oy

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

Confidential - Outside Counsel Eyes Only
Transcript of Rex Fryhover, Corporate Designee and Individually
Conducted on December 3, 2020

**Page 1**

```
 1        UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF TEXAS
 3            MARSHALL DIVISION
 4  - - - - - - - - - - - - - - - - - - - - - x
 5  CELLULAR COMMUNICATIONS    :
 6  EQUIPMENT, LLC,            :
 7           Plaintiff,   : Civil Action
 8      v.               : No. 2:20-CV-00078-JRG
 9  HMD GLOBAL OY,            :
10           Defendant.   :
11  - - - - - - - - - - - - - - - - - - - - - x
12
13      Virtual 30(b)(6) Deposition of
14        HMD America - REX FRYHOVER
15    As a Corporate Designee and Individually
16    Confidential - Outside Counsel Eyes Only
17        Thursday, December 3, 2020
18            8:00 a.m. CST
19
20
21  Job No.:  334662
22  Pages:  1 - 137
23  Reported by:  THERESA A. VORKAPIC,
24            CSR, RMR, CRR, RPR
25
```

**Page 2**

```
 1
 2      Virtual deposition of Rex Fryhover taken
 3  pursuant to subpoena before Theresa A. Vorkapic, a
 4  Certified Shorthand Reporter, Registered Merit
 5  Reporter, Certified Realtime Reporter, Registered
 6  Professional Reporter and a Notary Public in and
 7  for the State of Illinois.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1              A P P E A R A N C E S
 2  ON BEHALF OF THE PLAINTIFF:
 3      JERRY D. TICE, ESQUIRE
 4      BRAGALONE CONROY, PC
 5      2200 Ross Avenue
 6      Suite 4500 W
 7      Dallas, Texas 75201-7924
 8      214-785-6693
 9
10  ON BEHALF OF THE DEFENDANT:
11      JENNIFER KASH, ESQUIRE
12      WARREN LEX, LLP
13      2261 Market Street NO. 606
14      San Francisco CA 94114
15      415-895-2940
16
17  ALSO PRESENT:
18      Gen Silveroli,
19      Enrique Casas, Audiovisual Technician,
20      Planet Depos
21
22
23
24
25
```

**Page 4**

```
 1            C O N T E N T S
 2  EXAMINATION OF Rex Fryhover          PAGE
 3    Examination By Mr. Tice          6
 4          E X H I B I T S
 5        (Attached to transcript.)
 6  FRYHOVER DEPOSITION EXHIBITS          PAGE
 7  Exhibit 1   LinkedIn Profile        28
 8  Exhibit 2   Notice of Subpoena        32
 9          Deposition
10  Exhibit 3   Declaration          36
11  Exhibit 4   HMD America Employee List    48
12  Exhibit 5   Sublease Agreement        57
13  Exhibit 6   Job Posting LinkedIn      60
14  Exhibit 7   Job Posting-Marketing      63
15          Manager
16  Exhibit 8   Job Posting-Senior        64
17          Manager-Digital Marketing
18  Exhibit 9   HMD_America_1        75
19  Exhibit 10  Care Services Agreement      96
20  Exhibit 11  Distribution Agreement      103
21          HMD_CCE-1385
22  Exhibit 12  HMD_CCE 3109        110
23  Exhibit 13  Supply Chain Order      124
24          Management User Manual
25  Exhibit 14  HMD America 131        131
```

Confidential - Outside Counsel Eyes Only
Transcript of Rex Fryhover, Corporate Designee and Individually
Conducted on December 3, 2020



13

1  Q  What types of devices does HMD America
2  sell?
3      **A  Cellular devices.**
4      Q  Does HMD America manufacture any cellular
5  devices?
6      **A  Do we manufacture, no, we do not**
7  **manufacture devices in the Americas.**
8      Q  Does HMD America assemble any cellular
9  devices?
10     MS. KASH:  Objection.  Form.
11  BY MR. TICE:
12     Q  Sorry.  Does HMD America assemble any
13  cellular devices?
14     **A  No.  For -- HMD America does not.  We have**
15  **partners, a partner that does locally, but HMD**
16  **America does not.**
17     Q  What partners assemble the cellular
18  devices?
19     MS. KASH:  Objection to form.
20  BY THE WITNESS:
21
22
23
24
25

14

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22     MS. KASH:  Objection to form.
23  BY THE WITNESS:
24     **A  No.**
25  **BY MR. TICE:**

15

1  Q  Does HMD America repair the cellular
2  devices?
3      **A  No.**
4      Q  Does HMD America work with any other
5  entities to repair the cellular devices?
6      **A  Yes.**
7      Q  Who are those other entities?
8
9
10
11
12
13     Q  Does HMD America work with any other
14  entities to repair cellular devices?
15     **A  No.**
16     Q  Does HMD America test cellular devices?
17     **A  Yes.**
18
19
20
21
22
23
24
25

16

1
2
3
4
5
6
7
8
9
10
11
12
13                                        .
14     MS. KASH:  Counsel, I can be stipulate
15  that the court reporter's spelling is correct.
16     THE WITNESS:  I spelled it right?
17     MS. KASH:  No.
18     MR. TICE:  It was closer than I would have
19  gotten.
20     MS. KASH:  It's
21     THE WITNESS:  Okay.  Sorry.
22     MS. KASH:  You were close.
23  BY MR. TICE:
24     Q  Mr. Fryhover, does HMD America work with
25  HMD Global as part of HMD Global's business?

Case 2:20-cv-00078-JRG   Document 84-9   Filed 12/30/20   Page 5 of 13 PageID #:  3234

Confidential - Outside Counsel Eyes Only
Transcript of Rex Fryhover, Corporate Designee and Individually    6 (21 to 24)
Conducted on December 3, 2020



**21**

1  you have a sales operations position at HMD
2  America?
3  **A  When I started basically.  That would have**
4  **been January '17-ish time frame.**
5  Q  So you held a sales operations position
6  from January 2017-ish up until about two years ago
7  when you took over the position of head of
8  operations; is that correct?
9  **A  Yes, it's a little fuzzy just because of**
10  **we've had a region split.  We've had some changes.**
11  **We are a very small team.**
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**22**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15  BY THE WITNESS:
16  **A  Yes, some of them.**
17  **BY MR. TICE:**
18  Q  What were your job responsibilities when
19  you held the position of sales operations?
20  **A  Sales operations was a strategy and**
21  **putting together processes to support our sales**
22  **strategy and then also working with on that**
23  **strategy kind of distribution strategy.  So that**
24  **was putting together different elements of**
25  **reporting and process and structure to the**

**23**

1  **organization on the sell side.**
2  Q  When you left your position as sales
3  operations and transitioned into your new position
4  of head of operations, did someone else fill that
5  role of sales operations?
6  **A  No.**
7  Q  Is there currently a sales operations role
8  at HMD America?
9  **A  There is a sales operations role in my**
10  **team, yes.**
11  Q  What is your team?
12
13
14
15
16
17
18
19
20
21
22
23  (Reporter clarification).
24  BY MR. TICE:
25

**24**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23  Q  Does HMD America maintain an inventory
24  supply of the products that it sells?
25  MS. KASH:  Objection to form.

Confidential - Outside Counsel Eyes Only
Transcript of Rex Fryhover, Corporate Designee and Individually
Conducted on December 3, 2020                    11 (41 to 44)



**41**

1    A  Nothing in particular.  Some of the
2
3
4
5
6
7
8
9
10    Q  You referred to the purchase orders and
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**42**

1    Q  You also spoke with Christina Hoyos; is
2    that correct?
3    A  (No audible response.
4    MS. KASH:  Rex, you need to give a verbal
5    answer.  When you nod it doesn't show up on the
6    record.
7    BY THE WITNESS:
8    A  I said yes, I apologize.
9    BY MR. TICE:
10
11
12
13
14
15
16
17
18
19
20
21
22
23    Q  Are you aware that Christina Hoyos was
24    previously deposed in connection with this case?
25    A  Yes.

**43**

1    Q  Did you talk to Christina Hoyos about her
2    deposition?
3    A  I did not.
4
5
6
7
8
9
10
11
12
13
14
15
16
17    MS. KASH:  Counsel, if you don't object, I
18    can provide the name.
19    MR. TICE:  I don't object.
20    MS. KASH:  It's up to you.
21
22    THE WITNESS:  Sorry, Jen.
23    MS. KASH:  Apologize to        not to
24    me.
25    THE WITNESS:  I will.

**44**

1    BY MR. TICE:
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18    So we just talked through some of those
19    processes as a refresh on my side.
20    Q  Did you review any documents in
21    preparation for your deposition?
22
23
24
25



**Page 49**

1   A I did not.
2   Q Do you know who did?
3   A I do not.
4   Q Are there any employees of HMD America who
5   are not listed on Exhibit No. 4?
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 50**

1
2
3
4
5   MS. KASH: Objection to form.
6   BY THE WITNESS:
7   A Can you clarify involved?
8   BY MR. TICE:
9   Q What does involved mean to you?
10   MS. KASH: Objection to form.
11   BY THE WITNESS:
12
13
14
15
16
17   BY MR. TICE:
18   Q I think that answers my question. Thank
19   you.
20   A Sure.
21   MR. TICE: Can we pull up Exhibit No. 3
22   for a second, Enrique.
23   BY MR. TICE:
24   Q I want to refer you to Paragraph No. 2,
25   the last clause says: "Where it currently employs

**Page 51**

1
2
3
4
5
6
7
8
9
10
11
12   Q Outside of the Florida headquarters, does
13   HMD America have any other offices?
14   A They do not.
15
16
17   A It's a bit scattered, but a good way to
18   think about this is a hub and spoke. So the hub
19   and the corporate office is here in Miami and the
20   spokes that
21
22
23
24
25

**Page 52**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Confidential - Outside Counsel Eyes Only
Transcript of Rex Fryhover, Corporate Designee and Individually
Conducted on December 3, 2020

14 (53 to 56)



**53**

1     Q These employees that do not sit in the
2 Florida office, do they have office space that
3 they use?
4     **A No.**
5     Q Do they work from home?
6     **A Yes.**
7     Q It sounds like some of them also work in
8 labs or offices of carriers; is that correct?
9     **A Visiting, highly, yes, preCOVID. Current**
10 **COVID and post-COVID, that is very limited as we**
11 **all deal with.**
12     Q Does HMD Global have any offices in the
13 US?
14     **A No.**
15     Q Does HMD Global have any employees in the
16 US?
17     **A No.**
18     Q Does HMD Global have employees that
19 regularly go to the US?
20       MS. KASH: Objection to form.
21 BY THE WITNESS:
22     **A Can you rephrase your question? Sorry,**
23 **Mr. Tice.**
24 **BY MR. TICE:**
25     Q Sure. So I understand HMD Global does not

**54**

1 have employees that are full-time in the US, but
2 do employees of HMD Global regularly travel to the
3 US?
4       MS. KASH: I'm sorry. Objection to form.
5 BY THE WITNESS:
6     **A Do we have regular -- not any time**
7 **recently clearly, and prior, you know, very**
8 **limited. We are a subsidiary so, yes, there is**
9 **some travel of HMD Global employees into the US**
10 **but..**
11 **BY MR. TICE:**
12     Q Do you know when HMD Global was formed?
13     **A HMD Global OY, I don't. We just hit our**
14 **four-year anniversary. It was probably formed six**
15 **months, eight months, maybe a year before we went**
16 **live. I'm not sure. I don't know. I would**
17 **assume four to five years ago.**
18     Q Do you know when HMD America was formed?
19     **A No. I don't. I don't know when the legal**
20 **entity was formed.**
21     Q Do you know why HMD America was formed?
22       MS. KASH: Objection to form.
23 BY THE WITNESS:
24     **A Yes, as a legal entity and as a subsidiary**
25 **it needed to be formed to manage -- to drive and**

**55**

1 **manage our customers and the business here. It**
2 **would be -- yeah, that's my understanding. We had**
3 **to create a legal entity to have employees in the**
4 **US, you know, to provide 401-K benefits, to do all**
5 **those relative pieces. So I think that goes**
6 **across multiple functions, but, yes.**
7 **BY MR. TICE:**

**56**



77

1    Q  Is it a vendor or supplier of HMD America?
2    **A  It would be --**
3    MS. KASH:  Objection to form.
4  BY THE WITNESS:
5    **A  No.  It could, yes, depending on how it's**
6  **categorized, but, yes, it could.**
7  **BY MR. TICE:**
8    Q  What do you mean by how it's categorized?

79

4    Q  Do you know how Exhibit 9 was created?
5    **A  I do not.**
6    Q  Do you know who provided Exhibit 9 for
7  this lawsuit?
8    **A  I do not.**
9    MR. TICE:  We can take down Exhibit 9.
10 BY MR. TICE:



Case 2:20-cv-00078-JRG   Document 84-9   Filed 12/30/20   Page 11 of 13 PageID #:  3240

Confidential - Outside Counsel Eyes Only
Transcript of Rex Fryhover, Corporate Designee and Individually
Conducted on December 3, 2020

24 (93 to 96)



Page 93

1   provides it.  I don't know.
2       Q  Do you know who would know that
3   information?
4       A  I think HMD Global OY would know that.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 94

...
        MS. KASH:  Objection to form.
    BY THE WITNESS:
        A  In relation to what?  Sorry.
    BY MR. TICE:

Page 95

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25       MS. KASH:  Objection to form.

Page 96

1   BY THE WITNESS:
2       A  No, not in the US.
3   BY MR. TICE:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21       MR. TICE:  I'm going to ask the technician
22   to pull up Tab S as in sierra and mark it as
23   Exhibit No. 10.
24       (A certain document was marked Fryhover
25   Deposition Exhibit 10 for identification,

Case 2:20-cv-00078-JRG   Document 84-9   Filed 12/30/20   Page 12 of 13 PageID #: 3241

Confidential - Outside Counsel Eyes Only
Transcript of Rex Fryhover, Corporate Designee and Individually
Conducted on December 3, 2020

33 (129 to 132)



129

1  print.  A lot of the PR is done in collaboration
2  with the carriers.  So there's a very kind of
3  intricate element there of local alignment and
4  actually expectation from the carriers to be
5  honest with you, but, yeah, there is a lot.
6      Q  Does HMD America do marketing for the
7  unlocked devices?
8      A  They provide some of those services for
9  the unlocked devices.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

130

1  BY MR. TICE:
2      Q  Your previous answer, was that for the
3  devices, the unlocked devices?
4      A  Correct.
5
6
7
8
9
10
11
12
13      Q  You previously mentioned Jackie Kates.
14  Who is Jackie Kates?
15      A  She is the head of marketing for North
16  America, HMD America.
17      Q  Is she an employee of HMD Global?
18      A  She is not.  She is an employee of HMD
19  America
20      Q  Do you know who Jackie Kates reports to?
21      A  Yes.  We both report to Juho, head of the
22  region.
23      MR. TICE:  I'd like the technician to pull
24  up Tab K as in kilo and please mark it as Exhibit
25  No. 14.

131

1      (A certain document was marked Fryhover
2      Deposition Exhibit 14 for identification,
3      as of 12/03/2020.)
4  BY MR. TICE:
5      Q  Exhibit No. 14 is a document bearing Bates
6  No. HMD America 131.
7      Have you seen this document before,
8  Mr. Fryhover?
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24      Q  And on the unlocked side they market --
25  strike that.

132

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18      MS. KASH:  We can confirm that at the next
19  break with Jackie if you'd like.
20      MR. TICE:  Thank you.
21  BY MR. TICE:
22      Q  I'm going to show you Page No. 3 ending in
23  Bates No. 133 of Exhibit 14.
24      Do you see right where the hand it says
25  invoices?

Case 2:20-cv-00078-JRG   Document 84-9   Filed 12/30/20   Page 13 of 13 PageID #:  3242

Confidential - Outside Counsel Eyes Only
Transcript of Rex Fryhover, Corporate Designee and Individually   35  (137 to 140)
Conducted on December 3, 2020

137

1    CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

2

3        I, Theresa A. Vorkapic, Certified

4    Shorthand Reporter No. 084-2589, CSR, RMR, CRR,

5    RPR, and a Notary Public in and for the County of

6    Kane, State of Illinois, the officer before whom

7    the foregoing deposition was taken, do hereby

8    certify that the foregoing transcript is a true

9    and correct record of the testimony given; that

10   said testimony was taken by me and thereafter

11   reduced to typewriting under my direction; that

12   reading and signing was requested; and that I am

13   neither counsel for, related to, nor employed by

14   any of the parties to this case and have no

15   interest, financial or otherwise, in its outcome.

16        IN WITNESS WHEREOF, I have hereunto set my

17   hand and affixed my notarial seal this 13th day of

18   December, 2020.

19   My commission expires November 6, 2023.

20

21

22   THERESA A. VORKAPIC

23   NOTARY PUBLIC IN AND FOR ILLINOIS

24

25