# EXHIBIT 11
# Sealed in its Entirety