# EXHIBIT 12
# Sealed in its Entirety