# EXHIBIT 13
# Sealed in its Entirety