# EXHIBIT 14
# Sealed in its Entirety