# EXHIBIT 15
# Sealed in its Entirety