# EXHIBIT 16

12/23/2020
Marvin Key Co-Founder and Chief Executive Officer - forgeNow | LinkedIn



Join now | Sign in

Marvin Key

# Marvin Key

Co-Founder and Chief Executive Officer at ForgeNow

Dallas, Texas · 500+ connections

Sign in to Connect

**ForgeNow**

**Southern Methodist University - Cox School of Business**

Company Website

## About

I'm pleased to be the co-founder of Dallas-based ForgeNow, a company designed to fill the enormous unmet need for skilled tradesmen and technicians in our nation's economy. Our initial focus is on residential and light commercial HVAC, Electrical, and Medical Coding. ForgeNow and its programs are approved and licensed by the Texas Workforce Commission, is a WIOA approved training institution and is an approved Apprenticeship program with the U.S. Department of Labor. All of our curricula are eligible for post 9/11 GI Bill benefits from the U.S. Veterans Administration.



Join now    Sign in

**Marvin Key**

EXPERTISE: Intellectual Property and Capital Markets

CONTACT: 415.378.8338; marvin.key@gmail.com

## Activity



Upcoming IP Dealmakers Forum I'm pleased to announce that I will be speaking at the 7th Annual IP Dealmakers Forum to be held virtually on December...

Liked by **Marvin Key**



Trudela President Rob Bondos spoke to the next graduating class of technicians from TRACOM Training Command Career Academy discussing best practices...

Liked by **Marvin Key**



So proud of you, Otto Tschudi, for always supporting the sport of skiing and ski racing and continuously trying to improve it for all athletes!!...

Liked by **Marvin Key**

Sign in to see all activity



Marvin Key

Dec 2020 - Present · 1 month

Dallas-Fort Worth Metroplex

TRACOM is proud to rebrand as ForgeNow. ForgeNow is a skills-based curriculum and technical training company committed to addressing the chronic undersupply of credentialed professionals in the U.S. economy. ForegeNow develops proprietary instructional curricula, offers specialized trade-specific classes nationwide, and operates a Texas-based training academy with a dual mission: meeting the increasing need for professional technicians across the breadth of U.S. industry and providing a path...

Show more



### Co-Founder and Chief Executive Officer
TRACOM Training Command Career Academy

Jan 2019 - Dec 2020 · 2 years

Dallas/Fort Worth Area



### Interim Chief Executive Officer
Acacia Research

Dec 2015 - Apr 2017 · 1 year 5 months

Newport Beach, CA

Acacia Research Corporation is the world's leading independent patent-licensing company, with over $1.4B in revenue to date and offices in the US, Asia, and Europe. I oversaw all strategic planning and operations for the public company.

Highlights:

Marvin Key Co-Founder and Chief Executive Officer - acgeso.com | LinkedIn

     Join now    Sign in

Marvin Key

### Chief Executive Officer



ACACIA RESEARCH GROUP LLC

Jan 2013 - Apr 2017 · 4 years 4 months

Plano, TX

As a wholly owned patent-licensing subsidiary of Acacia Research Corporation, Acacia Research Group partners with technology innovators all over the world to monetize and defend patented technologies against unauthorized use and infringement. As CEO, I oversaw business operations and served as a member of the Executive Committee. In collaboration with the executive team and board, I identified corporate strategic plans and optimal revenue streams for sustainable growth.

Highlights:

► ...

Show more ⌄

### Senior Vice President

Acacia Research Corporation

Dec 2005 - Dec 2015 · 10 years 1 month

Plano, TX

Hired by Acacia Research Corporation, I quickly took on a range of strategy, management, and communication responsibilities that led to my promotion from SVP to CEO.

### Principal



Join now | Sign in

Marvin Key

**Portfolio Manager**
Hermes Advisors
1998 - 2000 · 2 years
San Francisco, CA

**Vice President**
Salomon Brothers
May 1993 - Nov 1997 · 4 years 7 months
Atlanta, GA/San Francisco, CA

# Education



**Southern Methodist University - Cox School of Business**
MBA · Finance, General
1982 - 1983



**Clemson University**
BS · Financial Management
1979 - 1982
Activities and Societies: Tiger Brotherhood, Varsity Basketball, Student Government



Marvin Key

" Marvin is a transformational C-suite leader with proven real-world advanced analytic skills and technical competencies, who always conducts himself with the highest professional standards. Having become acquainted in 1979 as undergrads in the classroom and in NCAA D-1A basketball competition, I have observed plus admired over several decades his compassion as a son and father / family-man, his dedication to community, and his enormous success in business. Blunt and direct with his viewpoints, you can count on his words, trust his sage advice, and benefit by selecting him for YOUR team…avoiding the regret of having him on the side of competitors. Marvin Key wins and thrives in his endeavors -- while clearly having emerged from success to significance in the journey of life.

1 person has recommended Marvin

Sign in to view

View Marvin's full profile

See who you know in common

Get introduced

Contact Marvin directly

Sign in to view full profile



Join now   Sign in

Marvin Key



**Philip Myers**
Chief Executive
Hilton Head Island, SC



**Sue Gearan**
Owner of Global Yacht Concierge
Newport, RI



**Frank Diez**
President/Founder at Broken Arrow PTSD Dive Foundation, INC.
Palm Coast, FL



**Victor Tenuto**
CEO at Vialor Group
Alpharetta, GA

**Michelle Funk**
Paralegal at Boonswang Law Firm, LLC
Greater Philadelphia



**Adam Handelsman**
CEO at SpecOps Communications
Austin, TX



**Mark Weibel**
Partner at Thompson & Knight LLP
Dallas-Fort Worth Metroplex

Case 2:20-cv-00078-JRG   Document 84-16   Filed 12/30/20   Page 9 of 11 PageID #:  3268



Marvin Key



Advisory Board Member at Goldfinch Health
Irving, TX

Show more profiles ⌄

## Others named **Marvin Key**



**Marvin Key**
--
Greater Charlottesville Area

**Marvin Key**
DOD at DOD-US
United States

**Marvin Key**
Customs Border Clearance Agency at USAG Vicenza, DOL
United States

3 others named Marvin Key are on LinkedIn

See others named **Marvin Key**

## Add new skills with these courses

Understanding Capital Markets

12/23/2020



Join now | Sign in

Marvin Key



Soft Skills for Sales Professionals

See all courses

## Marvin's public profile badge

Include this LinkedIn profile on other websites



**Marvin Key**
Co-Founder and Chief Executive Officer at ForgeNow

Co-Founder and Chief Executive Officer at ForgeNow

Southern Methodist University - Cox School of Business

View profile

View profile badges

© 2020

About

Linkedin

Join now    Sign in

Marvin Key

Language