# EXHIBIT 17



# Transcript of Cristina Hoyos

**Date:** November 18, 2020
**Case:** Cellular Communications Equipment LLC -v- HMD Global Oy

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

Transcript of Cristina Hoyos
Conducted on November 18, 2020

1 (1 to 4)

```
                            1
 1              UNITED STATES DISTRICT COURT
 2            FOR THE EASTERN DISTRICT OF TEXAS
 3                    MARSHALL DIVISION
 4   - - - - - - - - - - - - - - - - - - - - - x
 5   CELLULAR COMMUNICATIONS    :
 6   EQUIPMENT, LLC,            :
 7             Plaintiff,   : Civil Action
 8        v.                : No. 2:20-CV-00078-JRG
 9   HMD GLOBAL OY,            :
10             Defendant.  :
11   - - - - - - - - - - - - - - - - - - - - - x
12
13           Virtual Videotaped Deposition of
14                    CRISTINA HOYOS
15            Wednesday, November 18, 2020
16                    7:59 a.m. CST
17
18
19
20   Job No.: 334658
21   Pages: 1 - 36
22   Reported by:  THERESA A. VORKAPIC,
23             CSR, RMR, CRR, RPR
24
25
```

```
                            2
 1
 2         Virtual Videotaped deposition of Cristina
 3   Hoyos taken pursuant to subpoena before Theresa A.
 4   Vorkapic, a Certified Shorthand Reporter,
 5   Registered Merit Reporter, Certified Realtime
 6   Reporter, Registered Professional Reporter and a
 7   Notary Public in and for the State of Illinois.
 8
```

```
                            3
 1                  A P P E A R A N C E S
 2   ON BEHALF OF THE PLAINTIFF:
 3        HUNTER PALMER, ESQUIRE
 4        JERRY TICE II, ESQUIRE
 5        BRAGALONE CONROY, PC
 6        2200 Ross Avenue
 7        Suite 4500 W
 8        Dallas, Texas 75201-7924
 9        214-785-6670
10
11   ON BEHALF OF THE DEFENDANT:
12        JENNIFER KASH, ESQUIRE
13        WARREN LEX, LLP
14        2261 Market Street NO. 606
15        San Francisco CA 94114
16        415-895-2940
17
18   ALSO PRESENT:
19        Gen Silveroli
20        Enrique Casas, Audiovisual Technician,
21            Planet Depos
22
```

```
                            4
 1                  C O N T E N T S
 2   EXAMINATION OF CRISTINA HOYOS          PAGE
 3        Examination By Mr. Palmer          5
 4
 5                    E X H I B I T S
 6              (Attached to transcript.)
 7
 8   HOYOS DEPOSITION EXHIBITS              PAGE
 9
10   Exhibit 1    Declaration                12
11   Exhibit 2    HMD America 001 Spread Sheet  21
12   Exhibit 3    HMD America 0045           23
13   Exhibit 4    HMD America 00106          27
14   Exhibit 5    Linked in Profile          30
```

17

1  Americas.
2     Q  You mentioned two customers, I believe
3  Quality One Wireless and Verizon?
4     A  Correct.
5     Q  What other customers do you oversee?
6     A  I oversee all the customers that we sell
7  to the Americas region.
8     Q  What other customers does that include?
9     A  Ingram Micro, Bright Star, Partel, Jeg &
10 Sons --
11    Q  So I want to go down to No. 5 on the
12 declaration.  It's on the next page.
13       Can you go ahead and read No. 5 for me
14 when it gets up on the screen?
15    A  Yes, absolutely.  "Any documents
16 concerning HMD America's sales in the United
17 States are located in HMD America's office in
18 Miami."
19    Q  Can you explain what you mean by located
20 in HMD America's offices?
21    A  Yes, this one is a little bit deceiving.
22 I mean, our offices in Miami, there are documents
23 in my Miami office.  As you can imagine in today's
24 technology, any documents that I will pull I will
25 pull from my the computer if I have the capability

18

1  of doing it or if I know how, but some other
2  documents are located in the office of Miami.  We
3  get some tax information in the office of Miami.
4  Some HR documents gets to the office in Miami, so
5  that's what I'm referring to this.
6     Q  When you say the ones that are in the
7  offices in Miami, do you mean those ones where
8  there are physical copies located in those
9  offices?
10    A  Correct.
11    Q  You said some are accessed electronically.
12 Are they also available via your computer?
13    A  Some documents can be retrieved from the
14 computer, correct.
15    Q  Can you explain which documents are
16 located where?
17       MS. KASH:  Objection to form.
18 BY MR. PALMER:
19    Q  Which are physical versus which are
20 electronic?
21    A  I was just giving you an example of
22 sometimes some of the tax authorities across North
23 America they don't -- they're changing now, but
24 they send mail so that's what I'm referring to,
25 but I couldn't list exactly what type of documents

19

1  are in physical form and what type of documents
2  are in just in electronic.  That's what I'm
3  referring to.
4     Q  The electronic documents, are they stored
5  on a server?
6        MS. KASH:  Objection to form.
7  BY THE WITNESS:
8     A  I cannot assure you.  I'm not sure.  I
9  suppose, but I'm sorry, I cannot say with
10 certainty that they are stored all on a server.
11 BY MR. PALMER:
12    Q  Do you know who would know that
13 information?
14    A  No, I don't.  I mean, I will say somebody
15 from the IT department, but I don't know exactly
16 who that person will be.
17    Q  The physical copies like the mail and
18 other things that you mentioned, are those
19 documents uploaded electronically after you get
20 them?
21    A  No, no.  There is nobody doing that today.
22    Q  Does HMD Global have access to these
23 documents?
24       MS. KASH:  Objection to form.
25 BY THE WITNESS:

20

1     A  Can you clarify to which documents?
2  BY MR. PALMER:
3     Q  All of them.  We can go piece by piece.
4        Does HMD Global have access to the
5  physical ones?
6     A  No because they are located in HMD
7  Americas, in the office of HMD Americas and nobody
8  is uploading them unless somebody from HMD Global
9  goes to the office in Miami.
10       Now, the electronic ones absolutely
11 because they are in someplace I imagine so they
12 would have access with the right credentials.
13    Q  Do you know how they access those?  Is
14 there a website or a location for those?
15    A  I will only speak for myself if I have to
16 access a document I will do it through -- it
17 depends on the document, I will do it through my
18 computer through a -- depending on which
19 documents, I will use SAP or a sample, that's
20 basically it.
21    Q  So next I want to go into some of the
22 sales documents that HMD has produced in this
23 case.
24       Enrique, can you please pull up Exhibit 2.
25       MS. KASH:  Object to form.  When you say

**33**

1  Q  Who participated in that meeting with you?
2  A  Jen and Gen.
3  Q  So both of the attorneys on the call
4  today?
5  A  Correct.
6  Q  And you said there was a second meeting?
7  A  Yes.
8  Q  Was that with anyone else?
9  A  With Jen and gosh I forgot the other lady,
10 again, my apologies.
11 Q  Was that other lady an HMD employee?
12 A  No.
13 Q  Were they an attorney?
14 A  Yes and that call lasted about 40 minutes.
15 Q  Were both of those meetings calls?
16 A  Correct.
17 Q  Did you review any documents to prepare
18 for this deposition?
19    MS. KASH:  Objection to form.  Hold on one
20 second.
21    I'm going to instruct the witness not to
22 answer the content of any document.  You can
23 answer the question yes or no.  Otherwise, it's
24 attorney work product.  You can answer yes or no
25 if you reviewed documents.

**34**

1  BY THE WITNESS:
2  A  Yes.
3  BY MR. PALMER:
4  Q  So in reviewing those documents, did you
5  have to refer to any additional documents to
6  refresh your memory?
7  A  No.
8  Q  If that makes sense.  Okay.
9     Did you do anything else to prepare for
10 this deposition?
11 A  No.
12 Q  Outside of those meetings and calls we've
13 discussed, have you discussed this deposition with
14 anyone else?
15 A  Just internally with my VP of sales.
16 Q  Who is that VP of sales?
17 A  Maurizio Angelone.
18    MR. PALMER:  I think that's all the
19 questions that I have for today.
20    Jerry, was there anything else that you
21 saw that we needed to ask here?
22    MS. KASH:  Let's take a break if you want
23 to discuss that.  Why don't we mute.
24    (Discussion was had off the record.)
25    MR. PALMER:  I don't think there's

**35**

1  anything else we need to ask you from you today,
2  Ms. Hoyos.
3     THE WITNESS:  Okay.
4     MR. PALMER:  I think we can go ahead and
5  finish up the deposition.
6     MS. KASH:  I want to put one thing on the
7  record.
8     I just want to make clear, I think would I
9  did earlier, but we didn't at the beginning
10 announce who we were and who we represented.  I
11 wanted to be clear that Ms. Hoyos is appearing
12 pursuant to a subpoena that was served on her in
13 her role as a HMD America employee and I'm here
14 representing both HMD Global and HMD America as
15 well as the witness.
16    (Deposition concluded at 8:42 a.m. CST.)

**36**

1  CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC
2
3     I, Theresa A. Vorkapic, Certified
4  Shorthand Reporter No. 084-2589, CSR, RMR, CRR,
5  RPR, and a Notary Public in and for the County of
6  Kane, State of Illinois, the officer before whom
7  the foregoing deposition was taken, do hereby
8  certify that the foregoing transcript is a true
9  and correct record of the testimony given; that
10 said testimony was taken by me and thereafter
11 reduced to typewriting under my direction; that
12 reading and signing was not requested; and that I
13 am neither counsel for, related to, nor employed
14 by any of the parties to this case and have no
15 interest, financial or otherwise, in its outcome.
16    IN WITNESS WHEREOF, I have hereunto set my
17 hand and affixed my notarial seal this 23rd day of
18 November, 2020.
19 My commission expires November 6, 2023.
20
21 *Theresa A. Vorkapic*
22 THERESA A. VORKAPIC
23 NOTARY PUBLIC IN AND FOR ILLINOIS