IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:20-CV-0078-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| HMD GLOBAL OY, | § § § | |
| Defendant. | § § | |

## DECLARATION OF BARRY FRENCH

I, Barry French, hereby declare as follows:

1. I am a member of the Board of Directors of HMD Global Oy ("HMD Global") and have been on the Board since approximately 2018.

2. I am currently employed by Nokia of America Corporation and have been employed by various Nokia entities since 2006. I currently serve as the Chief Marketing Officer at Nokia.

3. I reside at 319 North Edgefield Avenue, Dallas, TX 75208. My work address 3100 Olympus Blvd., Dallas, TX 75019.

4. HMD Global has regular Board meetings. I have participated remotely in HMD Global Board meetings from my residence in Dallas.

5. I have some knowledge of the high-level terms of an agreement involving Nokia entities and HMD Global that permits HMD Global to sell phones branded with Nokia trademarks.

6. Based on my experiences on the Board, I have some high-level knowledge of

HMD Global's business model.

7. Based on my experiences on the Board, I have some high-level knowledge that HMD Global's business includes plans to develop and sell Nokia-branded Android phones for use in the United States, but I am not familiar with the specific details of those plans.

8. Based on my experiences on the Board, I have some high-level knowledge of HMD Global's plans to release Nokia-branded Android phones, but I am not familiar with the specific details of those plans.

9. Based on my experiences on the Board, I have some high-level knowledge that HMD Global desires to form and strengthen relationships with U.S. carriers, but I am not familiar with the specific details of any plans.

10. Based on my experiences on the Board, I have some high-level knowledge of HMD Global's target customer base in the United States, but I am not aware of any specific activities targeting any specific customers.

11. Other than the statements provided herein, I will not offer testimony or evidence in relation to this matter unless legally required to do so.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 9, 2020

_____
Barry French