# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | C.A. No. 2:20-cv-00078-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| HMD GLOBAL OY, | § § § | |
| Defendant. | § § | |

## DECLARATION OF HOLLY HERNANDEZ

I, Holly Hernandez, hereby declare as follows:

1. I submit this declaration based on personal knowledge. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. From 2012 to February 2020, I was the Senior Vice President at Acacia Research Group LLC ("AR Group").

3. Nokia Siemens Networks B.V. assigned a patent portfolio to AR Group around the end of the year 2012. This portfolio includes U.S. Patent No. 7,218,923 (the "'923 patent"). I have personal knowledge of facts surrounding this assignment.

4. From 2014 to February 2020, I was a Director and Senior Vice President for CCE. AR Group assigned the patent portfolio, including the '923 patent, to CCE around the beginning of the year 2013. I have personal knowledge of the facts surrounding this assignment.

5. Beginning in 2013, CCE asserted the '923 patent against numerous defendants. As the Director and Senior Vice President for CCE in that timeframe, I have knowledge of the litigations and licensing efforts for the '923 patent.

6. Currently, I am not an employee of either AR Group or CCE. I currently provide consulting services for CCE.

7. CCE's principal place of business is 6136 Frisco Square Blvd. Suite 400, Frisco, TX 75034 (the "Frisco location"). Prior to its current address, CCE's principal place of business was at 2400 Dallas Parkway, Suite 200, Plano, TX 75093.

8. CCE's Frisco location is leased from Regus. While Regus offers some coworking desks at the Frisco location, it primarily offers private office space. CCE's Frisco location is a private office space. The private office space remains locked and is not accessible to other lessees of Regus.

9. CCE maintains documents in the Eastern District of Texas including documents related to CCE's business practice, the assignment of the '923 patent, and licensing efforts of the '923 patent, including documents maintained in paper form.

10. I primarily perform my consulting work for CCE at CCE's Frisco location. In a typical week, I work out of the CCE's Frisco location multiple days.

11. As I work in the Eastern District of Texas, I could travel to Marshall, Texas to provide testimony without the need of securing a flight of overnight lodging accommodations. Traveling to Miami, Florida to provide testimony would be far less convenient and far more expensive. Testifying in Florida would require securing round trip airfare and at least two nights lodging, along with the additional expenses required by such lengthy travel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2020 in Frisco, Texas

Holly Hernandez