IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § | |
| Plaintiff, § | Case No. 2:20-CV-00078-JRG |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| HMD GLOBAL OY, § § | |
| Defendant. § | |

## DECLARATION OF MAISSA CHOURAKI IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO TRANSFER OF HMD GLOBAL OY UNDER 28 U.S.C. § 1404 TO THE SOUTHERN DISTRICT OF FLORIDA

I, Maissa Chouraki, hereby declare under 28 U.S.C. § 1746:

    1.    I am an attorney licensed to practice in the State of California, and an associate at the law firm of Warren Lex LLP, counsel for defendant HMD Global Oy.  I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently to each of them.

    2.    Attached hereto as Exhibit A is a true and correct copy of CCE's Supplemental Initial Disclosures served on January 1, 2021.

    3.    Attached hereto as Exhibit B is a true and correct copy of a document generated by selecting "Save to PDF" on https://www.linkedin.com/in/hollyhernandez/.

– 2 –

4. Attached hereto as Exhibit C is a true and correct copy of a document produced by Cellular Communications Equipment LLC, bearing production numbers CCE_HMD_001939 to CCE_HMD_001982.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 4, 2021 in San Francisco, California.

_____
Maissa Chouraki