# Exhibit B

# Holly Hernandez

Senior Vice President, Licensing at Acacia Research Group, LLC
Frisco

## Contact

www.linkedin.com/in/
hollyhernandez (LinkedIn)

## Top Skills

Licensing
Litigation Management
Software Licensing

## Languages

English (Native or Bilingual)
Spanish (Professional Working)

## Summary

Holly is an experienced commercial and licensing attorney with close to 20 years of legal experience.  She has held positions of senior legal counsel and general counsel in software, technology, personal finance and direct marketing companies.  Holly's expertise is in commercial transactions,  licensing, intellectual property prosecution, protection and portfolio management and employment law.   Her success can be attributed to her keen ability to quickly assess business needs and work within all levels of an organization to ensure that business interests are met while mitigating legal risk.

Before becoming an attorney, Holly held positions in law enforcement and sales.

Specialties:
▪ Intellectual Property Advice, Prosecution,  Licensing, and Portfolio Management
▪ Commercial Transactions
▪ Software Licensing
▪ Employment and Labor
▪ Marketing and Advertising
▪ Sales and Procurement
▪ Export and International Trade
▪ Federal, State and Municipal RFPs and contracting
▪ Governmental Affairs
▪ Mergers and Acquisitions
▪ Litigation Management
▪ Corporate and Regulatory Compliance

---

## Experience

Acacia Research
Senior Vice President, Licensing
March 2012 - Present (8 years 10 months)
Plano, Texas

Expert in patent licensing and portfolio management. Acacia subsidiaries partner with inventors and patent owners, license the patents to corporate users, and share the revenue. Acacia subsidiaries control over 250 patent portfolios, covering technologies used in a wide variety of industries.

Self Employed
Attorney-at-Law
May 2011 - March 2012 (11 months)

Advised clients in the areas of intellectual property, commercial transactions and employment and labor law.

Cassidian Communications, Inc.  an EADS North America Company
Senior Legal Counsel
2007 - 2011 (4 years)
Temecula, California

Negotiated and drafted complex commercial agreements including software licensing (in-bound and outbound), supply, distribution, reseller, VAR, OEM, strategic alliance, non-disclosure, employment, independent contractor, statements of work, and settlement agreements; managed all labor and employment issues including litigation (employee base 750); negotiated, drafted and managed of all facility leases in US and Canada; reviewed press releases, marketing collateral and website content;  provided sound legal advice  related to RFP opportunities and participated in bid decisions; and, conducted due diligence for mergers and acquisitions.  Key accomplishments include: created and managed an export compliance program; drafted and implemented corporate policies related to employment issues and use of third party software, including open source software; and, brought all trademark prosecution in-house eliminating substantial outside legal fees.

ImageWare Systems, Inc.
General Counsel
2005 - 2006 (1 year)
San Diego, California

Managed and directed all legal affairs of publicly-traded software company including intellectual property prosecution, management and licensing; drafted and negotiated commercial agreements such as software development agreements, VAR agreements and distribution agreements; managed securities filings; managed all labor and employment issues; and managed outside legal firms worldwide.

Debtco, Inc.
Senior Vice President, General Counsel
2003 - 2005 (2 years)
San Diego, California

Managed and directed all legal affairs of personal finance company including litigation management; intellectual property prosecution, infringement and licensing; created and managed state and federal regulatory compliance program; managed investor relations and employee stock option plans; reviewed all marketing and advertising materials; and managed all labor and employment issues. Additional accomplishments include active participation as a board member with national trade association; lobbied state and federal officials; drafted state laws; served as industry representative with National Conference of Commissioners on Uniform State Law (NCCUSL); and reduced the company's outside legal expenses by 80 percent during first fiscal year and successfully negotiated strategic agreements to lower the company-wide expenditures by approximately 20 percent.

BBMS
Senior Vice President, General Counsel
1999 - 2003 (4 years)
San Diego, California

Managed and directed all legal affairs of direct marketing company including negotiating and drafting commercial agreements such as media agreements, website linking agreements, and asset sales and purchase agreements. Additional accomplishments include the creation of multiple commercial websites; researched and provided legal memoranda in areas of intellectual property, anti-trust, advertising, contests, and computer and technology law; prosecuted and managed international trademark portfolio; managed due diligence for strategic acquisitions; assisted with submission of 510(k) application for medical device clearance with the FDA; and reviewed print, radio and television advertisements.

Luce Forward
Trademark Counsel
1998 - 1999 (1 year)
San Diego, California

Conducted all aspects of trademark and copyright prosecution; created a trademark prosecution manual for use by paralegals and other attorneys; monitored and maintained worldwide intellectual property portfolios; conducted due diligence audits; drafted trademark opposition briefs and intellectual

property licenses and assignments; and, conducted legal research and drafted legal opinions related to intellectual property.

---

## Education

California Western School of Law
JD, Law

UC Riverside
BA, Latin American Studies