IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:20-CV-0078-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| HMD GLOBAL OY, | § § § | |
| Defendant. | § | |

**DECLARATION OF JERRY D. TICE II**

I, Jerry D. Tice II, hereby declare as follows:

1. I am an attorney at the law firm of Bragalone Conroy PC in Dallas, Texas. I am counsel of record in this case. I am admitted to practice in the State of Texas and the Eastern District of Texas. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. The following paragraphs discuss exhibits to CCE's Sur-Reply in opposition to HMD's renewed motion to transfer venue. In the exhibits, any highlighting is added by CCE pursuant to L.R. CV-7(b), unless otherwise noted.

3. Exhibit A is a true and correct copy of a September 28, 2020 letter from HMD to CCE.

4. Exhibit B is a true and correct copy of an August 25, 2020 letter from HMD to CCE.

Executed on January 11, 2021          /s/ Jerry D. Tice II
                                       Jerry D. Tice II