# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § § | |
| Plaintiff, § | Case No. 6:13-cv-507 |
| v. § § | |
| § | CONSOLIDATED LEAD CASE |
| HTC CORPORATION, ET AL., § § | |
| Defendants. § § | |

## ORDER

Before the Court is Defendants' Motion for Reconsideration of and Objections to Magistrate Judge's Memorandum Opinion and Order Regarding Claim Construction (Doc. No. 426). After reviewing Defendants' Objections, the Court finds the Magistrate Judge's ruling neither "clearly erroneous [n]or contrary to law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Accordingly, Defendants' Objections are OVERRULED and the Magistrate Judge's Order is hereby ADOPTED.

So ORDERED and SIGNED this 21st day of August, 2015.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE