# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### (MARSHALL DIVISION)

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | C.A. No. 2:20-cv-00078 |
| v. | § § | JURY TRIAL DEMANDED |
| HMD GLOBAL OY, | § § | |
| Defendant. | § | |

## PLAINTIFF'S NOTICE OF COMPLIANCE OF SUBMISSION OF TECHNOLOGY TUTORIAL

Pursuant to the Court's Docket Control Order (Dkt. No. 25), Plaintiff Cellular Communications Equipment LLC notifies the Court that it dispatched its Technology Tutorial to the Court via overnight Federal Express on January 13, 2021. Plaintiff further served the Technology Tutorial on counsel for Defendant HMD via electronic mail on January 13, 2021.

Pursuant to the Court's January 5, 2021 Order (Dkt. No. 86), Plaintiff provided its Technical Tutorial and Opening Brief on Claim construction to Michael Paul via electronic mail on January 13, 2021

Dated: January 13, 2021, 2020

Respectfully submitted,

By: /s/ *Jeffrey R. Bragalone*
Jeffrey R. Bragalone (lead attorney)
Texas Bar No. 02855775
Jonathan H. Rastegar
Texas Bar No. 24064043
Jerry D. Tice II
Texas Bar No. 24093263

Hunter S. Palmer
Texas Bar No. 24080748

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jbragalone@bcpc-law.com
jrastegar@bcpc-law.com
jtice@bcpc-law.com
hpalmer@bcpc-law.com

Attorneys for Plaintiff
**CELLULAR COMMUNICATIONS EQUIPMENT LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 13, 2020, the foregoing document was electronically filed in compliance with Local Rule CV-5(a) and was served on all counsel of record who have consented to electronic service, per Local Rule CV-5(a)(3).

By: */s/ Serrena Meyer*
Serrena Meyer