IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:20-CV-00078-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| HMD GLOBAL OY, | § § § | |
| Defendant. | § | |

**DECLARATION OF MAISSA CHOURAKI IN SUPPORT OF
DEFENDANT'S RESPONSIVE BRIEF ON CLAIM CONSTRUCTION**

I, Maissa Chouraki, hereby declare under 28 U.S.C. § 1746:

    1.    I am an attorney licensed to practice in the State of California, and an associate at the law firm of Warren Lex LLP, counsel for defendant HMD Global Oy.  I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently to each of them.

    2.    Attached as Exhibit A is a true and correct excerpt of the deposition of Anthony DeRosa taken on December 18, 2020.

    4.    Attached as Exhibit B is a true and correct copy of HMD Global's letter of December 18, 2020.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 27, 2021, in San Francisco, California.

_____<br>
Maissa Chouraki

## CERTIFICATE OF SERVICE

     I certify that on January 27, 2021, I filed the foregoing Chouraki Declaration in Support of Defendant's Responsive Brief on Claim Construction under Local Rule CV-5(a)(7) and served it on all counsel of record through the Court's electronic filing system.  As required by the Court's Order of January 5, 2021, Docket No. 86, I also sent a copy of the foregoing Chouraki Declaration in  Support of Defendant's Responsive Brief on Claim Construction by electronic mail to the court-appointed technical advisor, Michael D. Paul.

                                                               */s/ Deron R. Dacus*
                                                               Deron R. Dacus