# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | C.A. No. 2:20-cv-00078-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| HMD GLOBAL OY, | § § | |
| Defendant. | § § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendant HMD Global Oy ("HMD Global") (collectively, the "Parties") respectfully submit this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties would respectfully inform the Court as follows:

The Parties have reached a settlement in principle of all matters in controversy, pending documentation, and request that the Court stay all deadlines, including the Markman hearing currently set for February 23, 2021, for thirty (30) days. A proposed order is submitted herewith.

Dated: January 29, 2021                                         Respectfully submitted,

| | |
|---|---|
| /s/*Jeffrey R. Bragalone*<br>Jeffrey R. Bragalone (lead attorney)<br>Texas Bar No. 02855775<br>Jonathan H. Rastegar<br>Texas Bar No. 24064043<br><br>**BRAGALONE CONROY PC**<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670<br>Fax: (214) 785-6680<br>jbragalone@bcpc-law.com<br>jrastegar@bcpc-law.com<br><br>**ATTORNEYS FOR PLAINTIFF CELLULAR COMMUNICATIONS EQUIPMENT LLC** | */s/ Deron R. Dacus*<br>Deron R. Dacus<br>State Bar No. 00790553<br>**The Dacus Firm, P.C.**<br>821 ESE Loop 323, Suite 430<br>Tyler, Texas, 75701<br>+1 (903) 705-1117<br>+1 (903) 581-2543 facsimile<br>ddacus@dacusfirm.com<br><br>Matthew S. Warren (California Bar No. 230565)<br>Jen Kash (California Bar No. 203679)<br>Erika Warren (California Bar No. 295570)<br>**Warren Lex LLP**<br>2261 Market Street, No. 606<br>San Francisco, California, 94114<br>+1 (415) 895-2940<br>+1 (415) 895-2964 facsimile<br>20-78@cases.warrenlex.com<br><br>**ATTORNEYS FOR DEFENDANT HMD GLOBAL OY** |