**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | § § § | |
| Plaintiff, | § § | C.A. No. 2:20-cv-00078-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| **HMD GLOBAL OY,** | § § | |
| Defendant. | § | |

**ORDER [PROPOSED] GRANTING THE PARTIES' JOINT MOTION TO
STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendant HMD Global Oy ("HMD Global") (collectively, the "Parties"). In the Motion, the Parties represent that they have reached a settlement in principle of all matters in controversy, and request that the Court stay all deadlines for thirty (30) days.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is GRANTED. Accordingly, all deadlines are ORDERED stayed for thirty (30) days from the date of this Order, during which time appropriate dismissal papers (disposing of and finalizing all issues) shall be filed with the Court.