**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00078-JRG |
| HMD GLOBAL OY, | § § § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendant HMD Global Oy's ("HMD Global") (collectively, the "Parties") Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion"). (Dkt. No. 94). In the Motion, the Parties inform the Court that they have reached a settlement in principle as to all matters in controversy in the above-captioned matter. The Parties request a thirty (30) day stay of all deadlines in the above-captioned matter to finalize a settlement agreement and file appropriate dismissal papers with the Court. Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that all deadlines in the above-captioned matter are **STAYED** for **thirty (30) days** from the date of this Order, during which time appropriate dismissal papers shall be filed with the Court.

**So ORDERED and SIGNED this 1st day of February, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE