## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | § § § | |
| **Plaintiff,** | § § | **Case No. 2:20-CV-0078-JRG** |
| **v.** | § § | **JURY TRIAL DEMANDED** |
| **HMD GLOBAL OY,** | § § § | |
| **Defendant.** | § | |

### JOINT MOTION TO EXTEND STAY OF ALL DEADLINES

Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendant HMD Global Oy ("HMD Global") respectfully submit this Joint Motion to Extend the Stay of All Deadlines. The Parties would respectfully inform the Court as follows:

As set forth in the Parties' January 29 Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt. No. 94), the Parties have reached a settlement in principle of all matters in controversy. The Parties have since agreed to the terms of a Settlement and Patent License Agreement. The Parties jointly request that the Court extend the stay for an additional fourteen (14) days beyond the previous deadline, March 3, 2021, to allow the parties to complete performance under the Settlement and Patent License Agreement.

Accordingly, the parties jointly request that the Court extend the current stay for an additional fourteen (14) days in order for the time allotted under the agreement to elapse. A proposed order is submitted herewith.

Dated: March 3, 2021                    Respectfully submitted,

| | |
|---|---|
| /s/ *Jeffrey R. Bragalone*<br>Jeffrey R. Bragalone (lead attorney)<br>Texas Bar No. 02855775<br>Jerry D. Tice II<br>Texas Bar No. 24093263<br>Hunter S. Palmer<br>Texas Bar No. 24080748<br><br>**BRAGALONE OLEJKO SAAD PC**<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670<br>Fax: (214) 785-6680<br>jbragalone@bosfirm.com<br>jtice@bosfirm.com<br>hpalmer@bosfirm.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**CELLULAR COMMUNICATIONS**<br>**EQUIPMENT LLC** | /s/ *Deron R. Dacus*<br>Deron R. Dacus<br>State Bar No. 00790553<br>**The Dacus Firm, P.C.**<br>821 ESE Loop 323, Suite 430<br>Tyler, TX 75701<br>+1 (903) 705-1117<br>+1 (903) 581-2543 facsimile<br>ddacus@dacusfirm.com<br><br>Matthew S. Warren (California Bar No.<br>230565)<br>Jen Kash (California Bar No. 203679)<br>Erika Warren (California Bar No. 295570)<br>**Warren Lex LLP**<br>2261 Market Street, No. 606<br>San Francisco, California 94114<br>+1 (415) 895-2940<br>+1 (415) 895-2964 facsimile<br>20-78@cases.warrenlex.com<br><br>**ATTORNEYS FOR DEFENDANT HMD**<br>**GLOBAL OY** |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), (i), I certify that counsel for CCE conferred with counsel for HMD on March 1, 2021 via email exchanges and, as reflected in the body of the Motion, the Parties agree to the form and substance of the Motion, the Motion is unopposed, and the parties jointly submit it to the Court.

/s/ *Jeffrey R. Bragalone*
Jeffrey R. Bragalone

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 3, 2021.

/s/ *Jeffrey R. Bragalone*
Jeffrey R. Bragalone