# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § | |
| Plaintiff, § | Case No. 2:20-CV-0078-JRG |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| HMD GLOBAL OY, § § | |
| Defendant. § | |

## ORDER GRANTING JOINT MOTION TO EXTEND STAY

On February 1, 2021, the Court entered an Order (Dkt. No. 95) staying all deadlines in this matter for thirty (30) days and ordering that appropriate dismissal papers be filed with the Court within that time. Having considered the Parties' Joint Motion to Extend the Stay of All Deadlines and the reasons set forth therein, the Court finds there is good cause to extend the stay for an additional fourteen (14) days, and therefore the Motion to Extend Stay should be, and hereby is, GRANTED.

IT IS ORDERED that the current stay of all deadlines is extended for an additional fourteen (14) days from the date of expiration of the current stay Order. The Court further orders that within the next fourteen (14) days, appropriate dismissal papers shall be tendered to the Court for entry herein.