**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00078-JRG |
| HMD GLOBAL OY, | § § § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendant HMD Global Oy's ("HMD Global") (collectively, the "Parties") Joint Motion to Extend Stay of All Deadlines (the "Motion"). (Dkt. No. 96). In the Motion, the Parties request a fourteen (14) day extension of the stay of all deadlines (*see* Dkt. No. 95) in the above-captioned matter to complete performance under settlement agreement and file appropriate dismissal papers with the Court. Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that the stay of all deadlines in the above-captioned matter is **EXTENDED** for **fourteen (14) days** from the date of this Order, during which time appropriate dismissal papers shall be filed with the Court.

**So Ordered this**

**Mar 4, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE