## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | § § § | |
| Plaintiff, | § | Case No. 2:20-CV-0078-JRG |
| | § | |
| v. | § | |
| | § | |
| **HMD GLOBAL OY,** | § § | |
| Defendant. | § | |

### ORDER GRANTING JOINT MOTION TO EXTEND STAY

Before the Court is Plaintiff Cellular Communications Equipment LLC and Defendant HMD Global Oy's (collectively, the "Parties") Joint Motion to Extend Stay of All Deadlines (the "Motion"). In the Motion, the Parties request a fourteen (14) day extension of the stay of all deadlines in the above-captioned matter to complete performance under settlement agreement and file appropriate dismissal papers with the Court. Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that the stay of all deadlines in the above-captioned matter is **EXTENDED** for an additional **fourteen (14) days** from the date of this Order, during which time appropriate dismissal papers shall be filed with the Court.