# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § § *Plaintiff*, § § v. § § HMD GLOBAL OY, § § § *Defendant*. § | CIVIL ACTION NO. 2:20-CV-00078-JRG |

## ORDER

Before the Court is the Joint Motion to Extend Stay of All Deadlines (the "Motion"). (Dkt. No. 98). In the same, the parties jointly request a fourteen (14) day extension of the stay of all deadlines due to a "technological issue." This is the second extension requested by the parties. (*See* Dkt. No. 97). Having considered the Motion, the Court is of the opinion that the same should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that the stay of all deadlines in the above-captioned matter is **EXTENDED** up to and including **April 2, 2021**, during which time appropriate dismissal papers shall be filed with the Court. Given the protracted period of time between notification of settlement and the present, it is **ORDERED** that lead and local counsel for the parties shall appear for an in-person status conference in Marshall, Texas on **Monday, April 5, 2021 at 12:00 p.m. CDT** if dismissal papers are not filed by April 2, 2021.

**So Ordered this**

**Mar 25, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE