# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **CELLULAR COMMUNICATIONS** § | |
| **EQUIPMENT LLC,** § | |
| § | |
| Plaintiff, § | Case No. 2:20-CV-0078-JRG |
| § | |
| v. § | **JURY TRIAL DEMANDED** |
| § | |
| **HMD GLOBAL OY,** § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the Joint Motion to Dismiss filed by Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendant HMD Global Oy ("HMD Global"). Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby,

**ORDERED** that all claims asserted by CCE against HMD Global in this action are hereby dismissed with prejudice, and that all claims asserted by HMD Global against CCE in this action are hereby dismissed without prejudice, subject to the Court's reservation of jurisdiction over the parties to enforce the parties' settlement agreement. It is further,

**ORDERED** that CCE and HMD Global shall bear their own costs, expenses and legal fees in this case.