IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § *Plaintiff*, § § v. § § HMD GLOBAL OY, § § *Defendant*. § | CIVIL ACTION NO. 2:20-CV-00078-JRG |

### ORDER

Before the Court is Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendant HMD Global Oy's ("HMD") Joint Motion to Dismiss (the "Motion"). (Dkt. No. 100). In the same, CCE and HMD move to dismiss the claims asserted by CCE against HMD with prejudice and the claims asserted by HMD against CCE without prejudice. *See* Fed. R. Civ. P. 41(a)(2). Having considered the Motion, the Court is of the opinion that the same should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that all claims asserted by CCE against HMD are **DISMISSED WITH PREJUDICE** and all claims asserted by HMD against CCE are **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that each party shall bear its own attorneys' fees, costs of court, and expenses. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement. All pending requests for relief not expressly granted herein are **DENIED AS MOOT**.

The clerk is directed to **CLOSE** the above-captioned matter.

## So Ordered this

**Mar 30, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE